# EXHIBIT 1



# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**

| | |
|---|---|
| Law Firm: | JAMES E. BROWN & ASSOCIATES, PLLC |
| Attorney: | JAMES E. BROWN |
| Federal Tax ID No.: | 52-1500760 |
| D.C. Bar No.: | 61622 |

2. **Student Information**

| | |
|---|---|
| Name: | Brandon Briscoe |
| DOB: | 4/11/91 |
| Date of Determination (HOD/SA): | 10/6/05 |
| Parent/Guardian Name: | Beverly Briscoe |
| Parent/Guardian Address: | 12 Anacostia Rd., SE, #13, WDC 20019 |
| Current School: | RH Brown MS |
| Home School: | RH Brown MS |

3. **Invoice Information**

| | |
|---|---|
| Invoice Number: | 05-415SA |
| Date Request Submitted: | 10/31/05 |
| Date(s) Services Rendered | 7/18/05 to 10/20/05 |
| Amount of Payment Request | $ 2,250.00 |

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

James E. Brown

Signature

October 31, 2005

Date



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax: 202-442-5098
www.k12.dc.us

October 6, 2005

Roxanne Neloms, Esquire
James E. Brown & Assoc.
1220 L Street, NW
Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098**

**Subject: Due Process Hearing Request for Brandon Briscoe**
**DOB: 4/11/91**
**Attending School: RH Brown MS**
**Home School:**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated August 11, 2005 **[or "was undated"]**, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about August 11, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is 4/11/91, that the attending school is RH Brown MS.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued

delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

- DCPS agrees to fund the following independent evaluations: psychological, speech and language, social history, educational, and a functional behavioral assessment. Parent/Counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

- DCPS agrees to convene a MDT/IEP meeting within 15 business days upon DCPS' receipt of the Independent Evaluations, to review evaluations, discuss and determine eligibility, develop an IEP if appropriate, discuss and determine placement if appropriate, and discuss if compensatory education is warranted.

- Parent/Counsel agrees to fax the completed independent evaluations to the Special Education Coordinator at RH Brown MS at (202) 724-4635, and to the Office of General Counsel at (202) 442-5098.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Two Hundred and fifty ($2,250.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or

written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will ~~be~~ processed for payment pursuant to this Settlement Agreement.

Agreed to: ______________________
Parent/Counsel for Parent

Roxanne D. Neloms
(print name)

Agreed to: ______________________
Attorney Advisor

Lyana C. Palmer
(print name)

**JAMES E. BROWN & ASSOCIATES, PLLC**

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

October 6th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Sixth Floor
Washington, DC 20002

Re: Brandon Briscoe
DOB: April 11th, 1991

Ms. Newsome:

The parent, Ms. Beverly Briscoe, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. Thank you for your assistance.

Sincerely,

Roxanne Neloms (DCS)

Roxanne Neloms, Esq.

Cc: Lyana Palmer, Attorney Advisor, DCPS
File

*◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

*° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2839 |
| CONNECTION TEL | 92024425556 |
| CONNECTION ID | |
| ST. TIME | 10/06 17:18 |
| USAGE T | 00'43 |
| PGS. SENT | 5 |
| RESULT | OK |

**James E. Brown & Associates, PLLC**
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelom
John A. Straus
Dolores Scott McKnight
Marshall Lammers'

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 6th, 2005

FAX NO: 202-442-5556

SUBJECT: B.B., DOB: 4/11/91

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | | |
|---|---|---|
| TX/RX NO | 2842 | |
| CONNECTION TEL | | 92024425097 |
| CONNECTION ID | | |
| ST. TIME | 10/06 17:20 | |
| USAGE T | 00'49 | |
| PGS. SENT | 6 | |
| RESULT | OK | |

**James E. Brown & Associates, PLLC**
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelom·
John A. Straus
Dolores Scott McK ight
Marshall Lammers

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Lyana Palmer, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 6th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: B.B., DOB: 4/11/91

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of he addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown

**James E. Brown & Associates, PLLC**
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Tilman L. Gerald

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

By signing below, I, Beverly Briscoe hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, Brandon Briscoe, DOB: 4-11-91.
This authorization is valid for two (2) years.

