# EXHIBIT 2



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Willie Ann Bush
   DOB: 11/21/00
   Date of Determination (HOD/SA): 10/20/05
   Parent/Guardian Name: Jocelynn Bush/Charlie Hill
   Parent/Guardian Address: 1116 Orren St., NE, WDC 20002
   Current School: Wheatly ES
   Home School: Wheatly ES

3. **Invoice Information**
   Invoice Number: 05-416SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 8/26/05 to 10/25/05
   Amount of Payment Request: $2,000.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                                October 31, 2005
Signature                                        Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

10/20/05

Roxanne Neloms, Esquire
Law Office of James W. Brown & Associates
1220 L Street, NW, #
Wash., DC 20008

**PROPOSED SETTLEMENT**

**VIA HAND-DELIVERY**

**Subject: Due Process Hearing Request for Willie Ann Bush**
**DOB:   11/21/00**
**Attending School:  Wheatley ES, DCPS**
**Home School:  Wheatley ES, DCPS**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated 10/19/05, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about 10/19/05, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth and the attending and home schools are correct, as stated above.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

Re: Student's Name
10/20/2005
Page 2

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

    a. DCPS agrees to provide an Occupational Therapy assessment with forty-five days. DCPS further agrees that the parent may obtain an independent occupational therapy assessment provided DCPS does not comply with the forty-five day timeline.

    b. DCPS further agrees to convene an MDT meeting to review outstanding evaluations, review and revise IEP, as necessary, and discuss and determine compensatory education.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Student's Name
10/20/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____          Agreed to: _____
           Parent/Counsel for Parent

_Roxanne P. Neloms_                                    Aaron E. Price, Sr., Esq.
(print name)                                           Attorney Advisor, DCPS
                                                       10/20/05

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ------------------ | e-mail: Admin@Jeblaw.biz | ------------------ |
| | | ! Admitted in Bolivia Only |

October 21st, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:    Willie Ann Bush
    DOB: November 21st, 2000

Dear Ms. Newsome:

    I hope this letter finds you in good health.

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

                        Respectfully,

                        Roxanne Neloms, Esq.

Cc:  Aaron Price, Attorney Advisor, Office of the General Counsel, DCPS
      File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 3310
CONNECTION TEL                      92024425556
CONNECTION ID
ST. TIME                 10/21 10:23
USAGE T                  00'40
PGS. SENT                5
RESULT                   OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers˙ |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Onl; |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 21st, 2005

FAX NO: 202-442-5556

SUBJECT: W.A.B., DOB: 11/21/00

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use o  the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E  Brown

```
         *********************
         ***   TX REPORT   ***
         *********************

   TRANSMISSION OK

   TX/RX NO              0127
   RECIPIENT ADDRESS     92024425097
   DESTINATION ID
   ST. TIME              10/21 10:33
   TIME USE              00'47
   PAGES SENT            6
   RESULT                OK
```

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers" |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Aaron Price, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 21st, 2005

FAX NO: 202-442-5097/5098

SUBJECT: W.A.B., DOB: 11/21/00

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Tilman L. Gerald<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __Joycelynn Bush__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Willie Ann Bush__, DOB: __11-21-00__. This authorization is valid for two (2) years.

__10/27/05__
Date

__[signature]__
Parent/Guardian's Signature

__[signature]__
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Willie Ann Bush

October 25, 2005
In Reference To:  Willie Ann Bush

Invoice #11044

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2005 | KD | Phone call to St. Coletta re no HOD or PNOP yet | 0.08<br>105.00/hr | 8.40 |
| 8/29/2005 | DD | Reviewed the students file and HOD | 1.00<br>175.00/hr | 175.00 |
| 8/31/2005 | KD | Phone call to parent re Transprtn Form data to St. Coletta's and required paperwork for visit prior to admission | 0.08<br>105.00/hr | 8.40 |
| | KD | Phone call to St. Coletta's re Transprtn Form, After Care, and required paperwork prior to admission | 0.08<br>105.00/hr | 8.40 |
| | KD | Completed Student Transportation Data Form and faxed w/HOD to Maureen Anderson @ DCPS and to St. Coletta's | 0.50<br>105.00/hr | 52.50 |
| | KD | Drafted letter to parent/enclosed copy of Transportation Form and 8-29-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |
| | DD | Reviewed the students file and Transportation letter | 0.17<br>175.00/hr | 29.75 |
| 9/6/2005 | DH | Draft letter to DCPS and discussion with parent regarding DCPS' failure to comply with the hearing officer's decision. | 0.50<br>350.00/hr | 175.00 |
| | KD | Drafted letter to parent/enclosed copy of Atty's 9-6-05 Ltr to DCPS w/HOD of 8-29-05/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |

Willie Ann Bush                                                                                               Page     2

|              |    |                                                                                                                                                              | Hrs/Rate         | Amount   |
|--------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 9/9/2005     | DH | Draft and send letter to DCPS regarding the need to schedule the Resolution Session Meeting.                                                                 | 0.25 350.00/hr   | 87.50    |
| 9/13/2005    | KD | Drafted letter to parent/enclosed copy of Atty's 9-9-05 Ltr to Wheatley ES re location of MDT/copy to advc and file/added to case notes                      | 0.42 105.00/hr   | 44.10    |
| 10/14/2005   | DH | Review the student's administrative file, discussion with the parent and educational advocate, conduct educational research, draft administrative due process hearing complaint for lead attorney's review. | 2.33 350.00/hr   | 815.50   |
|              | RN | Review the student's administrative due process complaint drafted by Mr. Hill.                                                                               | 0.42 350.00/hr   | 147.00   |
| 10/21/2005   | DH | Receive and review the settlement proposal from DCPS with the lead attorney, draft and file notice of withdrawal after Ms. Neloms' executes the agreement.   | 0.33 350.00/hr   | 115.50   |
|              | RN | Receive and review the settlement proposal from DCPS with the co-counsel and parent, review notice of withdrawal.                                            | 0.25 350.00/hr   | 87.50    |
|              |    | For professional services rendered                                                                                                                           | 7.33             | $1,851.15 |

Additional Charges :

|           |                                                                                                        |         |
|-----------|--------------------------------------------------------------------------------------------------------|---------|
| 8/29/2005 | Facsimile Received from DCPS; HOD                                                                      | 8.00    |
| 8/31/2005 | Copied: transportation for and HOD for parent and advocate.                                            | 5.50    |
|           | Postage; letter to parent re: HOD and transportation.                                                  | 0.83    |
|           | Facsimile: Transportation form and HOD to OSE and St. Coletta.                                         | 19.00   |
| 9/6/2005  | Postage; letter to parent re: HOD.                                                                     | 0.60    |
|           | Copied documents; 8/29/05 HOD, attorney's 9/6/05 ltr to DCPS and cvr letter to parent and advocate     | 5.00    |
|           | Facsimile letter to OSE                                                                                | 7.00    |
| 9/9/2005  | Facsimile(Whestley ES-letter)                                                                          | 9.00    |
| 9/13/2005 | Postage; letter to parent re: MDT location.                                                            | 0.60    |
|           | Copied: MDT for parent and advocate.                                                                   | 6.50    |
| 10/21/2005| Facsimile Settlement Agreement to OGC                                                                  | 11.00   |
| 10/25/2005| File review preparation of bill and invoice audit                                                      | 96.88   |
|           | Total costs                                                                                            | $169.91 |

Willie Ann Bush                                                                 Page    3

                                                                              Amount

Total amount of this bill                                                    $2,021.06