# EXHIBIT 3

# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Darryl Canty
   DOB: 5/6/88
   Date of Determination (HOD/SA): 10/6/05
   Parent/Guardian Name: Annette Hagens
   Parent/Guardian Address: 1436 Ives Pl., SE, WDC 20003
   Current School: City Lights PCS
   Home School: Ballou SHS

3. **Invoice Information**
   Invoice Number: 05-417SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 7/7/05 to 10/11/05
   Amount of Payment Request: $2,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____                October 31, 2005
Signature                                       Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax 202-442-5098
www.k12.dc.us

October 6, 2005

Ms. Roxanne Neloms, Esq.
James Brown and Associates
1220 L Street NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2097**

Subject: Due Process Hearing Request for Darryl Canty
DOB:   5-6-88
Attending School: City Lights PCS
Home School: Ballou SHS

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated October 7, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about August 8, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is 5/6/88, that the attending school is City Lights PCS,

10/07/2005 17:31 FAX 202 442 5098    OFF.OF GENERAL COUNSEL
10/07/2005 15:25 FAX 202 742 2997    OFFICE OF THE GENERAL COUNSEL → 9742209? 
Case 1:06-cv-00323-JDB    Document 8-4    Filed 02/23/2006    Page 4 of 15
@003
@003
NO.280

Re: Darryl Canty
10/6/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
- DCPS agrees to convene a MDT/IEP meeting within twenty (20) school days to review evaluations, discuss and determine placement, and discuss and determine compensatory education. [handwritten: City Lights PCS]
- A representative from ~~Eastern SHS~~ should be at the meeting, if possible, to discuss the student's progress while in attendance at Eastern.

[handwritten margin note: RN TV]

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement and will schedule all meetings through counsel.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of DCPS's failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Darryl Canty
10/6/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Sincerely,

Katherine G. Rodi
Attorney-Advisor

Agreed to: _____
Roxanne Neloms, Esq.
Counsel for Parent

Agreed to: _____
Katherine G. Rodi, Esq.
Attorney-Advisor

## JAMES L. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| | | ! Admitted in Bolivia Only |

October 12th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:   Darryl Canty
    DOB: May 6th, 1988

Dear Ms. Newsome:

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. Thank you for your assistance with this matter.

                                      Sincerely,

                                      Roxanne Neloms, Esq.

Cc: Katherine Rodi, Attorney Advisor, DCPS
      File

---

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO                 2972
CONNECTION TEL                        92024425556
CONNECTION ID
ST. TIME                 10/11 17:43
USAGE T                  00'42
PGS. SENT                5
RESULT                   OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelom. |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Onl |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 11, 2005

FAX NO: 202-442-5556

SUBJECT: D.C., DOB: 5/6/88

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of .e addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this ...

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

TX/RX NO                2975
CONNECTION TEL          92024425097
CONNECTION ID
ST. TIME                10/11 17:47
USAGE T                 00'49
PGS. SENT               6
RESULT                  OK

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers˙ |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Onl |

# FAX COVER SHEET

TO: Darryl Canty, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 11, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.C., DOB: 5/6/88

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of t e addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E.  rown

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    2979
CONNECTION TEL                         92024425098
CONNECTION ID               OFF.OF GENERAL C
ST. TIME                    10/11 18:05
USAGE T                     01'00
PGS. SENT                   7
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers˙ |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Katherine Rodi, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 11, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.C., DOB: 5/6/88

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hillo<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __Annette Hagens__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Darryl Canty Jr.__, DOB: __5-6-88__. This authorization is valid for two (2) years.

__10-14-05__
Date

__Annette Hagens__
Parent/Guardian's Signature

_____
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Canty, Darryll

October 18, 2005
In Reference To:   Canty, Darryll

Invoice #11027

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2005 DH | Draft and send letter to DCPS regarding receipt of information. | | 0.17<br>350.00/hr | 59.50 |
| 7/19/2005 KD | Drafted letter to parent/enclosed copy of Atty's 7-6-05 Ltr to DCPS re 6-9-05 SA/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| KD | Drafted letter to parent/enclosed copy of Atty's 7-7-05 Ltr to Wilson SHS rqstng MDT/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| KD | Drafted letter to parent/enclosed copy of Atty's 7-18-05 Ltr to DCPS rqstng MDT/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| 8/1/2005 KC | Reviewed Psychological evaluation report (psycho-ed) | | 0.75<br>175.00/hr | 131.25 |
| KC | Reviewed Vineland Adaptive scale/assessment. | | 0.42<br>175.00/hr | 73.50 |
| KC | Reviewed Vocational III assessment | | 0.75<br>175.00/hr | 131.25 |
| 8/2/2005 KC | Phone call from (Ms. Hagans; parent) re: possible change of placement from Wilson SHS | | 0.50<br>175.00/hr | 87.50 |
| 8/3/2005 KC | Phone call from parent (mother) re: school placement. | | 0.42<br>175.00/hr | 73.50 |

