# EXHIBIT 4



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:                          JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:                          JAMES E. BROWN
    Federal Tax ID No.:                52-1500760
    D.C. Bar No.:                      61622

2.  **Student Information**
    Name:                              Rashard Fields
    DOB:                               10/2/90
    Date of Determination (HOD/SA):    10/4/05
    Parent/Guardian Name:              Audrey Jones
    Parent/Guardian Address:           2434 Elvins Rd., SE, WDC 20020
    Current School:                    Rock Creek Academy
    Home School:                       Rock Creek Academy

3.  **Invoice Information**
    Invoice Number:                    05-418SA
    Date Request Submitted:            10/31/05
    Date(s) Services Rendered          11/29/04 to 10/5/05
    Amount of Payment Request          $3,200.00

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                                    October 31, 2005
Signature                                          Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000        Fax: 202-442-5098
www.k12.dc.us

October 4, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

**Subject: Due Process Hearing Request for Rashard Fields**
**DOB: 10-02-1990**
**Attending School: Rock Creek Academy**
**Home School:**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was undated, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was received on August 11, 2005, pursuant to the Individuals with Disabilities Education Act of 2004, 20 U.S.C. §§ 1400 et seq.; proposed regulations cited in 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended by emergency legislation on July 1, 2005. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is October 2, 1990, that the attending school is Rock Creek Academy.

Re: Rashard Fields
10/4/2005
Page 2

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

> a. Fund an independent neuropsychological evaluation and a adaptive behavior function. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

> b. Convene an MDT eligibility meeting within 15 school days upon receipt of the last independent evaluation to review the evaluations; review and revise the student's IEP and determine placement. If placement is to a public school site, DCPS will issue a notice of placement within 5 school days, and if to a private school site, within 30 calendar days. The MDT will also discuss the appropriateness of compensatory education and, if warranted, develop a compensatory education plan.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Three Thousand Two Hundred ($3,200.00) Dollars, as full and final payment of any attorney fees and related costs incurred,

Re: Rashard Fields
10/4/2005
Page 3

or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____          Agreed to: _____
Roxanne Neloms, Esquire                        Quinne Harris-Lindsey
Counsel for Parent                             Acting Supervisory Attorney
                                               Advisor

_Roxanne D. Neloms_                           _Quinne Harris-Lindsey_
(print name)                                  (print name)

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!
------------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

------------------------------------

! Admitted in Bolivia Only

October 5th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

| | |
|---|---|
| Re: | Rashard Fields |
| DOB: | October 2nd, 1990 |
| Current School: | The Rock Creek Academy |

Dear Ms. Newsome:

I hope this letter finds you in good health.

Pursuant to the terms of the attached settlement agreement, the parent, by and through counsel, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request.

Thank you for your assistance.

Sincerely,

Roxanne Neloms (DH)

Roxanne Neloms, Esq.

