# EXHIBIT 6



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Laphedona Gay
   DOB: 1/13/93
   Date of Determination (HOD/SA): 9/26/05
   Parent/Guardian Name: Angela Gay
   Parent/Guardian Address: 4528 9th St., NW, #1, WDC 20011
   Current School: MacFarland MS
   Home School: MacFarland MS

3. **Invoice Information**
   Invoice Number: 05-420SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 7/19/05 to 9/26/05
   Amount of Payment Request: $ 2,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                October 31, 2005
Signature                        Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000      Fax: 202-442-5098
www.k12.dc.us

September 26, 2005

Roxanne Neloms, Esquire
James E. Brown & Assoc.
1220 L Street, NW
Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098 AND U.S. MAIL**

**Subject: Due Process Hearing Request for Laphedona Gay**
**DOB:   1/13/93**
**Attending School:  MacFarland MS**
**Home School:  same**

  This letter constitutes an offer of settlement for the above-referenced matter.

  By your signature below, you agree to the following terms:

  In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated July 29, 2005 [or "was undated"], the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about July 29, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

  1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

  2. Parent represents that the student's date of birth is 1/13/93, that the attending school is MacFarland MS, and that the home school is MacFarland MS.

  3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free

Re: Student's Name
9/26/2005
Page 2

appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
- DCPS agrees to fund the student's placement for the 2005-06 school year at Accotink Academy;
- DCPS agrees to provide transportation for the student to Accotink Academy for the 2005-06 school year.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand five-hundred ($2,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

    11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Re: Student's Name
9/26/2005
Page 3

Agreed to: ___[signature]___    Agreed to: ___[signature]___
Parent/Counsel for Parent         Attorney Advisor

___[signature]___    ___Tjana Palmer___
(print name)          (print name)

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! <br>-------------------------------- | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>--------------------------------<br>! Admitted in Bolivia Only |

September 26th, 2005

**Via Facsimile Only**

Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:   Laphedona Gay
DOB:  1/17/93

Dear Ms. Newsome:

The parent, by and through counsel, pursuant to the terms of the attached settlement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing request. If I can be of any further assistance, please do not hesitate to contact me further.

Respectfully,

Roxannne Neloms, Esq.

Cc:   Lynana G. Palmer, DCPS Attorney Advisor
      Domiento C.R. Hill, Esq.
      File

---

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  2220
CONNECTION TEL                        92024425556
CONNECTION ID
ST. TIME                  09/26 18:55
USAGE T                   00'41
PGS. SENT                 5
RESULT                    OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5556

SUBJECT: L.G., DOB: 1/17/93

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO                  2225
    CONNECTION TEL                          92024425097
    CONNECTION ID
    ST. TIME                  09/26 19:01
    USAGE T                   00'49
    PGS. SENT                 6
    RESULT                    OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill o | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers' |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Lyana Palmer, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: L.G., DOB: 1/17/93

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of :e addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. 3rown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| ------------------------------- | | ------------------------------- |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

By signing below, I, _Angela E. Gay_ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, _LaPhedona N. Gay_, DOB: _1-17-93_. This authorization is valid for two (2) years.

_9-28-05_
Date

_Angela Gay_
Parent/Guardian's Signature

_[signature]_
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Laphedona N. Gay
Angela Gay
4528 9th Street, NW
Apt # 1
Washington DC 20011

October 06, 2005

In Reference To:   Laphedona N. Gay
DOB: 1-13-93
Home school: Clark ES
Attending school: Clark ES

Invoice #11001

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/2005 | KD | Drafted letter to parent/enclosed copy of 7-6-05 SA/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
| 7/27/2005 | RN | Review letter of noncompliance, drafted by Mr. Hill to the DCPS Office of Mediation and Compliance. | 0.08 350.00/hr | 28.00 |
| | DH | Draft letter of noncompliance, for Ms. Neloms' review, to the DCPS Office of Mediation and Compliance. | 0.17 350.00/hr | 59.50 |
| 7/29/2005 | DH | Review the student's educational file, discussion with the parent regarding placement, draft due process hearing complaint, take to Ms. Neloms for her review. | 1.50 350.00/hr | 525.00 |
| | RN | Review the student's due process hearing complaint, prepared by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 8/3/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/posted deadline date to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
| | KD | Drafted letter to parent/enclosed copy of Atty's 7-27-05 Ltr to DCPS re HR to be filed/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/9/2005 | KD | Phone call from parent re placement options for this fall | 0.08 105.00/hr | 8.40 |

