# EXHIBIT 7



# District of Columbia Public Schools

## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

### APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
### PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney:                JAMES E. BROWN
   Federal Tax ID No.:      52-1500760
   D.C. Bar No.:            61622

2. **Student Information**
   Name:                           Anita Gregory-Rivas
   DOB:                            3/20/87
   Date of Determination (HOD/SA): 10/7/05
   Parent/Guardian Name:           Cheryl Rivas
   Parent/Guardian Address:        1358 Spring St., NW, WDC 20010
   Current School:                 Cardozo SHS
   Home School:                    Cardozo SHS

3. **Invoice Information**
   Invoice Number:          05-421SA
   Date Request Submitted:  10/31/05
   Date(s) Services Rendered: 5/20/05 to 10/25/05
   Amount of Payment Request  $ 1,900.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                          October 31, 2005
Signature                                 Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000        Fax 202-442-5098
www.k12.dc.us

October 7, 2005

Ms. Roxanne Neloms, Esq.
James Brown and Associates
1220 L Street NW, Suite 700
Washington, DC 20005

**10-DAY LETTER**

**VIA FACSIMILE 202-220-3116**

**Subject: Due Process Hearing Request for Anita Gregory-Rivas**
**DOB:   3/20/87**
**Attending School: Cardozo SHS**
**Home School: Cardozo SHS**

        This letter is sent to you pursuant to 34 C.F.R. § 300.513 governing the availability of at orney fees, and constitutes a written offer of settlement for the above-referenced matter. Please respond to this letter within 10 days.

        By your signature below, you agree to the following terms:

        In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which is scheduled for October 14, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about August 16, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

        1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

        2. Parent represents that the student's date of birth is 3/20/87, that the attending school is Cardozo SHS.

Re: Anita Gregory-Rivas
10/7/2005
Page 2

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

- DCPS agrees to complete a clinical evaluation and a psychiatric within thirty (30) days. If DCPS does not complete the evaluation, then DCPS will fund an independent evaluation consistent with DCPS guidelines. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.
- DCPS agrees to convene a MDT/IEP meeting within twenty (20) school days from the receipt of the evaluations to review evaluations, review and revise the IEP, discuss compensatory education and discuss placement. For a public placement, a Prior Notice of Placement will be issued within five (5) school days of the MDT meeting and for a private placement a PNOP will be issued within thirty (30) calendar days of the MDT meeting.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement and will schedule all meetings through counsel.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of DCPS's failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed One Thousand ~~Five Hundred~~ Nine ($1,~~500.00~~900.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs

Re: Anita Gregory-Rivas
10/7/2005
Page 3

incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Sincerely,

Katherine G. Rodi
Attorney-Advisor

Agreed to: Roxanne Neloms, Esq.
Counsel for Parent

Agreed to: Katherine G. Rodi, Esq.
Attorney-Advisor

# JAMEᴗ E. BROWN & ASSOCIATES, ᴘLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | . Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ---------------------------------- | e-mail: Admin@Jeblaw.biz | |

------------------------------

! Admitted in Bolivia Only

October 17ᵗʰ, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

     Re:   Anita Gregory-Rivas
     DOB:  March 20ᵗʰ, 1987

Dear Ms. Newsome:

     The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. Thank you for your assistance with this matter.

                Respectfully,

                Roxanne Neloms, Esq.

Cc:  Katherine Rodi, Attorney Advisor, DCPS
     File

---

*◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
*° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            3185
CONNECTION TEL               92024425556
CONNECTION ID
ST. TIME            10/17 08:41
USAGE T             00'46
PGS. SENT           5
RESULT              OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Onl

# *FAX COVER SHEET*

TO:   Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE:   October 17th, 2005

