# EXHIBIT 8



# District of Columbia Public Schools
**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Seaquette Guinn
   DOB: 5/21/90
   Date of Determination (HOD/SA): 10/11/05
   Parent/Guardian Name: April Washington
   Parent/Guardian Address: 121 Yuma St., SE, #107, WDC 20032
   Current School: Jefferson JHS
   Home School: Hart MS

3. **Invoice Information**
   Invoice Number: 05-422SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 4/21/05 to 10/11/05
   Amount of Payment Request: $ 2,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                                October 31, 2005
Signature                                           Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

October 11, 2005

Roxanne Neloms, Esquire
James E. Brown & Assoc.
1220 L Street, NW
Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2022**

Subject: Due Process Hearing Request for Seaquette Guinn
DOB:  5/21/90
Attending School:  Jefferson Junior School
Home School:

    This letter constitutes an offer of settlement for the above-referenced matter.

    By your signature below, you agree to the following terms:

    In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated October 3, 2005 [or "was undated"], the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about October 3, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

    1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

    2. Parent represents that the student's date of birth is 5/21/90, that the attending school is Jefferson JHS.

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued

Re: Student's Name
10/11/2005
Page 2

delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

    - DCPS agrees to place and fund student with transportation, on an interim basis, at Chelsea School;

    - DCPS agrees to reconvene the student's MDT/IEP Meeting to review all new evaluations, including the speech-language, psychiatric, neuropsychological, clinical, functional behavior assessment; revise IEP as necessary; discuss & determine placement; develop a compensatory education plan. For a public placement, a Prior Notice of Placement will be issued within five (5) school days of the MDT meeting, and for a private placement a PNOP will be issued within thirty (30) calendar days of the MDT meeting.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Student's Name
10/11/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____          Agreed to: _____
           Parent/Counsel for Parent                         Attorney Advisor

           _____                          _____
           (print name)                                     Lyana Palmer
                                                            (print name)

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |

! Admitted in Bolivia Only

October 12th, 2005

**Via Facsimile Only**
Lyana G. Palmer, Attorney Advisor
Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:    Seaquette Guinn
    DOB: May 21st, 1990

Dear Ms. Palmer:

The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Sincerely,

Roxanne Neloms, Esq.

Cc:    Lyana Palmer, Attorney Advisor, DCPS
       File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8): Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO                2980
CONNECTION TEL                    92024425556
CONNECTION ID
ST. TIME                10/11 20:00
USAGE T                 00'42
PGS. SENT               5
RESULT                  OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill o | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers· |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 11, 2005

FAX NO: 202-442-5556

SUBJECT: S.G., DOB: 5/21/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2982
CONNECTION TEL                    92024425098
CONNECTION ID         OFF.OF GENERAL C
ST. TIME              10/11 20:03
USAGE T               00'51
PGS. SENT             6
RESULT                OK
```

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers‘ |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Lyana Palmer, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 11, 2005

FAX NO: 202-442-5097/5098

SUBJECT: S.G., DOB: 5/21/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of t e addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. rown and Associates, PLLC immediately at (202) 742-2000 and

```
*************************
***    TX REPORT    ***
*************************

TRANSMISSION OK

TX/RX NO              4036
CONNECTION TEL                   92024425518
SUBADDRESS
CONNECTION ID
ST. TIME              10/12 12:11
USAGE T               01'34
PGS. SENT             8
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Juan J. Fernandez! |
| Domiento C.R. Hill | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, D.C. 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| Tilman L. Gerald | | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:   12 OCTOBER 2005

TO:     Maureen Anderson, Transportation Liaison, Division of Special Education, DCPS

PHONE:

FAX NO: 202-442-5518

FROM:   Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT: Completed Student Transportation Data Form and 10-11-05 SA
         Re: Seaquette Guinn, DOB: 5/21/90 for Transportation to Chelsea School

NUMBER OF PAGES INCLUDING COVER SHEET: 8

COMMENTS:

