# EXHIBIT 9

Case 1:06-cv-00323-JDB   Document 1-10   Filed 02/23/2006   Page 1 of 14

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: DeJuan Hailstorks
   DOB: 5/27/88
   Date of Determination (HOD/SA): 10/18/05
   Parent/Guardian Name: Priscilla Hailstorks-Smith
   Parent/Guardian Address: 907 Buchanan St., NW, WDC 20011
   Current School: Kids Peace
   Home School: Rock Creek Academy

3. **Invoice Information**
   Invoice Number: 05-423SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 5/24/05 to 10/25/05
   Amount of Payment Request: $ 3,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                                October 31, 2005
Signature                                        Date



# DISTRICT OF COLUMBIA
# PUBLIC SCHOOLS

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax: 202-442-5098
www.k12.dc.us

October 13, 2005

Roxanne D. Neloms, Esquire
James E. Brown & Associates, PLLC
1220 L. Street, NW
Washington, D.C. 20005

**Subject: Due Process Hearing for DeJuan Hailstorks**
DOB: 05/27/88
Attending School: KidsPeace

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098**

    In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Thursday, October 13, 2005 at 9:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. The parties have agreed to the following terms and conditions:

    1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

    2. The Parent/Counsel verifies that the student's date of birth is May 27, 1988. The attending school is KidsPeace.

    3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

10/17/2005 13:30 FAX 202 403 3094   James Brown and Associat   ☒003
Case 1:05-cv-00329-JDB   Document 17-2   Filed 02/23/2006   Page 4 of 14

DCPS Office of the General Counsel
Page 2

4. DCPS agrees to conduct a placement meeting within thirty (30) days from the execution of this Agreement. DCPS further agrees that is a public placement is warranted, DCPS shall issue a notice of placement within five (5) school days and within thirty (30) calendar days for a private placement.

5. The aforementioned placement meeting shall be scheduled through counsel for the parent, via facsimile, at 202-742-2098.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Three Thousand ($3,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

*Rashida J. Chapman*

Rashida J. Chapman
Attorney Advisor

DCPS Office of the General Counsel
Page 3

Agreed to: _____  10/17/05
Roxanne D. Neloms, Esq.                   Date
Counsel for Parent

Agreed to: _____  10/18/05
Rashida J. Chapman, Esq.                  Date
Attorney Advisor

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

October 18th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Sixth Floor
Washington, DC 20002

Re:  DeJuan Hailstorks

Dear Ms. Newsome:

I hope this letter finds you in good health.

The parent, Ms. Priscilla Hailstorks-Smith, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process complaint. The hearing was scheduled to occur last Thursday, October 13th, 2005 at 9:00 A.M.

Respectfully,

Roxanne Neloms, Esq.

Cc:  Rashida Chapman, Attorney Advisor, OGC
     File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0027
RECIPIENT ADDRESS     92024425556
DESTINATION ID
ST. TIME              10/19 10:08
TIME USE              00'36
PAGES SENT            5
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores Scott McKnight<br>Marshall Lammers*<br><br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 17th, 2005

FAX NO: 202-442-5556

SUBJECT: D.H., DOB: 5/27/88

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

     TRANSMISSION OK

     TX/RX NO                0028
     RECIPIENT ADDRESS       92024425097
     DESTINATION ID
     ST. TIME                10/19 10:09
     TIME USE                00'42
     PAGES SENT              6
     RESULT                  OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◦<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores Scott McKnight<br>Marshall Lammers°<br><br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Rashida Chapman, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 17th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.H., DOB: 5/27/88

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Hailstorks, DeJ

October 25, 2005
In Reference To: Hailstorks, DeJ

Invoice #11049

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2005 DH | Discussion with the parent regarding the parent regarding the status of the student's placement. | | 0.17
350.00/hr | 59.50 |
| 6/13/2005 KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file. | | 0.33
105.00/hr | 34.65 |
| 7/19/2005 DD | Reviewed file for up coming IEP | | 1.00
175.00/hr | 175.00 |
| | DD | Attended MDT/IEP @ with grandmother and Kid peace via phone | 1.00
175.00/hr | 175.00 |
| 7/22/2005 KD | Prepared and sent placement package to The Pines Residential Treatment Center | | 0.33
105.00/hr | 34.65 |
| | KD | Prepared and sent placement package to Graydon Manor | 0.33
105.00/hr | 34.65 |
| | KD | Drafted letter to parent/enclosed copies of Plcmnt Ref Ltrs/copy to advc and file. | 0.33
105.00/hr | 34.65 |
| | KD | Prepared and sent placement package to Sunrise Academy | 0.33
105.00/hr | 34.65 |
| | KD | Prepared and sent placement package to RCA | 0.33
105.00/hr | 34.65 |
| | KD | Prepared and sent placement package to Florence Bertill Academy | 0.33
105.00/hr | 34.65 |

