# EXHIBIT 10

Case 1:06-cv-00323-JDB   Document 1-11   Filed 02/23/2006   Page 1 of 11



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Quanisha Hammond
   DOB: 8/29/89
   Date of Determination (HOD/SA): 9/28/05
   Parent/Guardian Name: Vanessa Hammond
   Parent/Guardian Address: 318 20th St, NE, WDC 20002
   Current School: Cesar Chavez Charter School
   Home School: Dunbar SHS

3. **Invoice Information**
   Invoice Number: 05-424SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 6/7/05 to 10/3/05
   Amount of Payment Request: $ 3,300.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                                October 31, 2005
Signature                                       Date

09/29/2005 14:44 FAX 202 442 5    OFF.OF GENERAL COUNSEL                @002
09/29/2005 12:33 FAX 202 742 2    Brown & Associates                    @002/004
09/28/2005 14:45 FAX 202 442 5098 OFF.OF GENERAL COUNSEL                @002/003



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

September 28, 2005

Ms. Delores Scott McKnight, Esq.
James Brown and Associates
1220 L Street NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2097**

Subject: Due Process Hearing for Quanisha Hammond
DOB:   8/29/89
Attending School: Cesar Chavez Charter School
Home School: Dunbar SHS

Dear Ms. Scott McKnight:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Wednesday, September 28, 2005 at 3:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. The underlying hearing request was filed on or about June 17, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is August 29, 1989. The attending school is Cesar Chavez SHS

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadline herein by one day for each day of delay.

09/29/2005 14:45 FAX 202 442 5   OFF.OF GENERAL COUNSEL   ☒003
09/29/2005 12:33 FAX 202 742 2   Brown & Associates   ☒003/004
09/28/2005 14:45 FAX 202 442 5098   OFF. OF GENERAL COUNSEL   ☒003/003

DCPS Office of the General Counsel
Page 2

4. DCPS agrees to fund an independent clinical evaluation, consistent with DCPS guidelines. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

5. DCPS agrees convene an MDT/IEP meeting within twenty (20) school days after the receipt f the evaluation. At the meeting, DCPS agrees to review all evaluations, review and revise the student's IEP, discuss compensatory education and discuss placement. For a public placement, a Prior Notice of Placement will be issued within five (5) school days of the MDT meeting and for a private placement a PNOP will be issued within thirty (30) calendar days of the MDT meeting.

6. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202-742-2097.

7. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

8. If for some reason DCPS is unable to comply with this agreement as result of unforeseen circumstances beyond its control, DCPS will request that parent/counsel agree to extend the deadlines c negotiate new timelines, whichever is appropriate. Parent/counsel will not unreasonably deny any such request for an extension or renegotiation.

9. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the ca s into compliance prior to filing a hearing request alleging DCPS' failure to comply. The person that shou ld be contacted is Jeff Kaplan at 442-4800.

10. This agreement is in full satisfaction and settlement of all the claims contained in the pendi g hearing request, and including all claims that the parent now asserts or could have asserted as of the dat of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed three-thousand three hundred ($3,300) Dollars, as full and final payment of the attorney fees and related costs incurred in thi matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices wi l be processed.

Sincerely,

*Katherine G. Rodi*
Katherine G. Rodi
Attorney Advisor

09/29/2005 14:45 FAX 202 442 5      OFF.OF GENERAL COUNSEL      ☑004
09/29/2005 12:33 FAX 202 742 2__8   Brown & Associates          ☑004/004
09/28/2005 14:44 FAX 202 442 5098   OFF.OF GENERAL COUNSEL      ☑002/002

DCPS Office of the General Counsel
Page 3

Agreed to: _____  9-28-05
Delores Scott McKnight, Esq.         Date
Counsel for Parent

Agreed to: Katherine G. Rodi         9-29-05
Katherine G. Rodi, Esq.              Date
Attorney Advisor

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers•<br><br>! Admitted in Bolivia Only |

September 28, 2005

**By Fax Only (202) 442-5556**
Ms. Sharon Newsome
Hearing Coordinator
District of Columbia Public Schools
825 North Capitol Street, NE. 8th Floor
Washington, DC 20002

      Re: **Withdrawal Letter – Settlement Reached**
         **Quanisha Hammond – DOB: 8/29/89**
         **Hearing Scheduled for 9/28/05 @ 3 AM**

Dear Ms. Newsome:

The parent and DCPS have entered into a Settlement Agreement in the above-referenced matter. Accordingly, by and through counsel, the parent hereby withdraws, without prejudice, the hearing scheduled for today, September 28th at 3:00 PM.

This withdrawal does not affect the parent's right to contest the appropriateness of the DCPS program, IEP, placement or the right of the parent to seek compensatory education for the delays in this case, of which a request for such may be filed at a later date.

