# EXHIBIT 11

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Khalil Martin
   DOB: 8/26/93
   Date of Determination (HOD/SA): 9/26/05
   Parent/Guardian Name: Jayelynn Martin
   Parent/Guardian Address: 449 Warner St., NW, WDC 20001
   Current School: SAIL PCS
   Home School: J.F. Cook ES

3. **Invoice Information**
   Invoice Number: 05-427SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 7/13/05 to 9/26/05
   Amount of Payment Request: $ 2,800.00

4. **Certification (must be signed by principal attorney):**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                                October 31, 2005
Signature                                           Date

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

September 26, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

Subject: **Due Process Hearing Request for Khalil Martin**
**DOB: 08-26-1993**
**Attending School: SAIL PCS**
**Home School: J.F. Cook Elementary School**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was undated, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was received on July 28, 2005, pursuant to the Individuals with Disabilities Education Act of 2004, 20 U.S.C. §§ 1400 et seq.; proposed regulations cited in 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is August 26, 1993, that the attending SAIL PCS and home school is J.F. Cook Elementary School.

Re: Khalil Martin
9/26/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Fund an independent social history, psycho-educatonal evaluation and clinical psychological evaluation. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Eight ($2,800.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Khalil Martin
9/26/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____  Agreed to: _____
Roxanne Neloms, Esquire              Quinne Harris-Lindsey
Counsel for Parent                    Acting Supervisory Attorney Advisor

Roxanne D. Neloms                    Quinne Harris-Lindsey
(print name)                          (print name)

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

September 26th, 2005

**Via Facsimile Only**

Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:  Khalil Martin
DOB: August 26th, 1993

Dear Ms. Newsome:

The parent, by and through counsel, pursuant to the terms of the attached settlement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing request. If I can be of any further assistance, please do not hesitate to contact me further.

Respectfully,

Roxanne Neloms, Esq.

Cc:  Quinne Harris-Lindsey, DCPS Attorney Advisor
     Domiento C.R. Hill, Esq.
     File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  2222
CONNECTION TEL                         92024425556
CONNECTION ID
ST. TIME                  09/26 18:58
USAGE T                   00'38
PGS. SENT                 5
RESULT                    OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelom: |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers· |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jcblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5556

SUBJECT: K.M., DOB: 8/26/93

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of  ie addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                  2227
CONNECTION TEL                         92024425097
CONNECTION ID
ST. TIME                  09/26 19:04
USAGE T                   00'47
PGS. SENT                 6
RESULT                    OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers' |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Quinne Harris-Lindsey, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: K.M., DOB: 8/26/93

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of  ιe addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Tilman L. Gerald<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __JAYGLYNN MARTIN__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Kohlie Martin__, DOB: __8-26-93__. This authorization is valid for two (2) years.

__Oct. 31, 2005__
Date

__[signature]__
Parent/Guardian's Signature

__[signature]__
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Khalil Martin
Jaylene Martin
449 Warner St, NW
Washington DC 20001


October 06, 2005
In Reference To:   Khalil Martin
                   DOB: 8/26/93
                   School:J.F. Cook ES

Invoice #11002

    Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2005 | DH | Consultation with parent and legal assistant, research and case preparation. | 1.00<br>350.00/hr | 350.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.00<br>105.00/hr | 105.00 |
| 7/15/2005 | AAG | Drafted letter to parent | 0.33<br>105.00/hr | 34.65 |
| | KD | Drafted letter requesting records to JF Cook ES | 0.33<br>105.00/hr | 34.65 |
| | KD | Requested evaluations to JF Cook ES | 0.33<br>105.00/hr | 34.65 |
| 7/20/2005 | KD | Drafted letter to parent/enclosed copy of Records Rqst | 0.33<br>105.00/hr | 34.65 |
| | KD | Drafted letter to parent/enclosed copy of Eval Rqst to current school | 0.33<br>105.00/hr | 34.65 |
| 7/21/2005 | DH | Discussion with the student's mother, re: evaluations. | 0.17<br>350.00/hr | 59.50 |
| 7/27/2005 | RN | Review complaint drafted by Mr. Hill alleging DCPS denied the student FAPE by failing to comply with the parent's request for a clinical psychological evaluation, and failure to conduct triennial reevaluations, | 0.33<br>350.00/hr | 115.50 |

Khalil Martin                                                                                          Page    2

