# EXHIBIT 12



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney: JAMES E. BROWN
    Federal Tax ID No.: 52-1500760
    D.C. Bar No.: 61622

2.  **Student Information**
    Name: Richard Okpala
    DOB: 11/10/97
    Date of Determination (HOD/SA): 9/30/05
    Parent/Guardian Name: Mr. & Mrs. Sylvester Okpala
    Parent/Guardian Address: 1351 H St., NE, WDC 20002
    Current School: Katherine Thomas School
    Home School: Woodbridge PCS

3.  **Invoice Information**
    Invoice Number: 05-430SA
    Date Request Submitted: 10/31/05
    Date(s) Services Rendered: 6/3/05 to 9/30/05
    Amount of Payment Request: $2,000.00

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                         October 31, 2005
Signature                               Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax: 202-442-5098
www.k12.dc.us

September 30, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates, PLLC
1220 L. Street, NW
Washington, D.C. 20005

**Subject: Due Process Hearing for Richard Okpala**
**DOB:    11/10/97**
**Attending School: Katherine Thomas School**

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098**

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Friday, September 30, 2005 at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is November 10, 1997. The attending school is Katherine Thomas School.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

DCPS Office of the General Counsel
Page 2

      4. DCPS agrees to convene a MDT meeting within thirty (30) business days. In said meeting, the team shall review and revise the student's IEP as needed, and discuss and determine if a new placement is warranted. If a change in placement is decided, DCPS shall issue a Prior Notice of Placement within five (5) business days if the placement is public and within thirty (30) calendar days if the placement is private.

      5. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202-742-2098.

      6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

      7. If for some reason DCPS is unable to comply with this agreement as a result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

      8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel with a carbon copy to the Attorney Advisor, when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

      9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

      10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

      11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

*Rashida J. Chapman*
Rashida J. Chapman
Attorney Advisor

DCPS Office of the General Counsel
Page 3

Agreed to: _____    9/30/05
                Roxanne Neloms, Esq.                Date
                Counsel for Parent

Agreed to: _____    9/30/05
                Rashida J. Chapman, Esq.           Date
                Attorney Advisor

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |

! Admitted in Bolivia Only

September 30th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:            Richard Okpala
DOB:           November 10th, 1997
Current School: The Katherine Thomas School

Dear Ms. Newsome:

The parents, by and through counsel, pursuant to the expressed written terms of the settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. Thank you for your assistance.

Sincerely,

Roxanne Neloms (DH)
Roxanne Neloms, Esq.

Cc: Mr. and Mrs. Sylvester Okpala, Parents
    Domiento C.R. Hill, Esq.,
    File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                    2544
CONNECTION TEL                          92024425556
CONNECTION ID
ST. TIME                    09/30 20:57
USAGE T                     00'40
PGS. SENT                   5
RESULT                      OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK..ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers' |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Onl |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 30th, 2005

FAX NO: 202-442-5556

SUBJECT: R.O., DOB: 11/10/97

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO                2545
CONNECTION TEL                    92024425097
CONNECTION ID
ST. TIME                09/30 20:58
USAGE T                 00'47
PGS. SENT               6
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Neloıs |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammei · · |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia O y |

# FAX COVER SHEET

TO: Rashida J. Chapman, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 30th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: R.O., DOB: 11/10/97

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice of withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Richard Okpala

October 06, 2005

In Reference To:    Richard Okpala

Invoice #10995

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2005 | KD | Drafted letter to parent/enclosed copy of 6-2-05 HOD/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/13/2005 | DH | Discussion with the parent regarding the status of the student's case. | 0.17<br>350.00/hr | 59.50 |
| 7/14/2005 | RN | Review the draft administrative due process hearing complaint, drafted by Mr. Hill, regarding DCPS' failure to comply with the expressed written terms of the settlement agreement, and relief available to the parents. | 0.33<br>350.00/hr | 115.50 |
|  | DH | Review the student's educational file to determine DCPS compliance with the order, discussion with the parent regarding DCPS compliance, conduct educational research regarding the parent's right to self-help, draft administrative due process hearing request for Ms. Neloms' review. | 2.00<br>350.00/hr | 700.00 |
| 7/18/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 7-12-05 Ltr to DCPS requesting tutor reimbursement to parent/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/27/2005 | KC | Reviewed client hearing request. | 0.33<br>175.00/hr | 57.75 |
| 8/11/2005 | DH | Receive and review the student's psycho-educational evaluation. | 0.67<br>350.00/hr | 234.50 |

Richard Okpala                                                                                             Page     2

                                                                                                    Hrs/Rate   Amount

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2005 | KD | Phone call from parent rqstng evals to be faxed to her at work | 0.08 105.00/hr | 8.40 |
| | KD | faxed evals to parent at work per parent's rqst and Atty's approval | 0.17 105.00/hr | 17.85 |
| 8/12/2005 | DH | Draft and send letter to Margret Mallory asking for a copy of the student's clinical psychological reevaluation. | 0.25 350.00/hr | 87.50 |
| 8/16/2005 | DH | Discussion with the student's guardian regarding the status of the case. | 0.08 350.00/hr | 28.00 |
| | DH | Receive and review the student's clinical psychological reevaluation. | 0.42 350.00/hr | 147.00 |
| | KD | Phone call from parent requesting evaluation report | 0.08 105.00/hr | 8.40 |
| 8/17/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-12-05 Ltr to DCPS rqstng evals/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| | KD | Drafted letter to parent/enclosed copy of Clinical eval/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/18/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-16-05 Ltr to DCPS re HR to be filed/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/24/2005 | KD | Phone call to parent re MDT and eval not yet received | 0.08 105.00/hr | 8.40 |
| 8/26/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
| 8/29/2005 | KD | Phone call from parent re Mtng on 5 SEP 05/note to Advc Davis re same | 0.08 105.00/hr | 8.40 |
| 9/1/2005 | DD | Attended MDT/IEP @school travel time to school no meeting was held | 1.50 175.00/hr | 262.50 |
| 9/8/2005 | KD | Assist attorney to prepare disclosure to DCPS | 2.00 105.00/hr | 210.00 |
| | DH | Review the student's educational file, prepare five-day disclosures, take to Ms. Neloms for her review. | 1.00 350.00/hr | 350.00 |
| | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 9/9/2005 | DH | Draft and send letter to DCPS responding to the Letter of Invitation. | 0.25 350.00/hr | 87.50 |

