# EXHIBIT 13



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jose M. Reyes
   DOB: 12/9/85
   Date of Determination (HOD/SA): 10/31/05
   Parent/Guardian Name: Gloria Reyes
   Parent/Guardian Address: 5224 7th St., NW, WDC 20011
   Current School: Roosevelt SHS
   Home School: Roosevelt SHS

3. **Invoice Information**
   Invoice Number: 05-431SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 5/5/05 to 10/25/05
   Amount of Payment Request: $4,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                                October 31, 2005
Signature                                       Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
202-442-5001  www.k12.dc.us

September 13, 2005

*Via Facsimile 202-742-2097/8/9*

Miguel Hull, Esq.
1220 L Street, NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

| | |
|---|---|
| **Subject:** | **Due Process Hearing for Jose M. Reyes** |
| **DOB:** | **12/09/1985** |
| **Attending School:** | **Roosevelt Senior High School (SHS)** |

Dear Mr. Hull:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Monday, July 11, 2005 @ 3:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and the parent, Student and Student's representative (hereinafter "Parent/Counsel") agree to resolve this matter. The underlying hearing request was filed on or about June 21, 2004 pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq., 34 CFR §§ 300 et seq., DCMR §§ 3000 et seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Student verifies that he is a resident of the District of Columbia, has established residency, and has registered as an attending student at Roosevelt Senior High School, the local school. The Student understands that if registry and residency are not completed or established, DCPS shall be relieved of compliance with any of the terms herein until proof of registration and/or residency is provided to DCPS.

2. The Student verifies that the Student's date of birth is December 9, 1985, and that his attending school is Roosevelt Senior High School.

3. The Student agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the Student, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. **DCPS agrees to convene a multi-disciplinary team meeting within fifteen school days of the execution of this settlement agreement to:**

    a. **review and revise Jose's IEP;**
    b. **discuss and determine compensatory education;**

*Children First*

Jose M. Reyes Settlement Agreement
September 13, 2005
Page 2

      c. discuss and determine placement;
      d. issue a Prior Notice of Placement within five (5) school days if to a public school or within 30 calendar days if to a non-public school; and
      e. among other options considered, discuss possible placement at Pathways School.

5. All meetings shall be scheduled through counsel for the Student.

6. Both parties agree that the execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS and Student have each received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement because of unforeseen circumstances beyond its control, DCPS will promptly notify Student/counsel of the delay and will request that Student/Counsel agree to extend the deadlines or negotiate new deadlines, whichever appropriate. Student/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Student/counsel agrees to contact DCPS Office of Medication & Compliance personnel in writing when there has been a failure to comply with the terms of this agreement in order to bring the case into compliance prior to filing a hearing request/complaint alleging DCPS's failure to comply. Student/counsel shall allow a reasonable time for DCPS to reply before filing a new hearing request/complaint.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the Student now asserts or could have asserted as of the date of this agreement.

10. Student/counsel agrees to accept reasonable attorney fees not to exceed Four Thousand Dollars ($4000.00), as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. The Student/counsel agrees that the hearing request that is the subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Michael Levy, Esq.
DCPS Attorney Advisor
10/19/05
Date

Agreed to: Miguel Hull, Esq.
Student's Counsel

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

October 19, 2005

*Via facsimile only*
Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002

    Re:    **Jose Reyes DOB: 12-09-85 Withdrawal of due process hearing request dated 6-17-05**

Dear Sir or Madam:

    Mr. Jose Reyes hereby advises that she and the DCPS Office of the General Counsel have reached an agreement regarding the issues raised in the Due Process Hearing Request dated June 17, 2005 which was set for hearing for July 11, 2005 at 3:00 p.m. and that in light of this agreement, the parent hereby *withdraws* the due process hearing request in question. This withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

    Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

Yours truly,

Miguel A. Hull

Cc:    Michael Levy, Esq., DCPS Office of the General Counsel

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0031
RECIPIENT ADDRESS     94425556
DESTINATION ID
ST. TIME              10/19 11:30
TIME USE              00'19
PAGES SENT            2
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:         October 19, 2005

TO:           Sharon Newsome
              Student Hearing Office of the District of Columbia Public Schools

TEL NO.:      202 442-5432

FAX NO.:      202 442-5556

FROM:         Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:      Jose Reyes DOB: 12-09-85


NUMBER OF PAGES INCLUDING COVER SHEET:    **2**

COMMENTS:  **Withdrawal of due process hearing request**

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                 0035
RECIPIENT ADDRESS        94425098
DESTINATION ID
ST. TIME                 10/19 11:43
TIME USE                 00'22
PAGES SENT               2
RESULT                   OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:    October 19, 2005

TO:      Michael Levy, Esq.
         DCPS, Office of the General Counsel

FAX NO.: 202 442-5098/5097

FROM:    Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT: Jose Reyes DOB: 12-09-85

