# EXHIBIT 14



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Diamond Ridgeway
   DOB: 7/6/99
   Date of Determination (HOD/SA): 10/5/05
   Parent/Guardian Name: Diana Ridgeway
   Parent/Guardian Address: 256 37th St., SE, WDC 20019
   Current School: Plummer ES
   Home School: Episcopal Ctr. for Children

3. **Invoice Information**
   Invoice Number: 05-432SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 4/21/05 to 10/6/05
   Amount of Payment Request: $ 2,000.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signed)_ James E. Brown                    October 31, 2005
Signature                                    Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax 202-442-5098
www.k12.dc.us

October 5, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

**Subject: Due Process Hearing Request for Diamond Ridgeway**
**DOB: 07-06-1999**
**Attending School: Plummer Elementary School**
**Home School:**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was undated, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was received on August 8, 2005, pursuant to the Individuals with Disabilities Education Act of 2004, 20 U.S.C. §§ 1400 et seq.; proposed regulations cited in 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended by emergency legislation on July 1, 2005. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is July 6, 1999, that the attending school is Plummer Elementary School.

Re: Diamond Ridgeway
10/5/2005
Page 2

      3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

      4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Place and fund the student at The Episcopal Center with transportation for SY 05-06.

      5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

      6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

      7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

      8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

      9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

      10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Hundred ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Diamond Ridgeway
10/5/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____
Roxanne Neloms, Esquire
Counsel for Parent

Agreed to: _____
Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

Roxanne D. Neloms
(print name)

Quinne Harris-Lindsey
(print name)

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

October 6th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:   Diamond Ridgeway
    DOB: July 6th, 1999

Dear Ms. Newsome:

    I hope this letter finds you in good spirits.

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing complaint. Thank you for your assistance.

                                         Sincerely,

                                         Roxanne Neloms, Esq.

Cc: Quinne Harris-Lindsey, Attorney Advisor, DCPS
     File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              2794
CONNECTION TEL              92024425556
CONNECTION ID
ST. TIME              10/06 10:30
USAGE T               00'39
PGS. SENT             5
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill o<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores Scott McKnight<br>Marshall Lammers•<br><br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 6th, 2005

