# EXHIBIT 15



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Dontwan Robinson
   DOB: 6/1/87
   Date of Determination (HOD/SA): 10/4/05
   Parent/Guardian Name: Wanda Robinson
   Parent/Guardian Address: 33 K St., NW, #214, WDC 20001
   Current School: Rock Creek Academy
   Home School: Rock Creek Academy

3. **Invoice Information**
   Invoice Number: 05-433SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 6/22/05 to 10/5/05
   Amount of Payment Request: $ 2,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E Brown_                                October 31, 2005
Signature                                          Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

October 4, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

Subject: Due Process Hearing Request for **Dontwan Robinson**
DOB: 06-01-1987
Attending School: Rock Creek Academy
Home School:

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was undated, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was received on August 11, 2005, pursuant to the Individuals with Disabilities Education Act of 2004, 20 U.S.C. §§ 1400 et seq.; proposed regulations cited in 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended by emergency legislation on July 1, 2005. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is October 2, 1990, that the attending school is Rock Creek Academy.

Re: Rashard Fields
10/4/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Fund an independent psychiatric evaluation. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

        b. Convene an MDT eligibility meeting within 15 school days upon receipt of the last independent evaluation to review the evaluations; review and revise the student's IEP and determine placement. If placement is to a public school site, DCPS will issue a notice of placement within 5 school days, and if to a private school site, within 30 calendar days. The MDT will also discuss the appropriateness of compensatory education and, if warranted, develop a compensatory education plan.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Five Hundred ($2,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the

Re: Rashard Fields
10/4/2005
Page 3

following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

    11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____
Roxanne Neloms, Esquire
Counsel for Parent

Agreed to: _____
Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

Roxanne D. Neloms
(print name)

Quinne Harris-Lindsey
(print name)

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

October 5th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:             Dontwan Robinson
DOB:            June 1st, 1987
Current School: The Rock Creek Academy

Dear Ms. Newsome:

I hope this letter finds you in good health.

Pursuant to the terms of the attached settlement agreement, the parent, by and through counsel, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request.

Thank you for your assistance.

Sincerely,

Roxanne Neloms, Esq.

