# EXHIBIT 16



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm: <u>JAMES E. BROWN & ASSOCIATES, PLLC</u>
    Attorney: <u>JAMES E. BROWN</u>
    Federal Tax ID No.: <u>52-1500760</u>
    D.C. Bar No.: <u>61622</u>

2.  **Student Information**
    Name: <u>Tona Sands</u>
    DOB: <u>7/12/97</u>
    Date of Determination (HOD/SA): <u>10/24/05</u>
    Parent/Guardian Name: <u>Walleta Sands</u>
    Parent/Guardian Address: <u>1222 Stevens Rd., SE, WDC 20020</u>
    Current School: <u>Episcopal Center for Children</u>
    Home School: <u>Episcopal Center for Children</u>

3.  **Invoice Information**
    Invoice Number: <u>05-447SA</u>
    Date Request Submitted: <u>10/31/05</u>
    Date(s) Services Rendered <u>3/31/05 - 10/25/05</u>
    Amount of Payment Request <u>$ 1,800.00</u>

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          October 31, 2005
Signature                                           Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capital Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

October 21, 2005

Roxanne Neloms
1220 L Street, NW Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE:    (202) 610 0037**

**Subject: Due Process Hearing Request for Tona Sands
DOB:    7/12/97
Attending School: Episcopal Center for Children**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated August 29, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about August 29, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is 7/12/97, that the attending school is Episcopal Center for Children.

Re: Student's Name
10/21/2005
Page 2

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

- On or before November 11, 2005 DCPS agrees to reconvene the student's BLMDT/ IEP meeting to: a) review the student's IEP, determine the student's eligibility for special education and its related services, if eligible, develop an appropriate IEP and behavior intervention plan, discuss and determine placement, and discuss compensatory education.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Mediation and Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed One Thousand Eight Hundred ($1,800.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon

Re: Student's Name
10/21/2005
Page 3

submission of the following:  a)  a certified invoice conforming to the DCPS attorney fee
guidelines and itemizing all costs incurred to date relating to the pending hearing request; and
b) signature by the parent below or written authorization by the parent for the attorney to enter
into this Settlement Agreement on the parent's behalf.

   11. Parent agrees that the hearing request that is the subject of this Settlement
Agreement will be withdrawn immediately and that written evidence of such withdrawal must
be provided to DCPS before any invoices will be processed for payment pursuant to this
Settlement Agreement.

Agreed to: _____        Agreed to: _____
           Parent/Counsel for Parent                   Attorney Advisor

           Roxanne D. Neloms  10/21/05               Charles McColough II   10/24/05
           (print name)       Date                   (print name)          Date

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| | Facsimile: (202) 742-2098 | |
| -------------------------------- | e-mail: Admin@Jeblaw.biz | -------------------------------- |

! Admitted in Bolivia Only

October 24th, 2005

Via Facsimile Only
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:    Tona Sands
DOB:   July 12th, 1997

Dear Ms. Newsome:

I hope this letter finds you in good health.

The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing complaint. If I can be of any further assistance please do not hesitate to contact either myself or Domiento C.R. Hill, Esq., at 202-742-2000.

Respectfully,

Roxanne Neloms, Esq.

Cc: Charles McCullough, Attorney Advisor, DCPS
    File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***  TX REPORT  ***
*********************


TRANSMISSION OK

TX/RX NO            0186
RECIPIENT ADDRESS   92024425556
DESTINATION ID
ST. TIME            10/25 11:53
TIME USE            00'37
PAGES SENT          5
RESULT              OK
```

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098 ✓

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Dolores Scott McKnight
Marshall Lammers*

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq., for Roxanne Neloms, Esq.

DATE:  October 24th, 2005

FAX NO: 202-442-5556

SUBJECT: T.S., DOB: 7/12/97

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS:  Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
           ***********************
           ***  TX REPORT  ***
           ***********************

    TRANSMISSION OK

    TX/RX NO           0187
    RECIPIENT ADDRESS  92024425097
    DESTINATION ID
    ST. TIME           10/25 11:56
    TIME USE           00'48
    PAGES SENT         6
    RESULT             OK
```

# James E. Brown & Associates, PLLC

### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Dolores Scott McKnight
Marshall Lammers"

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Charles McCullough, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq., for Roxanne Neloms, Esq.

DATE:  October 24th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: T.S., DOB: 7/12/97

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS:  Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

## STATEMENT OF CONFIDENTIALITY:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers°

----------------------------

! Admitted in Bolivia Only

By signing below, I, _Violetta Sands_ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, _Tona Sands_ , DOB: _7-12-97_ .
This authorization is valid for two (2) years.

