# EXHIBIT 17

# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jonathan Sardio
   DOB: 9/12/93
   Date of Determination (HOD/SA): 9/28/05
   Parent/Guardian Name: Patricia Sardio
   Parent/Guardian Address: 3917 New Hampshire Ave., NW, 20011
   Current School: Kennedy Institute
   Home School: McFarland MS

3. **Invoice Information**
   Invoice Number: 05-434SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 7/27/05 to 9/28/05
   Amount of Payment Request: $ 2,800.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____       October 31, 2005
Signature                                Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

September 28, 2005

Christopher West
1220 L Street, NW
Suite 700
Washington, DC 2005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202/742-2098**

Subject: **Due Process Hearing Request for Jonathan Sardio**
DOB:   9-12-93
Attending School:  Kennedy Institute
Home School: McFarland MS

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about August 1, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004.  The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school.  If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is 9-12-93, and that the home school is McFarland MS and attending school is Kennedy Institute.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement.  Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued

Re: Sardio, Jonathan
9/28/2005
Page 2

delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

    DCPS agrees to conduct a Speech and Language Evaluation, Physical Therapy Evaluation, and Occupational Therapy Evaluation within **30 calendar days** from the date of the signing of this settlement agreement. If DCPS fails to conduct the above evaluations and provide a copy of the evaluations to the Educational Advocate within the above timeframe, DCPS agrees to fund independent evaluations. Parent/Counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

    DCPS agrees to convene a MDT/IEP meeting within **15 business days** upon DCPS' completion of above listed evaluations or receipt of the Independent Evaluations, to review evaluations, update IEP if necessary, discuss and determine placement, and discuss if compensatory education is warranted.

    5. For students or parents represented by counsel, counsel shall be apprised of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as of result of unforeseen circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517 to the attention of Jeff Kaplan.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Eight Hundred ($2,800.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or

Re: Sardio, Jonathan
9/28/2005
Page 3

written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement

Sincerely,

Tiffany Puckett, Esq.
Attorney Advisor

Date: September 28, 2005

Agreed to: ___Christoph Wot___  Date: __9/28/05__
Parent/Counsel for Parent

___Christopher West___
(print name)

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

September 28, 2005

**VIA FACSIMILE**
Sharon Newsome
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE
8th Floor
Washington, DC 20002

RE: Jonathan Sardio
DOB: 9-12-93

Dear Ms. Newsome:

The parent, on behalf of the minor child, hereby withdraws the request for due process hearing, dated August 1, 2005, and scheduled for hearing on September 28, 2005. This withdrawal of the request for due process hearing does not waive the right for the parent to file a future request for due process hearing. I have attached the settlement agreement, which was reached between the parent and the District of Columbia Public Schools (DCPS).

Thank you for your attention, and if you are in need of additional information, please do not hesitate to contact me directly at 202-742-2003.

Respectfully,

Christopher L. West

cc: Tiffany Puckett, Esq., Office of General Counsel

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8): Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8): Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              2449
CONNECTION TEL                    94425098
CONNECTION ID         OFF.OF GENERAL C
ST. TIME              09/29 15:26
USAGE T               00'49
PGS. SENT             5
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