10-7-05
Date

Beverly A Briscoe
Parent/Guardian's Signature

[signature]
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Brandon Briscoe
Beverly Briscoe
12 Anacostia Rd
Washington DC 20019

October 21, 2005
In Reference To: Brandon Briscoe
DOB: 4/11/91
School: Brown MS

Invoice #11036

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 0.50<br>105.00/hr | 52.50 |
| | CW | Consultation with parent and legal assistant, research and case preparation. | 0.50<br>350.00/hr | 175.00 |
| | AAG | Drafted letter to parent | 0.33<br>105.00/hr | 34.65 |
| 8/1/2005 | KD | Drafted letter requesting records to Browne MS | 0.42<br>105.00/hr | 44.10 |
| | KD | Drafted letter to parent/enclosed cpoy of RR to Browne MS/copy to advc and file/added to case notes and Outlook Calendar | 0.42<br>105.00/hr | 44.10 |
| | KD | Requested evaluations (initial) to Browne MS | 0.42<br>105.00/hr | 44.10 |
| | KD | Drafted letter to parent/enclosed copy of Eval Rqst/copy to advc and file/added to case notes and Outlook Calendar | 0.42<br>105.00/hr | 44.10 |
| 8/11/2005 | DH | Review the student's educational file, conduct educational research, draft administrative due process hearing complaint alleging DCPS denied the student FAPE by failing to comply with child find, give to Ms. Neloms for her review. | 2.00<br>350.00/hr | 700.00 |
| | RN | Review the student's administrative due process hearing complaint drafted by Mr. Hill. | 0.25<br>350.00/hr | 87.50 |

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2005 | KD | Drafted letter to parent/enclosed copy of 8-11-05 HR/copy to advc and file/added to case notes | 0.25<br>105.00/hr | 26.25 |
| 8/17/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn/copy to advc and file | 0.33<br>105.00/hr | 34.65 |
| 8/26/2005 | KD | Phone call from Advc Carter requesting telephone numbers for parent | 0.08<br>105.00/hr | 8.40 |
| 10/3/2005 | DH | Review the student's educational file, prepare five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
| | RN | Review the student's five-day disclosures, prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
| | WB | Assisted attorney to prepare disclosure to DCPS | 1.50<br>105.00/hr | 157.50 |
| | WB | Drafted letter to parent w/ HDN enclosed for hearing on 10/11/05 @ 9:00 am | 0.25<br>105.00/hr | 26.25 |
| | WB | Conference with parent re: case status and upcoming hearing on 10/11/05 @ 9:00 am | 0.17<br>105.00/hr | 17.85 |
| 10/4/2005 | KD | Phone call from parent re upcoming hearing on 11th | 0.08<br>105.00/hr | 8.40 |
| 10/6/2005 | DH | Receive and review settlement proposal from DCPS, review with Ms. Neloms and parent, draft notice of withdrawal for Ms. Neloms' review. | 0.17<br>350.00/hr | 59.50 |
| | RN | Receive and review settlement proposal from DCPS, review with Mr. Hill and parent, execute settlement agreement and sign notice of withdrawal. | 0.17<br>350.00/hr | 59.50 |
| 10/7/2005 | DH | Discussion with the mother regarding the recent settlement, and discuss status of the student's case. | 0.33<br>350.00/hr | 115.50 |
| | | For professional services rendered | 9.92 | $2,205.35 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/18/2005 | Copied documents | 0.50 |
| | Postage; letter to parent | 0.37 |
| | Copied documents; intake documents | 3.75 |
| 8/1/2005 | Postage; letter to parent re: RR and evaluations request. | 0.83 |
| | Facsimile: RR and evaluations request to Browne MS, OSE, and OGC. | 24.00 |

| Date | Description | Amount |
|---|---|---|
| 8/1/2005 | Copied: RR and evaluations request for parent and advocate. | 6.00 |
| 8/11/2005 | Copied: HR for parent and advocate. | 4.00 |
| | Facsimile: HR to SHO. | 7.00 |
| 8/12/2005 | Postage; letter to parent re: HR. | 0.60 |
| 8/17/2005 | Copied: letter for attorney and advocate. | 1.00 |
| | Copied: complaint letter for advocate. | 1.75 |
| 8/18/2005 | Postage; letter to parent re: MDT conf. | 0.37 |
| | Postage; letter to parent. | 0.37 |
| | Copied: MDT conf. letter for parent and advocate. | 1.50 |
| 8/25/2005 | Copied documents; copy of complaint | 2.25 |
| 8/26/2005 | Copied documents; MDT mtg notes | 4.50 |
| 8/30/2005 | Facsimile: Motion to strike to OGC and SHO. | 16.00 |
| 9/27/2005 | Copied documents(Parent-letter re.IEP) | 0.50 |
| 10/3/2005 | Postage; letter to parent re: HDN. | 0.37 |
| | Copied documents(DCPS-Disclosure) | 52.50 |
| | Copied documents; letter to parent | 0.50 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 10/6/2005 | Facsimile: SA letter to SHO and OGC. | 11.00 |
| 10/20/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $256.54 |
| | Total amount of this bill | $2,461.89 |