Canty, Darryll                                                                                                                Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2005 DH | Draft, for Ms. Neloms' review, administrative due process complaint alleging that DCPS denied the student FAPE by failing to reconvene the student's MDT/IEP Meeting. | | 2.25<br>350.00/hr | 787.50 |
| RN | Review the administrative due process complaint drafted by Mr. Hill. | | 0.25<br>350.00/hr | 87.50 |
| 8/9/2005 KC | Reviewed student IEP | | 0.75<br>175.00/hr | 131.25 |
| KC | Phone call from Ms. Hagens re: status of placement meeting. | | 0.33<br>175.00/hr | 57.75 |
| KC | Draft letter to to Wilson SHS (Ms. Lee) re: clarity about SA versus hearing in request to reconvene MDT. (faxed) | | 0.83<br>175.00/hr | 145.25 |
| 8/12/2005 KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | | 0.50<br>105.00/hr | 52.50 |
| 8/24/2005 KD | Phone call to parent re Resolution Meeting calls from DCPS to be referred to Atty Hill | | 0.08<br>105.00/hr | 8.40 |
| 9/2/2005 KC | Telephone call to DCPS school staff (Sonya Lee; Sped. Coord at Wilson SHS) re: student transfer to City Lights PCS and the need for a transportation form. | | 0.25<br>175.00/hr | 43.75 |
| KC | Phone call from Ms. Hagens re: discussion about what she must do to transfer student to City Lights. I informed parent that because the student had been accepted there and the school was a public charter, then she could merely transition the student from Wilson to City Lights. I urged parent to fully disclose the extent of the student's special education needs. Provide copies of IEP. | | 0.67<br>175.00/hr | 117.25 |
| KC | Draft letter to Sonya Lee, Wilson SHS Sped. Coord. re: student transfer to City Lights and request for a transportation page to include with IEP. Faxed letter. | | 0.67<br>175.00/hr | 117.25 |
| 9/7/2005 KC | Telephone call from DCPS staff (Sonya Lee, Wilson SHS) re: missing transportation page on student's IEP and how to get transportation once student has transferred to City Lights PCS. | | 0.33<br>175.00/hr | 57.75 |
| KC | Phone call from Ms. Hagens re: difficulty getting transportation reinstated at City Lights PCS. Writer committed to contacting Wilson SHS re: provision of missing transportation page to go with student's IEP being forwarded to City Lights PCS. | | 0.42<br>175.00/hr | 73.50 |
| 9/21/2005 KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | | 0.42<br>105.00/hr | 44.10 |

Canty, Darryll                                                                                                          Page    3

|            |    |                                                                                                           | Hrs/Rate          | Amount   |
|------------|----|-----------------------------------------------------------------------------------------------------------|-------------------|----------|
| 9/22/2005  | DH | Draft, for Ms. Neloms' review, Motion for Default Judgment.                                               | 0.25<br>350.00/hr | 87.50    |
|            | RN | Review Motion for Default Judgment.                                                                       | 0.08<br>350.00/hr | 28.00    |
| 9/27/2005  | KD | Drafted letter to parent/enclosed copy of Motion for Default Judgment/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10    |
| 9/29/2005  | KD | Assist attorney to prepare disclosure to DCPS                                                             | 2.00<br>105.00/hr | 210.00   |
|            | DH | Review the student's educational file, prepare five-day disclosures.                                      | 1.00<br>350.00/hr | 350.00   |
|            | RN | Review the five-day disclosures prepared by Mr. Hill.                                                     | 0.33<br>350.00/hr | 115.50   |
| 10/11/2005 | RN | Reviewed and executed settlement agreement                                                                | 0.33<br>350.00/hr | 115.50   |
|            | DH | Drafted withdrawal letter to DCPS for Ms. Neloms                                                          | 0.17<br>350.00/hr | 59.50    |
|            |    | For professional services rendered                                                                        | 16.60             | $3,422.65 |

Additional Charges :

| 6/14/2005 | Postage; SA letter to parent.                            | 0.60  |
|-----------|----------------------------------------------------------|-------|
| 7/7/2005  | Facsimile: Letter to Wilson SH.                          | 2.00  |
| 7/18/2005 | Facsimile: Letter to OMC.                                | 2.00  |
| 7/19/2005 | Postage; SA letter to parent.                            | 0.60  |
|           | Copied: SA and MDT request for parent and advocate.      | 4.50  |
| 8/3/2005  | Copied documents; letters to DCPS                        | 1.50  |
| 8/8/2005  | Facsimile: HR to SHO.                                    | 14.00 |
| 8/9/2005  | Copied documents(Adv/File/Atty-letter copie)             | 2.25  |
| 8/12/2005 | Postage; letter to parent re: HR complaint.              | 0.83  |
|           | Copied: HR complaint for parent and advocate.            | 8.00  |
| 9/2/2005  | Copied documents(Advo-file-letter copie)                 | 0.50  |

Canty, Darryll                                                                                         Page    4

                                                                                                       Amount

| Date | Description | Amount |
|---|---|---|
| 9/21/2005 | Copied: HN letter for parent and advocate. | 1.00 |
| | Postage; letter to parent re: HN. | 0.37 |
| 9/22/2005 | Facsimile letter to OGC/SHO | 6.00 |
| 9/27/2005 | Postage; letter to parent re: motion for deafault judment. | 0.60 |
| | Copied: letter for parent and advocate re: motion for default judgement. | 2.50 |
| 9/29/2005 | Facsimile letter to OGC/SHO | 4.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 63.50 |
| 10/11/2005 | Facsimile SA withdrawal to DCPS | 11.00 |
| | **Total costs** | **$145.75** |
| | **Total amount of this bill** | **$3,568.40** |