Cc: Quinne Harris-Lindsey, Parent
File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO           2712
CONNECTION TEL               92024425556
CONNECTION ID
ST. TIME           10/05 12:35
USAGE T            00'39
PGS. SENT          5
RESULT             OK
```

## James E. Brown & Associates, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelom :
John A. Straus
Dolores Scott McK ught
Marshall Lammers

! Admitted in Bolivia On. ·

# *FAX COVER SHEET*

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE:  October 5th, 2005

FAX NO: 202-442-5556

SUBJECT: R.F., DOB: 10/2/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistanc .

## STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use c  the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James I: Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2715 |
| CONNECTION TEL | 92024425098 |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 10/05 12:38 |
| USAGE T | 00'52 |
| PGS. SENT | 6 |
| RESULT | OK |

## James E. Brown & Associates, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill °
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelom
John A. Straus
Dolores Scott McK ight
Marshall Lammers

! Admitted in Bolivia Onl

# *FAX COVER SHEET*

TO: Quinne Harris-Lindsey, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 5th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: R.F., DOB: 10/2/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistanc .

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use o' he
addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown
and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| | | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

By signing below, I _Audrey L. Jones_ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, _Rashard Fields_ , DOB: _10-02-90_ . This authorization is valid for two (2) years.

_10/20/05_
Date

_[signature]_
Parent/Guardian's Signature

_[signature]_
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Ba

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Fields, Rashard

October 18, 2005
In Reference To:   Fields, Rashard

Invoice #11025

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2004 | WB | Prepared and sent packet to parent w/ psychological eval (10/21/04), ltr to Office of Mediation and Compliance (11/29/04), and HOD (11/19/04) enclosed | 0.75 105.00/hr | 78.75 |
| 12/14/2004 | BDL | File reviewed and discussion with attorney Hill. | 0.08 105.00/hr | 8.40 |
|  | DH | File reviewed and discussion with paralegal. | 0.08 350.00/hr | 28.00 |
|  | BDL | Sent case status to the parent with copies of the OT evaluation. | 0.50 105.00/hr | 52.50 |
| 1/11/2005 | DH | Draft and send letter to the Rock Creek Academy and DCPS regarding the parent's selection of a date and time to reconvene the student's MDT/IEP Meeting. | 0.17 350.00/hr | 59.50 |
| 1/14/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 1-11-05 ltr to RCA accepting MDT date 2-8-05 / copy to advc & file | 0.42 105.00/hr | 44.10 |
| 1/17/2005 | DD | Reviewed file for upcoming IEP | 0.83 175.00/hr | 145.25 |
| 1/18/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn for 2-8-05 at RCA/copy to advc and file | 0.33 105.00/hr | 34.65 |

Fields, Rashard                                                                                           Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| 1/18/2005 JF | Received and examined confirmation meeting notice sent by RCA, prepared for MDT/IEP meeting by reviewing all educationalo information in file, developed strategy to follow in meeting, contacted parent | 1.50 350.00/hr | 525.00 |
| 2/8/2005 JF | Attended MDT/IEP @ Rock Creek Academy with parent | 4.83 350.00/hr | 1,690.50 |
| 2/9/2005 KD | Drafted letter to parent/enclosed copy of Rqst for Eval / copy to advc and file | 0.42 105.00/hr | 44.10 |
| KD | Requested evaluation (Psychiatric) to Interdynamics | 0.75 105.00/hr | 78.75 |
| 2/10/2005 JF | Conference with parent regarding Transition Services Plan | 0.33 350.00/hr | 115.50 |
| 2/11/2005 JF | Discussion with DCPS' Specialist (SES) regarding pending issues unresolved by last meeting | 0.25 350.00/hr | 87.50 |
| 4/26/2005 KD | Reviewed all case files for Consent Form for Eval Rqst to Interdynamics | 0.42 105.00/hr | 44.10 |
| KD | Requested evaluations to Interdynamics | 0.67 105.00/hr | 70.35 |
| 4/29/2005 KD | Drafted letter to parent/enclosed copy of Eval Rqst/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 5/10/2005 KD | Phone call to parent re call from Interdynamics to contact re eval to be conducted | 0.08 105.00/hr | 8.40 |
| 5/16/2005 WB | Drafted letter to parent re: closing case file | 0.42 105.00/hr | 44.10 |
| 6/7/2005 KD | Drafted letter to private school (RCA) responding to LOI b/o Atty and faxed to RCA and DCPS | 0.50 105.00/hr | 52.50 |
| 6/8/2005 KD | Drafted letter to parent/enclosed copy of Atty's Response to LOI to RCA/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/9/2005 RN | Review letter drafted by Mr. Hill. | 0.08 350.00/hr | 28.00 |
| DH | Draft and prepare letter to the DCPS Office of Mediation and Compliance providing a copy of the student's recently completed psychiatric evaluation, request for additional assessment, request to reconvene, and a copy of the HOD, review with Ms. Neloms for her approval. | 0.75 350.00/hr | 262.50 |

Fields, Rashard                                                                                    Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2005 DH | Receive and review the student's psychiatric evaluation. | | 0.42<br>350.00/hr | 147.00 |
| 7/11/2005 KD | Drafted letter to parent/enclosed copy of 11-29-04 Cognitive Psychological eval w/Atty's 7-9-05 Ltr to DCPS/copy to advc and file/added to case notes | | 0.50<br>105.00/hr | 52.50 |