Laphedona N. Gay                                                                                   Page   2

|            |    |                                                                                                                                                   | Hrs/Rate        | Amount |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/9/2005   | KD | Drafted letter to parent/enclosed copy of Res Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars     | 0.50 105.00/hr  | 52.50  |
| 8/16/2005  | KD | Drafted letter to parent/enclosed copy of Atty's 8-11-05 Ltr DCPS re Res Mtng results and to proceed with scheduling of Hearing/copy to advc and file/added to case notes | 0.42 105.00/hr  | 44.10  |
| 8/17/2005  | KD | Phone call to Accotink re placement funding order not yet received/waiting on hearing                                                             | 0.08 105.00/hr  | 8.40   |
| 9/6/2005   | KD | Phone call from High Road re placement                                                                                                            | 0.08 105.00/hr  | 8.40   |
| 9/13/2005  | DD | School visit; classroom observation visit to office to discuss school placement and existing problems in current school.                          | 0.83 175.00/hr  | 145.25 |
| 9/19/2005  | DH | Discussion with the mother regarding the status of the student's case.                                                                            | 0.08 350.00/hr  | 28.00  |
| 9/20/2005  | RN | Review the student's five-day disclosures prepared by Mr. Hill.                                                                                   | 0.25 350.00/hr  | 87.50  |
|            | DH | File Motion for Default, take to Ms. Neloms' for her review.                                                                                      | 0.25 350.00/hr  | 87.50  |
|            | RN | Review Motion for Default Judgment.                                                                                                               | 0.08 350.00/hr  | 28.00  |
|            | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars                  | 0.50 105.00/hr  | 52.50  |
|            | KD | Assist attorney to prepare disclosure to DCPS                                                                                                     | 2.00 105.00/hr  | 210.00 |
|            | DH | Review the student's educational file, prepare five-day disclosures for the DCPS Attorney Advisor assigned to the case and give to Ms. Neloms' for her review. | 1.00 350.00/hr  | 350.00 |
| 9/22/2005  | DD | School visit; classroom observation All Day                                                                                                       | 3.00 175.00/hr  | 525.00 |
| 9/26/2005  | KD | Phone call to Accotink to confirm testimony for upcoming hearing                                                                                  | 0.08 105.00/hr  | 8.40   |
|            | RN | Prepare for the student's administrative due process hearing, receive settlement proposal from DCPS, review with the parent and Mr. Hill, execute. | 2.00 350.00/hr  | 700.00 |

Laphedona N. Gay

Laphedona N. Gay                                                                                                                  Page   3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2005 | DH | Prepare for the student's administrative due process hearing, receive settlement offer from DCPS, review with Ms. Neloms and the parent, draft and file notice of withdrawal on Ms. Neloms' and the parent's behalves. | 2.00 350.00/hr | 700.00 |
|  |  | For professional services rendered | 16.73 | $3,921.05 |
|  |  | Additional Charges : |  |  |
| 7/19/2005 |  | Postage; SA letter to parent. |  | 0.60 |
|  |  | Copied: SA letter for parent and advocate. |  | 3.50 |
| 7/27/2005 |  | Facsimile- notice of non complance |  | 2.00 |
| 8/3/2005 |  | Postage; letter to parent re: HR/complaint, HR to filed. |  | 0.83 |
|  |  | Copied: HR complaint and HR to filed for parent and advocates. |  | 9.00 |
| 8/9/2005 |  | Postage; letter to parent re: confirmation of RM. |  | 0.37 |
|  |  | Copied: MDT meeting confirmatio for parent and advocate. |  | 1.50 |
| 8/16/2005 |  | Postage; letter to parent re: RM results. |  | 0.37 |
|  |  | Copied: HR to be filed for parent and advocate. |  | 1.50 |
| 9/19/2005 |  | Copied: Disclosure for SHO and OGC. |  | 74.00 |
| 9/20/2005 |  | Postage; Letter to parent re: HN. |  | 0.37 |
|  |  | Messenger Service to and from DCPS (5-day Disclosures) |  | 20.00 |
|  |  | Facsimile motion for default to SHO/OGC |  | 6.00 |
|  |  | Copied: HN letter for parent and advocate. |  | 1.00 |
| 9/26/2005 |  | Facsimile(SHO-SA) |  | 5.00 |
|  |  | Facsimile(OGC-SA) |  | 2.00 |
|  |  | File review preparation of bill and invoice audit |  | 96.88 |
|  |  | Total costs |  | $224.92 |
|  |  | Total amount of this bill |  | $4,145.97 |