FAX NO: 202-442-5556

SUBJECT: A.R., DOB: 3/20/87

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

```
                         ********************
                   ***     TX REPORT     ***
                         ********************


         TRANSMISSION OK

         TX/RX NO           3187
         CONNECTION TEL              92024425097
         CONNECTION ID
         ST. TIME           10/17 08:44
         USAGE T            00'49
         PGS. SENT            6
         RESULT             OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelon :
John A. Straus
Dolores S. McKnight
Marshall Lammers

! Admitted in Bolivia Onl·

# *FAX COVER SHEET*

TO:     Katherine Rodi, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE:   October 17th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: A.R., DOB; 3/20/87

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your
assistance.

STATEMENT OF CONFIDENTIALITY:

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| ------------------------- | | ------------------------- |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

By signing below, I, _____ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, Anita Gregory-Rivas , DOB: 3-20-87 . This authorization is valid for two (2) years.

10-20-05
Date

_____
Parent/Guardian's Signature

_____
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc:  File

◊ Admitted Only in Maryland.  Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey.  Practicing Pursuant to Rule 49(c)(8);  Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Gregory-Rivas A

October 25, 2005
In Reference To: Gregory-Rivas A

Invoice #11048

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | DH | Discussion with Ms. Coles, special education coordinator at Cardozo Senior High School, regarding the status of the student's case and special education evaluations being obtained independently by the parent. Fax her a copy of the settlement agreement. | 0.08 350.00/hr | 28.00 |
| 5/23/2005 | KD | Phone call from parent independent evals at Interdynamics & at Andromeda | 0.08 105.00/hr | 8.40 |
| 6/1/2005 | KD | Drafted letter to parent/enclosed copy of Ltr from Interdynamics re evals conducted. | 0.17 105.00/hr | 17.85 |
| 6/22/2005 | KD | Drafted letter to parent/enclosed copy of 6-7-05 Vocational from Interdynamics. | 0.17 105.00/hr | 17.85 |
|  | DH | Receive and review the student's vocational evaluation. | 0.50 350.00/hr | 175.00 |
| 7/22/2005 | DH | Receive and review the student's cognitive psychological evaluation. | 0.50 350.00/hr | 175.00 |
|  | DH | Draft letter, for Ms. Neloms' review, providing DCPS a copy of all outstanding evaluations, a copy of the settlement agreement, and request to reconvene. | 0.17 350.00/hr | 59.50 |
|  | RN | Review letter, drafted by Mr. Hill, providing DCPS a copy of all outstanding evaluations, a copy of the settlement agreement, and request to reconvene. | 0.08 350.00/hr | 28.00 |

Gregory-Rivas A                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/26/2005 | DH | Draft letter, for Ms. Neloms' review, providing DCPS with a copy of the student's educational evaluation, and request for additional assessments. | 0.17<br>350.00/hr | 59.50 |
|  | RN | Review letter drafted by Mr. Hill, providing DCPS with a copy of the student's educational evaluation, and request for additional assessments. | 0.08<br>350.00/hr | 28.00 |
| 8/1/2005 | KD | Drafted letter to parent/copies of Evals and Atty's 7-22-05 Ltr to DCPS. | 0.17<br>105.00/hr | 17.85 |
| 8/10/2005 | DH | Draft and send notice of non-compliance to the DCPS Office of Student Hearings. | 0.25<br>350.00/hr | 87.50 |
| 8/15/2005 | DH | Review the student's educational records, draft administrative due process hearing request for Ms. Neloms' review, file administrative due process hearing complaint. | 2.00<br>350.00/hr | 700.00 |
|  | RN | Review the student's administrative due process hearing complaint drafted by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |
| 8/16/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-10-05 Ltr DCPS re HR. | 0.17<br>105.00/hr | 17.85 |
| 8/17/2005 | DH | Draft and send letter to Mary Lee Phillips, regarding the status of the parent's requested evaluations. | 0.17<br>350.00/hr | 59.50 |
| 8/18/2005 | KD | Drafted letter to parent/enclosed copy of 8-15-05 HR-Complaint. | 0.17<br>105.00/hr | 17.85 |
| 8/23/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-17-05 Ltr to DCPS rqstng copies of evals/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 9/23/2005 | DH | Draft and prepare, for Ms. Neloms' review, the motion for default judgment. | 0.25<br>350.00/hr | 87.50 |
|  | RN | Review the motion for default judgment. | 0.08<br>350.00/hr | 28.00 |
|  | DH | Draft and file notice of noncompliance and the parent's intent to file a due process hearing. | 0.17<br>350.00/hr | 59.50 |
|  | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file. | 0.33<br>105.00/hr | 34.65 |
|  | KD | Drafted letter to parent/enclosed copy of Motion for Default Judgment. | 0.17<br>105.00/hr | 17.85 |
| 10/7/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |

Gregory-Rivas A                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2005 | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
|  | DH | Review the student's educational file, prepare five-day disclosures for Ms. Neloms' review. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Receive and review the student's recent settlement proposal from DCPS, review with lead counsel and parent, draft notice of withdrawl for counsel's execution. | 0.25<br>350.00/hr | 87.50 |
|  | RN | Receive and review the student's recent settlement proposal from DCPS, review with co-counsel and parent, execute notice of withdrawl for counsel's execution. | 0.08<br>350.00/hr | 28.00 |
| 10/20/2005 | WB | Conference with parent in the office re: case status | 0.33<br>105.00/hr | 34.65 |
|  |  | For professional services rendered | 9.51 | $2,549.40 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 5/20/2005 | Facsimile: Letter to Cardozo SHS. | 8.00 |
| 5/27/2005 | Postage; Letter from interdynamics re: evaluations done to parent. | 0.37 |
| 6/1/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 6/22/2005 | Copied: Vocational assessment from Interdynamics for parent and advocate. | 5.50 |
|  | Postage; Evaluations from Interdynamics letter to parent. | 0.60 |
| 6/23/2005 | Copied documents(Atty Hill-6/7/05 Voc.eval+CVR letter) | 2.75 |
| 7/22/2005 | Facsimile: letter to OSE and OMC. | 40.00 |
| 8/1/2005 | Copied: Evaluations for parent, advocate, and K.C. | 24.00 |
|  | Postage; evaluations letter to parent. | 1.29 |
| 8/10/2005 | Facsimile: Noncompliance to OMC. | 2.00 |
| 8/15/2005 | Facsimile HR to SHO | 8.00 |
| 8/16/2005 | Copied: HR to be filed for parent and advocate. | 1.50 |
|  | Postage; letter to parent re: HR to be filed. | 0.37 |
| 8/17/2005 | facsimile: Letter to OSE. | 2.00 |

Gregory-Rivas A                                                              Page    4

                                                                                   Amount

| Date | Description | Amount |
|---|---|---|
| 8/18/2005 | Postage; letter to parent re: HR complaint. | 0.60 |
| | Copied: HR complaint letter for parent and advocate. | 4.50 |
| 8/23/2005 | Postage; letter to parent re: copies of eval. request. | 0.37 |
| | Copied: evaluations request for parent and advocate. | 1.50 |
| 9/23/2005 | Postage: Letter to parent re: HN and motion to default judgement. | 0.60 |
| | Copied: HN and motion to default judgement for parent and advocate. | 2.50 |
| 10/7/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: disclosure. | 42.50 |
| 10/11/2005 | Facsimile letter to Wilson SHS | 10.00 |
| 10/17/2005 | Facsimile: SA letter to SHO and OGC. | 11.00 |
| 10/25/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $287.70 |
| | Total amount of this bill | $2,837.10 |