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                    4037
CONNECTION TEL              93015855865
SUBADDRESS
CONNECTION ID
ST. TIME                    10/12 12:13
USAGE T                     02'29
PGS. SENT                   8
RESULT                      OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, D.C. 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:     12 OCTOBER 2005

TO:       Bekah Atkinson, Admissions Director, Chelsea School

PHONE:

FAX NO:   301-585-5865

FROM:     Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT:  Completed Student Transportation Data Form and 10-11-05 SA
          Re: Seaquette Guinn, DOB: 5/21/90 for Transportation to Chelsea School

NUMBER OF PAGES INCLUDING COVER SHEET: 8

COMMENTS:

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __April Washington__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __SeaQuette Guinn__ DOB: __05-21-90__. This authorization is valid for two (2) years.

__10-13-05__
Date

__[signature]__
Parent/Guardian's Signature

__[signature]__
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8): Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8): Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Cornesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Seaquette Guinn

October 18, 2005
In Reference To:    Seaquette Guinn

Invoice #11028

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2005 | KD | Drafted letter to parent/enclosed copy of 4-20-05 SA/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 5/6/2005 | DH | Draft and send letter to the special education coordinator and office of Mediation and Compliance requesting copies of the student's functional behavioral assessment. | 0.25<br>350.00/hr | 87.50 |
| 5/9/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 5-6-05 Ltr to DCPS rqstng eval/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 5/13/2005 | DH | Draft and send letter, for Ms. Neloms' review and signature, to the DCPS Office of Mediation and Compliance requesting that they provide the parent's representative with a copy of the student's agreed upon functional behavior assessment, and further that in the event DCPS failed to provide the assessment the parent would proceed in securing an independent evaluation at DCPS' expense. | 0.17<br>350.00/hr | 59.50 |
| | WB | Prepared and sent referral packet to Interdynamics for an independent Functional Behavioral Assessment | 0.50<br>105.00/hr | 52.50 |
| | WB | Conference with parent re: case and teleconference w/ Interdynamics for FBA's appointment set-up | 0.08<br>105.00/hr | 8.40 |
| | WB | Drafted letter to parent re: case status and referral to Interdynamics for an independent Functional Behavioral Assessment | 0.42<br>105.00/hr | 44.10 |
| 5/19/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 5-13-05 Ltr to DCPS re indpnt eval if report not recv'd/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |

Seaquette Guinn                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2005 BDL | Drafted letter to parent with copy of acceptance letter from Chelsea School. | | 0.17<br>105.00/hr | 17.85 |
| 6/13/2005 DH | Discussion with the parent regarding the status of the student's case. | | 0.17<br>350.00/hr | 59.50 |
| 6/14/2005 KD | Drafted letter to parent/enclosed copy of Plcmnt Denial from Phillips/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| 6/29/2005 RN | Review letter drafted by Mr. Hill requesting DCPS to reconvene the student's MDT/IEP Meeting pursuant to the terms of the settlement agreement. | | 0.08<br>350.00/hr | 28.00 |
| | DH | Review the student's functional behavior assessment. | 0.33<br>350.00/hr | 115.50 |
| | DH | Receive and review the student's functional behavioral assessment, draft letter requesting DCPS to reconvene the student's MDT/IEP Meeting pursuant to the terms of the settlement agreement, take to Ms. Neloms for her review, fax to the DCPS Office of Mediation and Compliance. | 0.42<br>350.00/hr | 147.00 |
| | KD | Drafted letter to parent/enclosed copy of 6-17-05 FBA and Atty's 6-28-05 Ltr to DCPS/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/15/2005 DH | Discussion with the mother regarding the status of the student's placement. | | 0.17<br>350.00/hr | 59.50 |
| | DH | Review the student's educational file, conduct educational research regarding DCPS' duty to comply with the expressed written terms of the previous settlement agreement, draft administrative due process hearing, take to Ms. Neloms' to her review. | 2.00<br>350.00/hr | 700.00 |
| | RN | Review the administrative due process complaint drafted by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
| 7/19/2005 KD | Drafted letter to parent/enclosed copy of Atty's 7-15-05 Ltr to DCPS re HR to be filed/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| 7/28/2005 KD | Phone call to parent re HR filed re placement at Chelsea | | 0.08<br>105.00/hr | 8.40 |
| 7/29/2005 KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes | | 0.25<br>105.00/hr | 26.25 |
| 8/11/2005 DH | Draft and send letter to the DCPS Office of Student Hearings informing them that there was no resolution meet at the student's resolution session meeting and that the hearing should be scheduled. | | 0.17<br>350.00/hr | 59.50 |