Hailstorks, DeJ                                                                                                    Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | DH | Draft letter, for Ms. Neloms' review, informing DCPS as to the status of the student's placement pending discharge from KidsPeace. | 0.25 350.00/hr | 87.50 |
| 7/27/2005 | KD | Phone call from Florence Bertill (Ms. Norwood) re Intake interview and more current info | 0.08 105.00/hr | 8.40 |
| 8/3/2005 | KD | Drafted letter to private school (the Pines) and enclosed updated records for reconsideration of placement referral | 0.33 105.00/hr | 34.65 |
|  | KD | Drafted letter to parent/enclosed copies of Ltrs to Florence Bertill, Graydon Manor and Pines re updated docs for Plcmnt reconsideration/copy to advc and file. | 0.33 105.00/hr | 34.65 |
|  | KD | Drafted letter to private school (Florence Bertill) and enclosed updated records for reconsideration of placement referral | 0.33 105.00/hr | 34.65 |
|  | KD | Drafted letter to private school (Graydon Manor) and enclosed updated records for reconsideration of placement referral | 0.33 105.00/hr | 34.65 |
| 8/10/2005 | DH | Discussion with the parent regarding the status of the student's placement. | 0.08 350.00/hr | 28.00 |
| 8/11/2005 | DH | Review the student's educational file, conduct educational research, draft administrative due process hearing complaint, give to Ms. Neloms for her review. | 2.00 350.00/hr | 700.00 |
|  | RN | Review the student's administrative due process hearing complaint drafted by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 8/15/2005 | KD | Drafted letter to parent/enclosed copy of 8-11-05 HR/copy to advc and file/added to case notes | 0.17 105.00/hr | 17.85 |
|  | KD | Drafted letter to parent/enclosed copy of Plcmnt Denials from ABS and Graydon Manor/copy to advc and file/added to case notes | 0.17 105.00/hr | 17.85 |
| 8/16/2005 | DH | Discussion with Ms. Hailstorks regarding the status of the student's placement. | 0.17 350.00/hr | 59.50 |
| 8/17/2005 | KD | Phone call to Florence Bertill re Intake Interview for 8-24 @ 10 am | 0.08 105.00/hr | 8.40 |
|  | KD | Phone call to Sunrise re Intake Interview for Placement for 8-25-05 @ 10 am | 0.08 105.00/hr | 8.40 |
| 8/18/2005 | KD | Drafted letter to parent/enclosed copy of Plcmnt Denial from Pines/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
|  | KD | Phone call to parent w/Intake Interview dates and times | 0.08 105.00/hr | 8.40 |

Hailstorks, DeJ                                                                                                       Page    3

|            |    |                                                                                                             | Hrs/Rate       | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------|----------------|--------|
| 8/18/2005  | KD | Prepared and sent placement package to High Road in DC                                                      | 0.58 105.00/hr | 60.90  |
|            | KD | Prepared and sent placement package to Pathways                                                             | 0.58 105.00/hr | 60.90  |
|            | KD | Drafted letter to parent/enclosed copies of Plcmnt Ref Ltrs/copy to advc and file/added to case notes       | 0.42 105.00/hr | 44.10  |
| 8/23/2005  | KD | Drafted letter to parent/enclosed copy of Plcmnt Denial from RCA/copy to advc and file/added to case notes  | 0.42 105.00/hr | 44.10  |
| 8/24/2005  | WB | Drafted letter to parent re: case status and placement referral to High Road Upper School of WDC.           | 0.33 105.00/hr | 34.65  |
|            | WB | Prepared and sent placement package to High Road Upper School of Washington DC (2001 "S" Street, NW)        | 0.50 105.00/hr | 52.50  |
|            | WB | Conference with parent re: case status and placement interview arrangement at High Road Upper School for 8/25/05 @ 12:00 PM | 0.17 105.00/hr | 17.85  |
|            | WB | Discussion with Shanon Redman of High Road Upper School re possible placement interview on 8/25/05 at 12:00 PM | 0.33 105.00/hr | 34.65  |
|            | DH | Discussion with the guardian regarding the student's placement.                                             | 0.08 350.00/hr | 28.00  |
|            | KD | Phone call from parent re no shows at Florence Bertill Academy for school visit as scheduled                | 0.08 105.00/hr | 8.40   |
|            | KD | Phone call to High Roads to schedule visit to school                                                        | 0.17 105.00/hr | 17.85  |
| 8/30/2005  | KD | Phone call from Pines re referral for placement                                                             | 0.08 105.00/hr | 8.40   |
| 9/13/2005  | KD | Phone call to KidsPeace re status of Plcmnt Ref                                                             | 0.08 105.00/hr | 8.40   |
| 9/19/2005  | KD | Prepared and sent placement package to KidsPeace in PA                                                      | 0.33 105.00/hr | 34.65  |
|            | KD | Drafted letter to parent/enclosed copy of Plcmnt Ref Ltr to KidsPeace/copy to advc and file.                | 0.25 105.00/hr | 26.25  |
| 10/6/2005  | DH | Review the student's educational file, prepare five-day disclosures.                                        | 1.00 350.00/hr | 350.00 |
|            | RN | Review the student's prepare five-day disclosures, prepared by Mr. Hill.                                    | 0.33 350.00/hr | 115.50 |