         Sincerely,

         */s/ Delores Scott McKnight*
         Delores Scott McKnight, Esq.

Cc: Ms. Katherine Rodi, Esq. (DCPS Attorney Advisor – via fax)

---

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8): Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
• *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8): Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
09/29/2005 14:44 FAX 202 442 5       OFF.OF GENERAL COUNSEL              ☒001
                          202      2098
09/29/2005 12:33 FAX 202 742 2098    Brown & Associates                  ☒001/004
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◦<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers*<br><br>! Admitted in Bolivia Only |

9/29 wmg pls distrib

# FAX COVER SHEET

TO: Katherine Rodi, ESQ
FROM: Delores Scott McKnight, Esq.
DATE: 9-28-05
FAX NO: 442-5098 / 442-5097
RE: Q Hammond
Pages: 5 ~~4~~, includes cover sheet

Comments: Pls fax back for signature page. Withdrawal letter ~~forthcoming~~ also attached. Thank you.

**STATEMENT OF CONFIDENTIALITY:**

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◦ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C.

1590

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Quanisha Hammond
Vanessa Hammond
318 20th Street, NE
Washington DC 20002

October 03, 2005

In Reference To: Quanisha Hammond
DOB: 8/29/89
Home School: Eastern SHS

Invoice #10986

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2005 | DSM | Consultation with parent and legal assistant, research and case preparation. | 1.50<br>350.00/hr | 525.00 |
|  | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50<br>105.00/hr | 157.50 |
| 6/8/2005 | AAG | Drafted letter to parent | 0.69<br>105.00/hr | 72.45 |
| 6/9/2005 | DSM | Prepared due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
| 6/14/2005 | WD | Reviewed intake informaiton, report card, IEP, etc. | 0.50<br>175.00/hr | 87.50 |
| 6/17/2005 | DSM | Research regarding manifestation determination review meeting and having a FBA as prerequiste to IBP. | 2.00<br>350.00/hr | 700.00 |
| 6/23/2005 | WB | Drafted letter requesting records from Eastern SHS and DCPS | 0.50<br>105.00/hr | 52.50 |
|  | WB | Requested evaluations from Eastern SHS and DCPS | 0.50<br>105.00/hr | 52.50 |
| 8/8/2005 | WB | Drafted letter to parent re: case status and records received from Eastern SHS | 0.50<br>105.00/hr | 52.50 |
| 8/18/2005 | WB | Drafted letter to parent w/ parent's original correspondence from Dunbar SHS (2/17/05) | 0.50<br>105.00/hr | 52.50 |

Quanisha Hammond                                                                                     Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/21/2005 | DSM | Phone call from mother re: student at Cesar Chavez and school is threatening to expel her. | 0.17 350.00/hr | 59.50 |
|  | DSM | Prepare disclosure to DCPS. | 1.00 350.00/hr | 350.00 |
|  | DSM | Telephone call from Cesar Chavez staff. | 0.25 350.00/hr | 87.50 |
|  | WB | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
|  | WB | Conference with parent re: case status and upcoming hearing on 9/27/05 @ 3:00 pm | 0.25 105.00/hr | 26.25 |
| 9/22/2005 | WB | Conference with parent re: case status | 0.25 105.00/hr | 26.25 |
| 9/27/2005 | MM | Prepared for Due Process Hearing | 1.50 150.00/hr | 225.00 |
|  | MM | File review and developed monthly case status report | 0.17 150.00/hr | 25.50 |
| 9/28/2005 | DSM | Draft withdrawal letter to DCPS | 0.17 350.00/hr | 59.50 |
|  | DSM | Telephone call from DCPS Atty, K. Rodi, discussing settlement terms in lieu of today's hearing. | 0.25 350.00/hr | 87.50 |
|  | DSM | Reviewed/signed settlement agreement | 0.08 350.00/hr | 28.00 |
| 9/30/2005 | AAG | Reviewed advocate's report, file review and discussion with attorney Brown | 0.25 105.00/hr | 26.25 |
|  |  | For professional services rendered | 16.03 | $3,611.20 |

Additional Charges :

| 6/7/2005 | Copied documents; intake documents | 3.00 |
|---|---|---|
| 6/8/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents | 0.50 |
| 8/8/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |

Quanisha Hammond                                                                                          Page    3

                                                                                                           <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 8/18/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 9/21/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure to DCPS. | 73.00 |
| 9/28/2005 | Copied documents; SA | 1.00 |
| 9/29/2005 | Postage; SA letter to parent. | 0.37 |
|  | Facsimile proposed SA to OGC | 2.00 |
| 10/3/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$198.86** |
|  | **Total amount of this bill** | **$3,810.06** |