                                                                                                  Hrs/Rate      Amount

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 | DH | Review the student's educational file, draft administrative due process hearing complaint, for Ms. Neloms' review, alleging DCPS denied the student FAPE by failing to comply with the parent's request for a clinical psychological evaluation, and failure to conduct triennial reevaluations, | 2.00 350.00/hr | 700.00 |
| 8/2/2005 | KD | Re-sent Request for Reevaluations to JF Cook ES | 0.33 105.00/hr | 34.65 |
| | KD | Drafted letter to parent/enclosed copy of revised Re-eval Rqst to Cook ES | 0.33 105.00/hr | 34.65 |
| | KD | Drafted letter to parent/enclosed copy of HR-Complaint | 0.33 105.00/hr | 34.65 |
| 8/8/2005 | DD | Reviewed file and request for evaluations and school records | 0.50 175.00/hr | 87.50 |
| 8/15/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-9-05 Ltr DCPS requesting the scheduling of the due process hearing. | 0.33 105.00/hr | 34.65 |
| | DH | Discussion with the mother regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
| 8/31/2005 | DH | Discussion with the mother regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
| 9/6/2005 | WB | Drafted letter to parent with HDN enclosed for hearing on 9/26/05 @ 11:00 am | 0.33 105.00/hr | 34.65 |
| 9/7/2005 | WB | Conference with parent in the office re: case status, phone availability, and upcoming hearing | 0.25 105.00/hr | 26.25 |
| 9/19/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
| | KD | Drafted letter to parent/enclosed copy of HN | 0.33 105.00/hr | 34.65 |
| | DH | Review the student's administrative file, prepare five-day disclosures. | 1.00 350.00/hr | 350.00 |
| | RN | Review the student's five-day disclosures prepared by Mr. Hill, co-counsel. | 0.25 350.00/hr | 87.50 |
| | DH | Draft Motion for Default Judgement, take to Ms. Neloms' for her review. | 0.17 350.00/hr | 59.50 |
| | RN | Review Motion for Default Judgement, prepared by Mr. Hill. | 0.08 350.00/hr | 28.00 |

Khalil Martin                                                                                                    Page    3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2005 | DH | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| 9/25/2005 | RN | Prepare for the student's admininstrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | DH | Prepare for the student's admininstrative due process hearing. | 1.00 350.00/hr | 350.00 |
| 9/26/2005 | DH | Prepare and appear at the student's administrative due process, prior to the hearing, the parties settled; draft withdrawal letter for Ms. Neloms review | 1.00 350.00/hr | 350.00 |
|  | RN | Prepare and appear at the student's administrative due process, prior to the hearing, the parties settled; reviewed withdrawal letter by Mr. Hill | 1.00 350.00/hr | 350.00 |

For professional services rendered                                                      17.72      $4,673.90

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/13/2005 | Copied documents; intake | 5.00 |
| 7/15/2005 | Facsimile: RR and evaluations request to Cook ES, OSE, and OGC. | 26.00 |
|  | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 7/20/2005 | Copied documents to parent/advocate: Records request and cover letter | 3.00 |
|  | Copied documents to parent/advocate: Evaluation request and cover letter | 3.00 |
|  | Postage; records and evaluations request to Cook ES. | 0.37 |
| 7/28/2005 | Facsimile: HR to SHO. | 10.00 |
| 8/2/2005 | Postage; letter to parent re: evaluations request and HR complaint. | 0.83 |
|  | Copied: evaluations request and HR complaint for parent and advocate. | 8.50 |
|  | Facsimile: re-evaluations request to Cook ES, OSE, and OGC. | 13.00 |
| 8/15/2005 | Postage; letter to parent re: meeting results request. | 0.37 |
|  | Copied: RM for parent and advocate. | 1.50 |
| 9/6/2005 | Postage; letter to parent | 0.37 |

Khalil Martin                                                                                           Page    4

|  |  | Amount |
|---|---|---:|
| 9/6/2005 | Copied documents; letter to parent | 0.50 |
| 9/19/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Postage; letter to parent re: HN. | 0.37 |
|  | Copied: HN for parent and advocate. Disclosure for SHO and OGC. | 32.00 |
|  | Facsimile motion for default to OGC, SHO | 6.00 |
| 9/26/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Facsimile(SHO-SA) | 5.00 |
|  | Facsimile(OGC-SA) | 6.00 |
|  | Total costs | $239.56 |
|  | Total amount of this bill | $4,913.46 |