Richard Okpala                                                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2005 | DD | Reviewed the students file and evaluation for upcoming MDT meeting | 1.00<br>175.00/hr | 175.00 |
|  | DD | Attended MDT/IEP @school | 2.00<br>175.00/hr | 350.00 |
| 9/14/2005 | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| 9/15/2005 | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Appear at the student's administrative due process hearing, hearing was continued until September 30th, 205, to give DCPS a chance to reconvene the student's MDT/IEP Meeting. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Appear at the student's administrative due process hearing, hearing was continued until September 30th, 205, to give DCPS a chance to reconvene the student's MDT/IEP Meeting. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | KD | Phone call to parent to confirm her attendance at hearing | 0.08<br>105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of 9-12-05 IEP/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | DD | Appearance to 825 North Capital for due process hearing | 1.00<br>175.00/hr | 175.00 |
|  | KC | Appearance to 825 North Capital for due process hearing | 1.00<br>175.00/hr | 175.00 |
| 9/21/2005 | KD | Phone call from parent re MDT Mtng scheduling | 0.08<br>105.00/hr | 8.40 |
| 9/22/2005 | KD | Phone call to parent re scheduling of MDT Mtngs through Atty Hill | 0.08<br>105.00/hr | 8.40 |
| 9/23/2005 | DH | Review the student's educational file, prepare five-day disclosures, for Ms. Neloms' review, send to the DCPS Office of Student Hearings and Office of the General Counsel. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |

Richard Okpala                                                                                                                     Page    4

|            |    |                                                                                                                                       | Hrs/Rate        | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 9/23/2005  | KD | Assist attorney to prepare disclosure to DCPS                                                                                         | 1.00 105.00/hr  | 105.00   |
|            | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars       | 0.33 105.00/hr  | 34.65    |
| 9/26/2005  | DH | Discussion with the parent regarding case status, respond to Letter of Invitation.                                                    | 0.25 350.00/hr  | 87.50    |
| 9/30/2005  | RN | Prepare and appear at the student's administrative due process hearing, prior to the hearing, the parties settled the case.           | 1.00 350.00/hr  | 350.00   |
|            | DH | Prepare and appear at the student's administrative due process hearing, prior to the hearing, the parties settled.                    | 1.00 350.00/hr  | 350.00   |
|            | RN | Execute settlement agreement, review notice of withdrawal prepared by Mr. Hill.                                                       | 0.17 350.00/hr  | 59.50    |
|            | DH | Prepare notice of withdrawal, for Ms. Neloms' review, file with the DCPS Office of Student Hearings and the DCPS Office of the General Counsel. | 0.17 350.00/hr | 59.50 |

For professional services rendered                                                    29.75       $7,379.75

Additional Charges :

| 6/2/2005  | Facsimile: Letter to OSE.                                                   | 10.00 |
| 6/3/2005  | Postage; letter to parent.                                                  | 0.60  |
|           | Copied: SA letter for parent.                                               | 3.00  |
|           | Postage; HOD letter to parent.                                              | 0.37  |
|           | Copied: HOD letter for parent and advocate.                                 | 2.50  |
| 7/18/2005 | Postage; HR complaint and attorney's letter to DCPS letter to parent        | 0.60  |
|           | Copied: HR/Complaint letter for parent and advocate.                        | 5.00  |
| 8/11/2005 | Facsimile: Psycho ed evaluation to parent.                                  | 13.00 |
| 8/12/2005 | Facsimile letter to SHO                                                     | 2.00  |
| 8/16/2005 | Postage; incomplete faxing of evaluations from DCPS to parent.              | 1.29  |
|           | Facsimile: Letter to OMC.                                                   | 2.00  |
| 8/17/2005 | Copied: HR to be filed for parent and advocate.                             | 1.50  |

Richard Okpala                                                                                                    Page   5

                                                                                                                   Amount

| Date | Description | Amount |
|---|---|---|
| 8/22/2005 | Facsimile(SHO-HR) | 6.00 |
| 8/26/2005 | Copied: HR complaint and HN for parent and advocate. | 4.50 |
|  | Postage; letter to parent re: HN and HR complaint. | 0.60 |
| 9/2/2005 | Postage; letter to parent. | 0.60 |
| 9/8/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 32.50 |
| 9/14/2005 | Postage; letter to parent re: 9/12/05 IEP | 0.60 |
|  | Copied documents RE: IEP meeting notes and cover letter | 4.50 |
| 9/23/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Postage: Letter to parent re: HN. | 0.37 |
|  | Copied: Disclosure for SHO and OGC. | 39.00 |
|  | Copied: HN for parent and advocate. | 1.00 |
| 9/26/2005 | Copied documents(Atty/File-letter copie) | 1.50 |
| 9/30/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
|  | Facsimile: SA to SHO and OGC. | 11.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $294.91 |
|  | Total amount of this bill | $7,674.66 |