NUMBER OF PAGES INCLUDING COVER SHEET:    **2**

COMMENTS: **Withdrawal of due process hearing request**

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Jose M. Reyes

October 25, 2005
In Reference To:   Jose M. Reyes

Invoice #11054

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2005 | YA | Draft status letter to parent re: detailed & Interprete Settlement Agreement Enclosed | 0.75<br>105.00/hr | 78.75 |
| 6/14/2005 | MH | Reviewed file to determine case status and develop strategy. | 1.00<br>350.00/hr | 350.00 |
| 6/15/2005 | MH | Drafted letter to DCPS / Attorney / Office of Mediation and Compliance regarding DCPS's failure to comply with terms of recent settlement agreement. | 0.42<br>350.00/hr | 147.00 |
| 6/17/2005 | MH | Prepared and file due process hearing request to DCPS.  Includes research on issues raised, and drafting and revising of claims made. | 2.00<br>350.00/hr | 700.00 |
| 6/20/2005 | HR | Draft and interpret case status letter to parent detailing the hearing request | 0.75<br>105.00/hr | 78.75 |
| 6/22/2005 | YA | Draft and interpret status letter to parent re, placement | 0.75<br>105.00/hr | 78.75 |
| 7/1/2005 | HR | Assisted attorney to begin preparing disclosure to DCPS | 1.42<br>105.00/hr | 149.10 |
|  | MH | Prepare disclosure to DCPS with assistance from paralegal.  Reviewed entire file and identified potential exhibits and witnesses, prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.42<br>350.00/hr | 497.00 |

Jose M. Reyes                                                                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2005 | MH | Prepared for Due Process Hearing. Reviewed DCPS and student's disclosure materials. Research on issues raised, and prepared potential witness questions and arguments for hearing. | 1.67<br>350.00/hr | 584.50 |
| 7/11/2005 | MH | Discussion with co-counsel Gambale regarding case status and alleged violation of settlement agreement. | 0.17<br>350.00/hr | 59.50 |
|  | RG | Discussion with co-counsel Hull regarding case status and alleged violation of settlement agreement. | 0.17<br>350.00/hr | 59.50 |
|  | HR | Draft and interpret letter to client informing them of hearing notice scheduled | 0.75<br>105.00/hr | 78.75 |
|  | MH | Conference with client regarding settlement proposal and plan for case. | 0.42<br>350.00/hr | 147.00 |
|  | MH | Conference with opposing counsel regarding settlement proposal. | 0.33<br>350.00/hr | 115.50 |
|  | MH | Conference with director at non-public school regarding possible placement there. | 0.25<br>350.00/hr | 87.50 |
| 7/12/2005 | HR | Draft and interpret letter to parent regarding placement consideration at Pathways. | 0.33<br>105.00/hr | 34.65 |
|  | HR | Prepared and sent placement package to Pathways School | 0.50<br>105.00/hr | 52.50 |
| 9/13/2005 | MH | Drafted another settlement proposal for hearing that had been set in July 2005. Discussed proposal with DCPS counsel. | 0.58<br>350.00/hr | 203.00 |
| 9/20/2005 | JF | discussion with attorney regarding case and settlement agreement | 0.17<br>350.00/hr | 59.50 |
|  | MH | discussion with advocate regarding case and settlement agreement | 0.17<br>350.00/hr | 59.50 |
| 10/13/2005 | MH | Sent another settlement proposal with cover letter to DCPS counsel. Exchanged email communications with DCPS counsel. | 0.42<br>350.00/hr | 147.00 |
| 10/19/2005 | HR | Draft letter to the Student Hearing Office withdrawing the due process hearing request dated 6/17/05 requested per settlement agreement | 0.50<br>105.00/hr | 52.50 |
|  | HR | Draft and interpret letter to parent detailing the settlement agreement | 0.75<br>105.00/hr | 78.75 |
|  | HR | Draft letter to Roosevelt Senior High School regarding the settlement agreement, called the school to confirm receipt of fax. | 0.50<br>105.00/hr | 52.50 |
|  |  | For professional services rendered | 16.19 | $3,951.50 |

Jose M. Reyes                                                                              Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/5/2005 | Postage; HR to parent re: SA. | 0.37 |
|  | Copied letter re: SA. | 0.25 |
| 6/15/2005 | Facsimile letter to DCPS | 4.00 |
| 6/17/2005 | Facsimile HR to SHO | 5.00 |
|  | Copied documents; HR | 2.50 |
| 6/20/2005 | Copied: HR letter for parent. | 1.25 |
|  | Postage; Case status letter to parent. | 0.60 |
| 6/27/2005 | Facsimile Received from DCPS | 1.00 |
| 7/1/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO, OGC, and attorney. | 42.00 |
|  | Facsimile Received from DCPS | 1.00 |
| 7/11/2005 | Postage; Case status letter to parent. | 0.37 |
|  | copied; letter to parent | 0.50 |
| 7/12/2005 | Copied documents placement letter | 0.50 |
| 9/8/2005 | Postage; letter to parent | 0.37 |
| 10/19/2005 | Facsimile letter to SHO and OGC withdrawal letter of DPH | 4.00 |
|  | Postage; letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
|  | Copied documents; settlement agreement | 2.00 |
|  | Facsimile letter to Roosevelt SHS | 6.00 |
| 10/25/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $189.46 |
|  | Total amount of this bill | $4,140.96 |