FAX NO: 202-442-5556

SUBJECT: D.R., DOB: 7/6/99

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The Information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

```
                    ************************
                    ***   TX REPORT      ***
                    ************************

        TRANSMISSION OK

        TX/RX NO                  2787
        CONNECTION TEL                        92024425097
        CONNECTION ID
        ST. TIME                  10/06 10:21
        USAGE T                   00'41
        PGS. SENT                 5
        RESULT                    OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jcblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Quinne Harris-Lindsey, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 6th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.R., DOB: 7/6/99

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  2789
CONNECTION TEL                      92024425098
CONNECTION ID             OFF.OF GENERAL C
ST. TIME                  10/06 10:24
USAGE T                   00'44
PGS. SENT                 5
RESULT                    OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Quinne Harris-Lindsey, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 6th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.R., DOB: 7/6/99

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

By signing below, I, __Diana M. Ridgway__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Diamond D. Ridgway__, DOB: __7-6-99__. This authorization is valid for two (2) years.

__10-6-05__
Date

_____
Parent/Guardian's Signature

_____
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Ba

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Diamond Ridgeway


October 18, 2005
In Reference To:   Diamond Ridgeway

Invoice #11017


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2005 KD | Drafted letter to parent/enclosed copy of Plcmnt Denial Ltr from Katherine Thomas School. | | 0.17<br>105.00/hr | 17.85 |
| KD | Drafted letter to parent/enclosed copy of 4-20-05 SA/copy to advc and file. | | 0.17<br>105.00/hr | 17.85 |
| 4/29/2005 KD | Drafted letter to parent/enclosed copy of Ltr from Frost re Intake interview/copy to advc and file/added to case notes | | 0.17<br>105.00/hr | 17.85 |
| 5/3/2005 KD | Drafted letter to parent/enclosed copy of Plcmnt Accptnc from RCA/copy to advc and file. | | 0.17<br>105.00/hr | 17.85 |
| 5/9/2005 KD | Drafted letter to parent/enclosed ltr from Frost School re referral for eval before placement decision can be made/copy to advc and file/added to case notes | | 0.17<br>105.00/hr | 17.85 |
| 5/11/2005 DH | Draft letter for the advocate's review and execution responding the DCPS' request to reconvene the student's MDT/IEP Meeting to review the student's IEP, review her current evaluations, compensatory education, and discuss placement. | | 0.25<br>350.00/hr | 87.50 |
| 5/16/2005 DH | Discussion with the student's mother regarding the status of the student's special education case. | | 0.08<br>350.00/hr | 28.00 |
| DH | Draft letter, for Ms. Neloms' review, regarding the status of DCPS compliance with the student's special education case and DCPS compliance. | | 0.17<br>350.00/hr | 59.50 |

Diamond Ridgeway                                                                                      Page    2

|            |    |                                                                                                                                                                                                                                                                                                                 | Hrs/Rate        | Amount |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/16/2005  | KD | Requested evaluations to Interdynamics, Inc.                                                                                                                                                                                                                                                                    | 0.33 105.00/hr  | 34.65  |
|            | KD | Drafted letter to parent/enclosed copy of Indpnt Eval Rqst/copy to Advc and file.                                                                                                                                                                                                                               | 0.17 105.00/hr  | 17.85  |
|            | KD | Drafted letter to parent/enclosed copy of Atty's 5-11-05 Ltr to DCPS re eval by 5-12 or will rqst indpnt eval/copy to advc and file.                                                                                                                                                                             | 0.17 105.00/hr  | 17.85  |
| 5/20/2005  | RN | Review the administrative due process hearing request drafted by Mr. Hill.                                                                                                                                                                                                                                      | 0.08 350.00/hr  | 28.00  |
|            | DH | Discussion with the admissions director at the Episcopal Center regarding the status of the student's case.                                                                                                                                                                                                     | 0.08 350.00/hr  | 28.00  |