Cc: Quinne Harris-Lindsey, Parent
    File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
***********************
***   TX REPORT     ***
***********************
```

TRANSMISSION OK

TX/RX NO              2717
CONNECTION TEL                    92024425556
CONNECTION ID
ST. TIME              10/05 12:43
USAGE T               00'40
PGS. SENT             5
RESULT                OK

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 5th, 2005

FAX NO: 202-442-5556

SUBJECT: D.R., DOB: 6/1/87

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO              2715
CONNECTION TEL                  92024425098
CONNECTION ID         OFF.OF GENERAL C
ST. TIME              10/05 12:38
USAGE T               00'52
PGS. SENT             6
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Nelom<br>John A. Straus<br>Dolores Scott McK ight<br>Marshall Lammers<br><br>! Admitted in Bolivia Onl |

# FAX COVER SHEET

TO: Quinne Harris-Lindsey, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 5th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: R.F., DOB: 10/2/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistanc .

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use o he addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __Wanda Robinson__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Dontwan Robinson__, DOB: __6-1-87__. This authorization is valid for two (2) years.

__10-17-05__
Date

__Wanda Robinson__
Parent/Guardian's Signature

_____
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Robinson, Dontw




October 18, 2005
In Reference To:   Dontwan Robinson

Invoice #11026


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2005 KD | Reviewed Case File, pulled docs and put in chronological order for 'E' file created/added to case notes | | 0.67<br>105.00/hr | 70.35 |
| 7/8/2005 DD | Reveiwed file and evaluations for upcoming IEP | | 2.00<br>175.00/hr | 350.00 |
| DD | Attended MDT/IEP @school no meeting | | 0.83<br>175.00/hr | 145.25 |
| 7/27/2005 DD | Discussion with the parent regarding case status. | | 0.17<br>175.00/hr | 29.75 |
| 8/5/2005 KD | Drafted letter to parent/enclosed copy of Notice to Evaluate/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| DH | Review the student's educational file to determine status of the student's case. | | 0.17<br>350.00/hr | 59.50 |
| 8/10/2005 DH | Review the student's educational file, conduct educational research regarding the DCPS duty to comply with the order of the independent hearing officer, draft and file administrative due process complaint. | | 2.67<br>350.00/hr | 934.50 |
| RN | Review the student's administrative due process complaint prepared by Mr. Hill. | | 0.33<br>350.00/hr | 115.50 |
| 8/12/2005 WB | Conference with parent | | 0.17<br>105.00/hr | 17.85 |

Robinson, Dontw                                                                                               Page    2

|            |    |                                                                                                                                                                                                                 | Hrs/Rate        | Amount    |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 8/15/2005  | KD | Drafted letter to parent/enclosed copy of 8-10-05 HR/copy to advc and file/added to case notes                                                                                                                                    | 0.42<br>105.00/hr | 44.10     |
| 8/24/2005  | DH | Draft letter to the DCPS Office of Student Hearings regarding notice of no-resolution.                                                                                                                                            | 0.25<br>350.00/hr | 87.50     |
| 8/26/2005  | KD | Drafted letter to parent/enclosed copy of Atty's 8-24-05 Ltr to DCPS re Res Mtng/copy to advc and file/added to case notes                                                                                                        | 0.42<br>105.00/hr | 44.10     |
| 9/8/2005   | DH | Receive and review the student's vocational evaluation.                                                                                                                                                                           | 0.67<br>350.00/hr | 234.50    |
| 9/12/2005  | KD | Drafted letter to parent/enclosed copy of Career Assmnt Profile from RCA/copy to advc and file/added to case notes                                                                                                                | 0.42<br>105.00/hr | 44.10     |
| 10/3/2005  | DH | Review the student's educational file, prepare five-day disclosures.                                                                                                                                                              | 1.50<br>350.00/hr | 525.00    |
|            | RN | Review the student's five-day disclosures, prepared by Mr. Hill.                                                                                                                                                                  | 0.33<br>350.00/hr | 115.50    |
| 10/4/2005  | DH | Prepare for the student's upcoming due process hearing, receive settlement proposal from DCPS, review the terms of the offer with Ms. Neloms and the parent, execute settlement agreement, draft notice of withdrawal, and file.  | 1.50<br>350.00/hr | 525.00    |
|            | RN | Prepare for the student's upcoming due process hearing, receive settlement proposal from DCPS, review the terms of the offer with Mr. Hill and the parent, execute settlement agreement, execute notice of withdrawal, and file. | 1.50<br>350.00/hr | 525.00    |
|            |    | For professional services rendered                                                                                                                                                                                                | 14.44           | $3,911.60 |

Additional Charges :

| 6/22/2005 | Copied: Intake forms and case notes for file.              | 2.75 |
|-----------|------------------------------------------------------------|------|
| 8/5/2005  | Copied: notice to evaluate for parent and advocate.        | 2.50 |
|           | Postage; letter to parent re: notice of intent to evaluate.| 0.37 |
| 8/10/2005 | Facsimile HR to SHO                                        | 7.00 |
| 8/12/2005 | Copied: HR parent and advocate.                            | 4.00 |
| 8/15/2005 | Postage; letter to parent re: HR.                          | 0.60 |
| 8/24/2005 | Facsimile(SHO-letter)                                      | 2.00 |
| 8/26/2005 | Copied: RM for parent and advocate.                        | 3.00 |

Robinson, Dontw                                                                                                    Page    3

                                                                                                                  <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 8/26/2005 | Postage; letter to parent re: RM. | 0.60 |
| 9/12/2005 | Postage; letter to parent | 0.60 |
|  | Copied: Career assesment for parent and advocate. | 4.50 |
| 9/29/2005 | Facsimile letter to Kenilworth | 2.00 |
| 10/4/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 10/5/2005 | Facsimile Settlement to OGC | 5.00 |
|  | Facsimile Settlement to SHO | 5.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $156.80 |
|  | Total amount of this bill | $4,068.40 |