_10-30-05_
Date

_Violetta Sands_
Parent/Guardian's Signature

Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc:  File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Tona Sands

October 30, 2005
In Reference To:     Tona Sands

Invoice #11070

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/31/2005 KD |  | Drafted letter to parent/enclosed copy of 3-15-05 SA and DCPS's letter to Episcopal. | 0.33 105.00/hr | 34.65 |
| 4/20/2005 KD |  | Requested evaluations to Interdynamics | 0.67 105.00/hr | 70.35 |
|  | KD | Drafted letter to parent/enclosed copy of Indpndt Eval Rqst / copy to advc and file / added to case notes | 0.33 105.00/hr | 34.65 |
| 5/23/2005 DH |  | Receive and review the student's psychiatric evaluation. | 0.50 350.00/hr | 175.00 |
| 6/25/2005 DH |  | Review the student's functional behavior assessment. | 0.17 350.00/hr | 59.50 |
| 7/6/2005 KD |  | Drafted letter to parent/enclosed copy of 6-14-05 FBA, 4-28-05 Psychiatric and Atty's Ltr to DCPS/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/13/2005 DD |  | Reviewed psychiatric evaluation. | 0.50 175.00/hr | 87.50 |
| 8/24/2005 DH |  | Draft and send letter to DCPS informing them of their failure to comply with the expressed written terms of the settlement agreement. | 0.25 350.00/hr | 87.50 |
| 8/25/2005 RN |  | Review the student's administrative due process hearing compliant drafted by Mr. Hill. | 0.25 350.00/hr | 87.50 |

Tona Sands                                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 8/25/2005 | DH | Draft administrative due process hearing compliant regarding DCPS' failure to reconvene the student's MDT/IEP Meeting as required under the terms of the settlement agreement, take to Ms. Neloms for her review. | 2.00 350.00/hr | 700.00 |
| 8/29/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-24-05 Ltr to DCPS re noncompliance w/SA/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 9/26/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file. | 0.33 105.00/hr | 34.65 |
| 10/5/2005 | DD | Contacted the Episcopal Center informing them that Mr. Hill will attend the MDT/IEP Meeting scheduled for tomorrow. | 0.08 175.00/hr | 14.00 |
| 10/6/2005 | DH | Prepare and participate in the student's MDT/IEP Meeting, meeting cancelled due to nonparticipation by DCPS. | 1.00 350.00/hr | 350.00 |
| 10/14/2005 | DH | Review the student's educational file, prepare five-day disclosures, give to lead attorney for his review. | 1.00 350.00/hr | 350.00 |
|  | DH | Discussion with the parent regarding the status of the student's case. | 0.17 350.00/hr | 59.50 |
|  | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
|  | RN | Review the student's five-day disclosures prepared by co-counsel. | 0.33 350.00/hr | 115.50 |
| 10/21/2005 | DH | Receive and review the settlement agreement from DCPS, draft and file, after Ms. Neloms' signature, the letter of withdrawal. | 0.25 350.00/hr | 87.50 |
|  | RN | Receive and review the settlement agreement from DCPS, review with Mr. Hill and the parent, execute notice of witdrawal. | 0.17 350.00/hr | 59.50 |

For professional services rendered                                        10.17        $2,600.50

Additional Charges :

| 3/31/2005 | Postage; letter to parent | 0.83 |
|---|---|---|
|  | Copied documents | 7.00 |
| 4/20/2005 | Postage; Case status letter to the parent re: independent evaluations request. | 0.37 |
|  | Facsimile(OSE/OGC-Indpnt eval request+consent form) | 9.00 |
|  | Copied documents | 2.00 |
| 6/28/2005 | Facsimile: Letter to OSE. | 15.00 |

Tona Sands                                                                                     Page    3

                                                                                              <u>Amount</u>

7/6/2005  Postage; evaluations letter to parent.                                                   0.83

          Copied: evaluations letter for parent and advocate.                                      8.00

8/26/2005  Facsimile HR to SHO                                                                      7.00

8/29/2005  Postage; letter to parent re: HR to be filed.                                           0.37

          Copied: HR to be filed for parent and advocate.                                          1.50

9/26/2005  Postage; letter to parent re: HN.                                                       0.37

          Copied: HN for parent and advocate.                                                      1.00

10/14/2005  Copied 5-day disclosure to DCPS                                                        68.00

10/17/2005  Messenger Service to and from DCPS (5-day Disclosures)                                 20.00

10/25/2005  File review preparation of bill and invoice audit                                      96.88

          Facsimile withdrawal to DCPS                                                             11.00
                                                                                              _____
          Total costs                                                                          $249.15
                                                                                              _____
          Total amount of this bill                                                          $2,849.65