**TO:**   Sharon Newsome, Student Hearing Office

          Tiffany Puckett, Esq., Office of General Counsel

**FROM:** Christopher West, Esq.

**DATE:** 9-28-05

**FAX NO:** 202-442-5556

          202-442-5098

**SUBJECT:** Withdrawal of Due Process Hearing
Jonathan Sardio
DOB: 9-12-93

*Copy of Signed Settlement Agreement

**NUMBER OF PAGES INCLUDING COVER SHEET:** 5

**COMMENTS:**

```
          ***********************
          ***    TX REPORT    ***
          ***********************

    TRANSMISSION OK

    TX/RX NO              2448
    CONNECTION TEL                        94425556
    CONNECTION ID
    ST. TIME              09/29 15:24
    USAGE T               00'45
    PGS. SENT             5
    RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

**TO:** Sharon Newsome, Student Hearing Office

Tiffany Puckett, Esq., Office of General Counsel

**FROM:** Christopher West, Esq.

**DATE:** 9-28-05

**FAX NO:** 202-442-5556

202-442-5098

**SUBJECT:** Withdrawal of Due Process Hearing
Jonathan Sardio
DOB: 9-12-93

*Copy of Signed Settlement Agreement

**NUMBER OF PAGES INCLUDING COVER SHEET:** 5

**COMMENTS:**

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill0<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __Patricia Sardio__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Jonathan Sardio__, DOB: __9-12-1993__. This authorization is valid for two (2) years.

__10-30-05__
Date

__[signature: Patricia Sardio]__
Parent/Guardian's Signature

__[signature: Christopher West]__
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Jonathan Sardio
Patricia Sardio
3917 New Hampshire Ave, NW
Washignton DC 20011


October 06, 2005
In Reference To:   Jonathan Sardio
                   DOB: 9/12/93
                   School: Kennedy Institute School

Invoice #10998

    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 CW | | Consultation with parent and legal assistant, research and case preparation. | 1.50<br>350.00/hr | 525.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50<br>105.00/hr | 157.50 |
| 7/28/2005 | AAG | Drafted letter to parent | 0.42<br>105.00/hr | 44.10 |
| | CM | Reviewed 3/10/05 IEP | 0.50<br>150.00/hr | 75.00 |
| | CM | Reviewed psychoeducational evaluation by Nguyen | 0.50<br>150.00/hr | 75.00 |
| | CM | Reviewed 3/25/04 IEP | 0.50<br>150.00/hr | 75.00 |
| | CM | Reviewed social work report by Carre | 0.50<br>150.00/hr | 75.00 |
| | CM | Researched downs syndrome | 1.00<br>150.00/hr | 150.00 |
| 7/29/2005 | CW | Conference with parent, via telephone, and discussed IEP, parent's request for evaluations and filing of request for hearing; prepared and drafted request for due process hearing for DCPS' failure to conduct recommended assessments; failure for DCPS to provide student | 2.67<br>350.00/hr | 934.50 |

Jonathan Sardio                                                                                           Page    2

|            |     |                                                                                                                                                                                | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
|            |     | appropriate IEP; request for compensatory education; conference with paralegal re: filing request for hearing                                                                  |                 |        |
| 7/29/2005  | BDL | Assisted attorney with sending HR to SHO                                                                                                                                       | 0.25 105.00/hr  | 26.25  |
| 8/1/2005   | CM  | Prepared for Due Process Hearing; reviewed social work report by Carre, psychological evaluation by Nguyen, 3/10/05 IEP, file correspondence                                   | 1.50 150.00/hr  | 225.00 |
| 8/10/2005  | HR  | Draft letter to parent regarding the due process hearing requested                                                                                                             | 0.50 105.00/hr  | 52.50  |
|            | CW  | Conference with parent, via telephone, and discussed DCPS proposal to convene resolution meeting on 8/16; reviewed request for hearing                                         | 0.25 350.00/hr  | 87.50  |
| 8/12/2005  | CW  | Reviewed IEP meeting notes and request for hearing with educational advocate in preparation for resolution meeting;                                                            | 0.50 350.00/hr  | 175.00 |
|            | CM  | Record reviewed and discussion with attorney re upcoming resolution meeting                                                                                                    | 0.50 150.00/hr  | 75.00  |
| 8/15/2005  | CW  | Reviewed IEP meeting notes, psychoeducational evaluation, and IEP with educational advocate in preparation for resolution meeting                                              | 0.75 350.00/hr  | 262.50 |