| 7/20/2005 DD | Reviewed psychiatricevaluation and file | | 1.83<br>175.00/hr | 320.25 |
| 7/25/2005 DD | Attended MDT/IEP @school | | 3.83<br>175.00/hr | 670.25 |
| 8/5/2005 DH | Review the student's educational file to determine status of the student's case. | | 0.17<br>350.00/hr | 59.50 |
| 8/10/2005 DH | Review the student's educational file, conduct educational research regarding the DCPS duty to evaluate the student in all areas of suspected disabilities, draft administrative due process complaint, take to Ms. Neloms for her review. | | 2.50<br>350.00/hr | 875.00 |
|  | RN | Review the student's administrative due process complaint prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
| 8/12/2005 DH | Draft and send letter to Ms. Arvette Paige, IEP Coordinator at the Rock Creek Academy, responding to the Letter of Invitation. | | 0.25<br>350.00/hr | 87.50 |
|  | WB | Conference with parent re: case status and Scheduling Memorandum filed on 8/11/05 and Resolution Meeting deadline on 8/26/05 | 0.17<br>105.00/hr | 17.85 |
| 8/15/2005 WB | Conference with parent and verbal discussion with attorney D. Hill re: case status and resolution meeting that DCPS is trying to arrange w/ her | | 0.25<br>105.00/hr | 26.25 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 8-12-05 Ltr to RCA accptng MDT date/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of 8-11-05 HR/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.42<br>105.00/hr | 44.10 |
| 8/17/2005 DH | Discussion with the parent regarding the status of the student's case. | | 0.17<br>350.00/hr | 59.50 |
| 8/24/2005 DH | Draft letter to the DCPS Office of Student Hearings regarding notice of no-resolution. | | 0.25<br>350.00/hr | 87.50 |
| 8/29/2005 KD | Drafted letter to parent/enclosed copy of Atty's 8-24-05 Ltr to DCPS re Res Mtng/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |

Fields, Rashard

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2005 | DH | Discussion with the parent regarding case status, respond to Letter of Invitation. | 0.25 350.00/hr | 87.50 |
| 10/3/2005 | DH | Review the student's educational file, prepare five-day disclosures. | 1.50 350.00/hr | 525.00 |
| | RN | Review the student's five-day disclosures, prepared by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 10/4/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 9-26-05 Ltr to RCA accepting MDT date and MDT Confirmation/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
| 10/5/2005 | RN | Reviewed and executed settlement agreement | 0.33 350.00/hr | 115.50 |
| | DH | Drafted withdrawal letter to DCPS / Attorney | 0.08 350.00/hr | 28.00 |
| | | For professional services rendered | 30.34 | $7,209.65 |

Additional Charges :

| | | |
|---|---|---|
| 11/29/2004 | Copied documents | 8.75 |
| 12/14/2004 | Copied documents | 0.50 |
| | Postage; letter to parent | 0.60 |
| 1/11/2005 | Facsimile; letter to RCA | 4.00 |
| 1/14/2005 | Copied documents(Parent/advc-atty's 1/11/05 letter to RCA re MDT on 2/8/05 w/cvr letter) | 25.00 |
| | Postage; Postage; Copy of the l Attoneys 1-11-05 letter to RCA . | 0.37 |
| 1/18/2005 | Postage; Status letter to the parent re: MDT meeting confirmation. | 0.37 |
| | Copied MDT confirmation with cover letter for the parent and advocate. | 1.50 |
| 2/9/2005 | Facsimile(OGC/OSE-eval reg.w/consent form) | 9.00 |
| | Postage; Status letter to the parent with copy of evaluation request | 0.37 |
| | Copied documents(Interdynamics-eval rqst.w/IEP evals) | 22.25 |
| | Copied documents(Parent/adv-evals Request w/cvr letter) | 16.00 |
| 4/26/2005 | Copied independent evaluation request with HOD for Interdynamic. | 17.00 |
| | Postage; independent evaluations request to interdynamics. | 2.90 |

Fields, Rashard                                                                    Page    5

                                                                                 Amount

| 4/26/2005 | Facsimile(OSE/OGC-Indpnt eval request w/ consent) | 9.00 |
| 4/29/2005 | Postage; letter to the parent re: independent evaluations request. | 0.37 |
| | Copied Independent evaluation request for the parent and advocate. | 2.00 |
| 6/7/2005 | Facsimile- LOI w/Cvr Ltr | 7.00 |
| 6/8/2005 | Postage; LOI and attorney's letter to RCA to parent. | 0.37 |
| | Copied: LOI invitation for parent, advocate and JF. | 4.50 |
| 7/9/2005 | Facsimile- evals/ltr./Hod | 43.00 |
| 7/11/2005 | Copied documents- 11/29/04 Psychiatilie eval atty's ltr to DCPS and CVR LTr | 22.00 |
| | Postage; evaluations letter to parent. | 1.98 |
| 8/11/2005 | Facsimile HR to SHO | 8.00 |
| 8/12/2005 | Facsimile letter to SHO | 2.00 |
| | Copied: HR and MDTr parent and advocate. | 7.00 |
| 8/15/2005 | Postage; letter to parent re: MDT conf. | 0.37 |
| | Postage; letter to parent re: HR and MDT dates | 0.83 |
| | Copied: MDT confirmation for parent and advocate. | 1.50 |
| 8/24/2005 | Facsimile(SHO-letter) | 2.00 |
| 8/26/2005 | Copied: RM for parent and advocate. | 4.00 |
| | Postage; letter to parent re: RM. | 0.60 |
| 10/3/2005 | Facsimile(OGC-5-Day) | 24.00 |
| | Copied: disclosure for SHO. | 17.75 |
| 10/4/2005 | Postage: letter to parent re: MDT confirmation. | 0.60 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: MDT confirmation letter for parent and advocate. | 3.50 |
| 10/5/2005 | Facsimile Settlement to OGC | 5.00 |
| | Facsimile Settlement to SHO | 5.00 |

Fields, Rashard                                                           Page     6

|  | Amount |
|---|---|
| 10/5/2005 File review preparation of bill and invoice audit | 96.88 |
| Total costs | $397.86 |
| Total amount of this bill | $7,607.51 |