Seaquette Guinn                                                                                                           Page    3

|            |     |                                                                                                                                                           | Hrs/Rate       | Amount  |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 8/16/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 8-11-05 Ltr DCPS re Res Mtng results and to proceed with scheduling of Hearing/copy to advc and file/added to case notes | 0.25 105.00/hr | 26.25   |
| 8/26/2005  | DH  | Discussion with the mother regarding placement for the upcoming school year.                                                                              | 0.25 350.00/hr | 87.50   |
| 8/30/2005  | DH  | Draft notice of stay-put.                                                                                                                                  | 0.25 350.00/hr | 87.50   |
| 9/1/2005   | WB  | Drafted letter to parent with HDN enclosed for hearing on 9/23/05 @ 11:00 am                                                                              | 0.50 105.00/hr | 52.50   |
|            | BDL | Drafted letter to parent with copy of the FBA.                                                                                                             | 0.42 105.00/hr | 44.10   |
| 9/8/2005   | DH  | Draft notice of withdrawal, for Ms. Neloms' review.                                                                                                        | 0.08 350.00/hr | 28.00   |
|            | RN  | Review notice of withdrawal prepared by Mr. Hill.                                                                                                          | 0.08 350.00/hr | 28.00   |
| 9/13/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 9-8-05 Ltr to DCPS re Withdrawal of HR/copy to advc and file/added to case notes                         | 0.42 105.00/hr | 44.10   |
| 9/16/2005  | DH  | Draft motion for default judgment, take to Ms. Neloms' for her review.                                                                                     | 0.25 350.00/hr | 87.50   |
|            | WB  | Conference with parent re: case status and upcoming hearing on 9/23/05 @ 11:00 am                                                                          | 0.17 105.00/hr | 17.85   |
|            | WB  | Assisted attorney to prepare disclosure to DCPS                                                                                                            | 1.50 105.00/hr | 157.50  |
|            | WB  | Conference with parent re: Last Year Report Card (6/24/05) and inclusion to 5-day Disclosure                                                               | 0.17 105.00/hr | 17.85   |
|            | RN  | Review the student's motion for default judgment.                                                                                                          | 0.08 350.00/hr | 28.00   |
|            | RN  | Review the five-day disclosures prepared by Mr. Hill.                                                                                                      | 0.25 350.00/hr | 87.50   |
|            | DH  | Review the student's educational file, prepare five-day disclosures.                                                                                       | 1.00 350.00/hr | 350.00  |
| 9/20/2005  | KD  | Phone call to Chelsea School (Ms. Bekah Atkinson) re testimony needed at upcoming hearing                                                                  | 0.08 105.00/hr | 8.40    |
| 9/21/2005  | KC  | Conference with parent and paralegal re: case status and placement                                                                                         | 0.50 175.00/hr | 87.50   |

Seaquette Guinn                                                                                                      Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/21/2005 | WB | Conference with parent and advocate Kevin Carter re: case status and placement | 0.50<br>105.00/hr | 52.50 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| 9/22/2005 | RN | Prepare for the student's due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | KD | Phone call to Chelsea School re testimony needed for upcoming hearing | 0.08<br>105.00/hr | 8.40 |
| 9/23/2005 | RN | Prepare, transportation to, and participation in the student's administrative due process hearing. | 3.00<br>350.00/hr | 1,050.00 |
|  | DH | Prepare, transportation to and participation in the student's administrative due process hearing. | 3.00<br>350.00/hr | 1,050.00 |
|  | DD | Reviewed file and evaluations for upcoming hearing. | 0.50<br>175.00/hr | 87.50 |
|  | DD | Appearance to 825 North Capital for due process hearing | 1.00<br>175.00/hr | 175.00 |
| 10/4/2005 | KD | Assist attorney to prepare disclosure to DCPS | 2.00<br>105.00/hr | 210.00 |
|  | DH | Review the student's educational file, prepare five-day disclosures for the continued due process hearing. | 0.50<br>350.00/hr | 175.00 |
|  | RN | Review the student's five-day disclosures, prepared by co-counsel. | 0.17<br>350.00/hr | 59.50 |
| 10/11/2005 | DH | Reviewed and executed settlement agreement for Ms. Neloms; draft withdrawal letter | 0.42<br>350.00/hr | 147.00 |
|  | RN | Reviewed settlement agreement and withdrawal letter | 0.08<br>350.00/hr | 28.00 |
|  |  | For professional services rendered | 29.61 | $7,536.55 |