| Hailstorks, DeJ | | | | Page 4 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 10/12/2005 | DH | Prepare for the student's administrative due process heairng. | 1.00 350.00/hr | 350.00 |
| | RN | Prepare for the student's administrative due process heairng. | 1.00 350.00/hr | 350.00 |
| 10/13/2005 | DH | Prepare and appear at the student's administrative due process hearing, prior to the hearing, the parties reached a settlement agreement off the record. | 2.00 350.00/hr | 700.00 |
| | RN | Prepare and appear at the student's administrative due process hearing, prior to the hearing, the parties reached a settlement agreement off the record. | 2.00 350.00/hr | 700.00 |
| | | For professional services rendered | 21.44 | $4,941.65 |
| | | Additional Charges : | | |
| 6/13/2005 | | Postage; MDT confirmation letter to parent. | | 0.37 |
| | | Copied: MDT confirmation letter for parent and advocate. | | 1.50 |
| 7/22/2005 | | Postage; placement letter to parent. | | 0.60 |
| | | Postage; Placement packages to: RCA, Sunrise, Pines, Florence Bertill, and Graydon. | | 12.20 |
| | | Copied: placement packages for RCA, sunrise, Pines, Graydon, and Florence Bertill. Placement letter for parent and advocate. | | 74.25 |
| 7/25/2005 | | Facsimile to OSE:  Letter | | 13.00 |
| 8/3/2005 | | Copied: updated documents for Graydon Mnor, Florence Bertill, Pines, parent, and advocate. | | 21.75 |
| | | Postage; additional documents to Pines, Florence Bertill, with attorney's letter to Kids Peace. Placement consideration to Graydon Manor, Florence, and the Pines. | | 0.83 |
| 8/11/2005 | | Facsimile letter to SHO | | 2.00 |
| 8/15/2005 | | Postage; letter to parent re: HR, placement denials. | | 0.60 |
| | | Copied: HR and placement denial for parent and advocate. | | 5.50 |
| 8/18/2005 | | Copied: placement letter for parent and advocate. | | 2.50 |
| | | facsimile: placement package to High Rd. and Pathways. | | 156.00 |
| | | Postage; letter to parent re: placement denial. | | 0.37 |
| | | Postage; letter to parent re: placement. | | 0.37 |

| Hailstorks, DeJ | | Page 5 |
|---|---|---:|
| | | Amount |
| 8/18/2005 | Copied: placement denial for parent and advocate. | 1.00 |
| 8/23/2005 | Postage; letter to parent re: denial from RCA. | 0.37 |
| | Copied: placement denial for parent and advocate. | 1.00 |
| 8/24/2005 | Copied documents | 0.50 |
| | Postage; letter to parent | 0.37 |
| 9/19/2005 | Copied documents<br>placement referral to KIDS PEACE | 19.00 |
| | Postage; letter to parent re: placement. | 0.37 |
| | Postage; Placement package to Kids Peace | 3.13 |
| 10/5/2005 | Facsimile to Disclosure to DCPS | 84.00 |
| 10/19/2005 | Facsimile letter to SHO and OGC<br>Settlement Agreement | 11.00 |
| 10/25/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $509.46 |
| | Total amount of this bill | $5,451.11 |