|            | DH | Review the student's educational file to determine DCPS compliance with the previous settlement agreement whereby they were to provide the student with her dedicated aide, conduct educational research to determine relief available to the parent, discussion with the educational advocate to determine compliance, draft administrative due process hearing request for Ms. Neloms' review, draft administrative due process hearing request. | 1.75 350.00/hr  | 612.50 |
| 5/23/2005  | KD | Drafted letter to parent/enclosed copy of 5-20-05 HR/copy to advc and file/added to case notes                                                                                                                                                                                                                  | 0.17 105.00/hr  | 17.85  |
| 6/1/2005   | WB | Drafted letter to parent re: case status w/ HDN enclosed for hearing on 6/30/05 @ 3:00 pm                                                                                                                                                                                                                        | 0.17 105.00/hr  | 17.85  |
| 6/13/2005  | DH | Discussion with the parent regarding the status of the student's case.                                                                                                                                                                                                                                          | 0.17 350.00/hr  | 59.50  |
| 6/21/2005  | KD | Drafted letter to parent/enclosed copy of 6-6-05 FBA from Interdynamics/copy to advc and file.                                                                                                                                                                                                                  | 0.42 105.00/hr  | 44.10  |
|            | KD | Drafted letter to parent/enclosed copy of Plcmnt Accptnc from Episcopal/copy to Advc and file/added to case notes                                                                                                                                                                                                | 0.17 105.00/hr  | 17.85  |
| 6/24/2005  | KD | Drafted letter to SHO re withdrawal of HR and provided to Attorney Hill for his review                                                                                                                                                                                                                          | 0.33 105.00/hr  | 34.65  |
| 6/27/2005  | KD | Drafted letter to parent/enclosed copy of Cost Worksheet for services at Episcopal/copy to advc and file/added to case notes                                                                                                                                                                                    | 0.17 105.00/hr  | 17.85  |
|            | KD | Drafted letter to parent/enclosed copy of Atty's 6-23-05 W/D of HR/copy to advc and file/added to case notes                                                                                                                                                                                                    | 0.17 105.00/hr  | 17.85  |
| 7/12/2005  | DH | Discussion with the mother regarding the student's placement.                                                                                                                                                                                                                                                   | 0.08 350.00/hr  | 28.00  |

Diamond Ridgeway                                                                                                 Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2005 | DH | Draft letter for Ms. Neloms' review responding to the Letter of Invitation from DCPS. | 0.17 350.00/hr | 59.50 |
|  | RN | Review letter draft by Mr. Hill responding to the Letter of Invitation from DCPS. | 0.08 350.00/hr | 28.00 |
| 7/20/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 7-16-05 Ltr to Plummer ES accptng MDT date/copy to advc and file/added to case notes | 0.17 105.00/hr | 17.85 |
| 7/22/2005 | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.33 105.00/hr | 34.65 |
| 7/28/2005 | KC | Phone call to to Ms. Ridgeway re: MDT/IEP/Placement meeting on 7/29/05 | 0.42 175.00/hr | 73.50 |
|  | KC | Phone call to Ms. Talbot (Episcopal Center) | 0.08 175.00/hr | 14.00 |
|  | KC | Reviewed client file in preparation for MDT/IEP/Placement meeting on 7/29/05 | 0.75 175.00/hr | 131.25 |
| 7/29/2005 | DD | Attended MDT/IEP @school | 1.83 175.00/hr | 320.25 |
|  | KC | Reviewed client files in prep for MDT/IEP/Placement meeting (Plummer ES) | 0.50 175.00/hr | 87.50 |
|  | KC | Attended MDT/IEP @ Plummers ES | 3.50 175.00/hr | 612.50 |
| 8/3/2005 | DH | Discussion with the mother regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
| 8/4/2005 | DH | Discussion with the parent regarding status of the student's case. | 0.17 350.00/hr | 59.50 |
| 8/5/2005 | DH | Discussion with the mother regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
| 8/8/2005 | DH | Review the student's educational file, conduct educational research regarding remedies available to the parent in the event of DCPS' breach of the terms of the settlement agreement, draft administrative due process hearing complaint, take to Ms. Neloms for her review. | 2.00 350.00/hr | 700.00 |
|  | RN | Review administrative due process hearing complaint drafted by Mr. Hill. | 0.25 350.00/hr | 87.50 |
| 8/12/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-4-05 Ltr to DCPS re HR to be filed/copy to advc and file. | 0.17 105.00/hr | 17.85 |

Diamond Ridgeway                                                                                  Page    4

                                                                                          Hrs/Rate    Amount