|            | CM  | Preparation with attorney for resolution meeting                                                                                                                               | 0.75 150.00/hr  | 112.50 |
| 8/16/2005  | CW  | Conference with parent and discussed outcome of resolution meeting; discussed; drafted letter to SHO and requested scheduling of hearing because of non-resolution at meeting; conference with paralegal re: letter to DCPS | 0.75 350.00/hr  | 262.50 |
|            | CM  | Appearance to 825 North Capital for Resolution Meeting                                                                                                                         | 2.50 150.00/hr  | 375.00 |
| 8/17/2005  | BDL | Assisted attorney with sending letter to Sharon Newsome and Ericka Pierson.                                                                                                    | 0.25 105.00/hr  | 26.25  |
|            | BDL | Drafted letter to parent.                                                                                                                                                      | 0.42 105.00/hr  | 44.10  |
| 9/7/2005   | BDL | Drafted letter to parent with copy of HN.                                                                                                                                      | 0.42 105.00/hr  | 44.10  |
| 9/8/2005   | CW  | Conference with parent and discussed status of hearing; reviewed current progress, witness questions in preparation for hearing                                                | 0.75 350.00/hr  | 262.50 |
| 9/9/2005   | CM  | Phone call to Ms. Carre at Kennedy Institute to schedule classroom observation. Not in. Left two messages.                                                                     | 0.42 150.00/hr  | 63.00  |

Jonathan Sardio                                                                                                    Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2005 | CM | Reviewed file correspondence for case update | 0.33<br>150.00/hr | 49.50 |
| 9/12/2005 | CM | Discussion with Ms. Carre at Kennedy Institute re scheduling classroom observation | 0.42<br>150.00/hr | 63.00 |
| 9/14/2005 | BDL | Reviewed file to update case status and check deadlines of SA and HOD. | 0.25<br>105.00/hr | 26.25 |
|  | CM | Discussion with Ms. Carre at Kennedy Institute confirming date for classroom observation | 0.33<br>150.00/hr | 49.50 |
| 9/15/2005 | CM | School visit; classroom observation at Kennedy Institute | 4.00<br>150.00/hr | 600.00 |
|  | CM | Drafted classroom observation summary to attorney | 1.00<br>150.00/hr | 150.00 |
| 9/19/2005 | CM | Record reviewed and discussion with attorney re upcoming IEP meeting | 0.25<br>150.00/hr | 37.50 |
|  | CW | Conference with educational advocate and reviewed observation report; conference with parent and reviewed advocate's observations | 0.75<br>350.00/hr | 262.50 |
|  | CM | Record reviewed and discussion with attorney re outcome of classroom observation | 0.50<br>150.00/hr | 75.00 |
| 9/20/2005 | CW | Teleconference with parent and reviewed witness questions in preparation for hearing; discussed admissions criteria for St. Colleta's program; | 0.50<br>350.00/hr | 175.00 |
| 9/21/2005 | BDL | Assisted attorney to prepare disclosure to DCPS. | 1.00<br>105.00/hr | 105.00 |
|  | CW | Prepare disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal re: preparation of disclosure documents | 1.67<br>350.00/hr | 584.50 |
| 9/27/2005 | CW | Reviewed request for hearing, MDT meeting notes, and psychoeducational evaluation in preparation for hearing; conference with parent and reviewed witness questions in preparation for hearing | 1.17<br>350.00/hr | 409.50 |
| 9/28/2005 | CW | Reviewed terms of settlement agreement proposed by DCPS; teleconference with parent and reviewed terms of settlement; drafted letter to DCPS and SHO indicating withdrawal of due process hearing; conference with paralegal re: submitting documents to parent | 1.00<br>350.00/hr | 350.00 |
|  |  | For professional services rendered | 32.77 | $7,142.05 |

Jonathan Sardio                                                                                              Page    4

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 7/27/2005 | Copied documents; intake | 5.00 |
| 7/28/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents | 0.50 |
| 7/29/2005 | Facsimile to SHO: Hearing request | 9.00 |
| 8/10/2005 | Postage; letter to parent re: case status. | 0.60 |
|  | Copied documents; letter to parent and HR | 2.25 |
| 8/17/2005 | Postage; letter to parent. | 0.60 |
|  | Copied: letter for parent. | 0.25 |
| 9/7/2005 | Copied documents; letter to parent (HN) | 0.50 |
|  | Postage; letter to parent. (HN) | 0.60 |
| 9/21/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied documents 5-day disclosure/OGC and SHO | 28.00 |
| 9/28/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $164.55 |
|  | Total amount of this bill | $7,306.60 |