Seaquette Guinn                                                                                                    Page    5

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 4/21/2005 | Postage; letter to parent with SA. | 0.60 |
| 5/9/2005 | Copied Atty's letter to DCPS re: evaluation FBA and cover letter for parent and advocate . | 2.00 |
|  | Postage; Atty's letter to DCPS re: evaluation report and parent. | 0.74 |
| 5/13/2005 | Facsimile: letter to OMC and Jefferson JHS. | 4.00 |
| 5/19/2005 | Postage; Attorney's letter DCPS re: evluations or hearing to be filed, to parent. | 0.37 |
|  | Copied: Attorney's letter to DCPS, for parent and advocate. | 2.00 |
| 5/26/2005 | Copied: Acceptance letter from Chelsea for parent. | 0.25 |
|  | Postage; letter to parent | 0.37 |
| 6/14/2005 | Postage; Placement denial letter from Phillips to parent | 0.37 |
|  | Copied: Placement denial from Phillips for parent and advocate. | 1.00 |
| 6/28/2005 | Facsimile: Letter to OMC. | 11.00 |
| 6/29/2005 | Copied: FBA, SA, and attorney's letter to DCPS for parent and advocate. | 6.00 |
|  | Postage; FBA, SA, and attorney's letter to DCPS, letter to parent. | 0.83 |
| 7/1/2005 | Copied: activity for file "B". | 2.50 |
| 7/19/2005 | Copied: HR to be filed letter for parent and advocate. | 1.50 |
|  | Postage; HR to be filed letter to parent. | 0.37 |
| 7/29/2005 | Postage; letter to parent re: HR complaint. | 0.60 |
|  | Copied: HR complaint for parent and advocate. | 4.00 |
| 8/15/2005 | Postage; letter to parent re: meeting results request. | 0.37 |
|  | Copied: RM for parent and advocate. | 1.50 |
| 8/31/2005 | Facsimile(OMC-Stay put notice) | 3.00 |
|  | Facsimile( OSE- Stay-put notice) | 3.00 |
|  | Facsimile(Jefferson JHS-Stay-put notice) | 3.00 |
|  | Facsimile(OGC-Stay put notice) | 3.00 |

Seaquette Guinn                                                                                           Page    6

|  |  | Amount |
|---|---|---:|
| 8/31/2005 | Facsimile(SHO-HR) | 7.00 |
| 9/1/2005 | Copied documents | 0.50 |
|  | Postage; letter to parent. | 0.37 |
| 9/13/2005 | Copied: withdrawal of HR for parent and advocate. | 1.50 |
|  | Postage; letter to parent re: withdrawing HR. | 0.37 |
| 9/15/2005 | Facsimile(SHO-Defult notice) | 5.00 |
|  | Facsimile(OGC-Defult notice) | 5.00 |
| 9/16/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied documents(DCPS-Disclosure) | 78.00 |
| 9/23/2005 | Sedan taxi service to DCPS for hearing | 7.00 |
| 10/3/2005 | Facsimile(OGC-1st Aemded HR) | 8.00 |
| 10/4/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 93.50 |
| 10/11/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Facsimile withdrawal of settlement agreement | 11.00 |
|  | Total costs | $406.49 |
|  | Total amount of this bill | $7,943.04 |