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2005 | KD | Drafted letter to parent/enclosed copy of 8-8-05 HR/copy to advc and file/added to case notes | 0.17 105.00/hr | 17.85 |
| 8/19/2005 | KD | Phone call to parent re calls from DCPS re Res Mtngs to refer to Atty Hill | 0.08 105.00/hr | 8.40 |
| 8/31/2005 | BDL | Drafted letter to parent with copy of HR. | 0.17 105.00/hr | 17.85 |
|  | KD | Phone call to parent re Res Mtng on 1 SEP 05 @ 9:00 am | 0.08 105.00/hr | 8.40 |
| 9/2/2005 | BDL | Drafted letter to parent with copy of the Due Process Complaint Disposition. | 0.17 105.00/hr | 17.85 |
| 9/6/2005 | DH | Discussion with the parent regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
| 9/21/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes. | 0.17 105.00/hr | 17.85 |
| 9/28/2005 | KD | Phone call from parent to fax HN to her workplace | 0.08 105.00/hr | 8.40 |
|  | KD | faxed HN to parent at work | 0.08 105.00/hr | 8.40 |
| 9/29/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
|  | DH | Review the student's educational file, prepare five-day disclosures. | 1.00 350.00/hr | 350.00 |
|  | RN | Review the five-day disclosures prepared by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 10/5/2005 | RN | Reviewed and executed settlement agreement | 0.42 350.00/hr | 147.00 |
| 10/6/2005 | DH | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | DH | Discussion with the student's mother regarding the recent settlement and the student's new placement. | 0.17 350.00/hr | 59.50 |
|  | DH | Drafted withdrawal letter to DCPS / Attorney | 0.17 350.00/hr | 59.50 |

Diamond Ridgeway                                                                                       Page    5

|  |  | Hours | Amount |
|---|---|---:|---:|
|  | For professional services rendered | 22.80 | $5,322.45 |
|  | Additional Charges : |  |  |
| 4/21/2005 | Postage; letter to parent with SA. |  | 0.37 |
|  | Copied HR and SA for the parent and the advocate. |  | 3.50 |
| 4/29/2005 | Postage; letter to parent re: letter from Frost Intake. |  | 0.37 |
|  | Copied letter from Fost re: Intake for the parent and advocate. |  | 1.50 |
| 5/3/2005 | Postage; letter to parent re: placement acceptance from RCA. |  | 0.37 |
|  | Copied documents |  | 1.00 |
| 5/5/2005 | Copied Intake forms for the file. |  | 2.25 |
| 5/9/2005 | Postage; letter from frost to parent. |  | 0.37 |
|  | Copied documents; letter from Frost and letter to parent |  | 1.00 |
| 5/11/2005 | Facsimile: letter for OGC. |  | 2.00 |
| 5/17/2005 | Postage; Independent evaluation request to Inter dynamics. |  | 3.85 |
|  | Postage; Independent evaluation request and Atty's letter to DCPS re: same, to parent. |  | 0.37 |
|  | Facsimile: Independent evaluation request and consent form to OGC and OSE. |  | 6.00 |
|  | Copied: Placement reference package to Interdynamics. |  | 23.75 |
|  | Copied: Independent evaluation request with fax confirmation, attorney's letter for parent and advocate. |  | 3.50 |
| 5/20/2005 | Facsimile: HR letter to SHO. |  | 6.00 |
| 5/23/2005 | Postage; HR to parent. |  | 0.60 |
|  | Copied: HR letter for parent advocate. |  | 3.00 |
| 6/1/2005 | Copied documents; letter to parent |  | 0.50 |
|  | Postage; letter to parent (HDN) |  | 0.37 |
| 6/21/2005 | Copied documents(Parent-ADV-6/6/05FBA+CVR letter) |  | 25.00 |
|  | Copied documents(Parent-ADV-Placement Accpt.from Episcopal+CVR letter) |  | 9.00 |
|  | Postage; FBA and placement acceptance from Episcopal letter to parent. |  | 0.60 |

Diamond Ridgeway                                                                                                          Page    6

|  |  | Amount |
|---|---|---:|
| 6/24/2005 | Messenger Service to and from DCPS (Withdrawal of Due Process Hearing Request) | 20.00 |
|  | Copied: W/D of HR for SHO. | 0.75 |
|  | Facsimile: w/d of HR to OGC. | 2.00 |
| 6/27/2005 | Copied: W/D of HR to SHO and cost worksheet from DCPS for parent and advocate. | 3.00 |
|  | Postage; W/D of HR letter to parent | 0.37 |
| 7/20/2005 | Copied documents to parent/advocate: Attorney's 7/16/05 letter to Plummer Elementary School and cover letter | 2.50 |
|  | Postage; MDT letter to parent. | 0.37 |
| 7/22/2005 | Postage; MDT confirmation letter to parent. | 0.37 |
|  | Copied: MDT confirmation letter for parent and advocate. | 1.00 |
| 7/28/2005 | Copied documents to advocate: School acceptance letter | 0.25 |
|  | Copied documents to advocate: School acceptance letter | 0.25 |
|  | Copied documents to advocate: Settlement agreement and school acceptance letter | 1.75 |
| 8/8/2005 | Facsimile HR to SHO | 8.00 |
| 8/11/2005 | Copied: HR to be filed and HR for parent and advocate. | 6.00 |
| 8/12/2005 | Postage; letter to parent re: HR to be filed. | 0.83 |
| 8/31/2005 | Copied: HR letter for parent. | 0.50 |
| 9/2/2005 | Postage; letter to parent. | 106.00 |
|  | Copied: HR letter for parent. | 1.75 |
|  | Postage; letter to parent re: HR. | 0.60 |
| 9/21/2005 | Copied: HN letter for parent and advocate. | 1.00 |
|  | Postage; letter to parent re: HN. | 0.37 |
| 9/28/2005 | Facsimile: HN for parent. | 5.00 |
| 9/29/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Facsimile letter to OGC | 2.00 |
|  | Copied: Disclosure for SHO and OGC. | 51.50 |

Diamond Ridgeway                                                                                         Page    7

                                                                                                         <u>Amount</u>

| | | |
|---|---|---|
| 10/5/2005 | Copied MDT/IEP meeting | 5.75 |
| 10/6/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| | Facsimile to SHO and OCG settlement agreement | 10.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $554.94 |
| | Total amount of this bill | $5,877.39 |