# EXHIBIT 18



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Gabrielle Simpkins
   DOB: 7/19/01
   Date of Determination (HOD/SA): 1/20/05
   Parent/Guardian Name: Coretta Simpkins
   Parent/Guardian Address: 1400 4th St., SW, #402, WDC 20024
   Current School: Amidon ES
   Home School: Amidon ES

3. **Invoice Information**
   Invoice Number: 05-435SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 7/5/05 - 10/21/05
   Amount of Payment Request: $2,000.00

4. **Certification** (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                                    October 31, 2005
Signature                                          Date

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

10/20/05

Roxanne Neloms, Esquire
Law Office of James W. Brown & Associates
1220 L Street, NW, #
Wash., DC 20008

**PROPOSED SETTLEMENT**

**VIA HAND-DELIVERY**

**Subject: Due Process Hearing Request for Gabrielle Simpkins**
**DOB:   7/19/01**
**Attending School: Amidon ES, DCPS**
**Home School: Amidon ES, DCPS**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated 9/26/05, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about 9/26/05, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth and the attending and home schools are correct, as stated above.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

Re: Student's Name
10/20/2005
Page 2

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

    a. DCPS agrees to convene an MDT meeting not later than fifteen (15) school days after receipt of the assessment, to review and revise the IEP, as necessary.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____
Parent/Counsel for Parent
RoVanne D. Nalin
(print name)

Agreed to: _____
Aaron E. Price, Sr., Esq.
Attorney Advisor, DCPS

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

October 21st, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:   Gabrielle Simpkins
    DOB: July 19th, 2001

Dear Ms. Newsome:

    I hope this letter finds you in good health.

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

                                                    Respectfully,

                                                    Roxanne Neloms, Esq.

Cc:   Aaron Price, Attorney Advisor, Office of the General Counsel, DCPS
       File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3314
CONNECTION TEL                    92024425556
CONNECTION ID
ST. TIME              10/21 10:29
USAGE T               00'36
PGS. SENT             4
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ○<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Nelom .<br>John A. Straus<br>Dolores Scott McK ight<br>Marshall Lammers*<br><br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 21st, 2005

FAX NO: 202-442-5556

SUBJECT: G.S., DOB: 7/19/01

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 4

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of he addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0128
RECIPIENT ADDRESS     92024425097
DESTINATION ID
ST. TIME              10/21 10:34
TIME USE              00'43
PAGES SENT            5
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Aaron Price, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: October 21st, 2005

FAX NO: 202-442-5097/5098

SUBJECT: G.S., DOB: 7/19/01

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The Information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Tilman L. Gerald<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __Coretta Simpkins__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Gabrielle Simpkins__, DOB: __7-29-01__. This authorization is valid for two (2) years.

__10-26-05__
Date

__Coretta Simpkins__
Parent/Guardian's Signature

_____
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Gabrielle Simpkins

October 26, 2005
In Reference To:   Gabrielle Simpkins
Invoice #11058

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2005 | KD | Drafted letter to parent/enclosed copy of Plcmnt Accptnc from RCA/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of Ltr from Ivymount re transfer of referral to Middle School/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Drafted letter to parent/enclosed copy of 6-22-05 SA/copy to advc and file/added to case notes/posted deadline issues to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/21/2005 | DH | Draft letter, for Ms. Neloms' review, requesting DCPS compliance with the settlement agreement. | 0.25<br>350.00/hr | 87.50 |
|  | RN | Review letter drafted by Mr. Hill requesting DCPS compliance. | 0.08<br>350.00/hr | 28.00 |
| 8/3/2005 | KD | Requested Indpndt evaluation (Adaptive Physical PE) to Conaboy & Assoc | 0.67<br>105.00/hr | 70.35 |
| 8/8/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-4-05 Ltr to DCPS re noncompliance/copy to advc and file/added to case notes | 0.33<br>105.00/hr | 34.65 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 8-4-05 Ltr to Amidon ES accptng MDT date/copy to advc and file/added to case notes | 0.33<br>105.00/hr | 34.65 |
|  | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |

Gabrielle Simpkins                                                                                                              Page    2

|            |     |                                                                                                                                                                                                 | Hrs/Rate         | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 8/8/2005   | KD  | Drafted letter to parent/enclosed copy of Indpndt Eval Rqst to Conaboy & Assoc./copy to advc and file/added to case notes                                                                         | 0.33 105.00/hr   | 34.65  |
| 8/9/2005   | KD  | Phone call from Conaboy re eval rqst.                                                                                                                                                            | 0.08 105.00/hr   | 8.40   |
| 8/11/2005  | KD  | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn.                                                                                                                                      | 0.25 105.00/hr   | 26.25  |
| 8/16/2005  | DD  | Reviewed file for upcoming IEP                                                                                                                                                                   | 1.00 175.00/hr   | 175.00 |
|            | DD  | Draft letter to school in respone to note recieved from Amidon                                                                                                                                   | 0.83 175.00/hr   | 145.25 |
|            | DD  | Went to school to pick up records of IEP/MDT meent notes as well as teacher cert. and work samples.                                                                                              | 1.83 175.00/hr   | 320.25 |
| 8/17/2005  | DH  | Draft and send letter to DCPS regarding their failure to comply with the expressed written terms of the settlement agreement and the parent's intention to file an administrative due process hearing request. | 0.17 350.00/hr   | 59.50  |
| 8/23/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 8-17-05 Ltr to DCPS re MDT or HR to be filed/copy to advc and file/added to case notes                                                          | 0.42 105.00/hr   | 44.10  |
|            | DH  | Draft and send letter to Mr. Ricky Byrd, special education coordinator at Amidon Elementary School responding to correspondence of earlier today and request to reconvene the student's MDT/IEP Meeting. | 0.25 350.00/hr   | 87.50  |
| 8/29/2005  | KD  | Phone call to parent re calls from DCPS re REs Mtng to refer to Atty Hill                                                                                                                         | 0.08 105.00/hr   | 8.40   |
|            | KD  | Drafted letter to parent/enclosed copy of Atty's 8-23-05 Ltr to Amidon ES re Evals, Comp Ed, and Plcmnt/copy to advc and file/added to case notes                                                | 0.42 105.00/hr   | 44.10  |
| 8/30/2005  | DH  | Review the student's educational file, continuing drafting of administrative due process complaint, take to Ms. Neloms for her review.                                                          | 2.00 350.00/hr   | 700.00 |
|            | RN  | Review the student's administrative due process complaint.                                                                                                                                      | 0.25 350.00/hr   | 87.50  |
| 8/31/2005  | BDL | Drafted letter to parent with copy of HR.                                                                                                                                                        | 0.25 105.00/hr   | 26.25  |
| 9/6/2005   | DD  | Reviewed file to check the staus of the case                                                                                                                                                     | 0.08 175.00/hr   | 14.00  |
| 9/8/2005   | DH  | Discussion with the parent regarding the status of the student's case.                                                                                                                          | 0.17 350.00/hr   | 59.50  |

Gabrielle Simpkins                                                                                                  Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2005 | KD | Drafted letter to parent/enclosed copy of 8-16-05 IEP/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | faxed signed IEP's page one to Amidon ES per Atty Hill | 0.08<br>105.00/hr | 8.40 |
| 9/13/2005 | KD | Drafted letter to parent/enclosed copy of Res Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |
| 9/15/2005 | DH | Review the student's educational file, prepare five-day disclosures, give to the lead attorney for his review. | 1.00<br>350.00/hr | 350.00 |
| 9/28/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |
| 10/18/2005 | CW | Review the student's five-day disclosures. educational file, prepare five-day disclosures, give to the lead attorney for his review. | 0.33<br>350.00/hr | 115.50 |
|  | CMM | Assisted attorney to prepare disclosure to DCPS/prepared disclosure for OGC and SHO, label document for Hearing Officer. | 2.00<br>105.00/hr | 210.00 |
|  | DH | Review the student's educational file, prepare five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
| 10/21/2005 | DH | Receive and review the settlement proposal from DCPS with the lead attorney, draft and file notice of withdrawal after Ms. Neloms' executes the agreement. | 0.33<br>350.00/hr | 115.50 |
|  | RN | Receive and review the settlement proposal from DCPS with the co-counsel and parent, review notice of withdrawal. | 0.25<br>350.00/hr | 87.50 |
|  |  | For professional services rendered | 18.32 | $3,675.00 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| 7/5/2005 | Postage; Placement acceptance from RCA, letter from Ivymount, and SA letter to parent. | 0.60 |
|  | Copied: Placement acceptance from RCA, placement letter form Ivymount, and SA letter for parent and advocate. | 4.50 |
| 7/21/2005 | Facsimile: Letter to OMC. | 8.00 |
| 8/3/2005 | Postage; letter to parent - indpnt eval rqst to conaboy | 2.90 |
|  | Facsimile independent eval req. w/ consent to OSE/OGC | 6.00 |
|  | Copied: Independent evaluation request for Conaboy and Associates. | 16.50 |
| 8/4/2005 | Postage; independent evaluation request to Conaboy and Associates. | 2.90 |

Gabrielle Simpkins                                                                                          Page    4

                                                                                                              <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 8/8/2005 | Postage; letter to parent re: notice of none compliance to DCPS, MDT meeting acceptance, and independent evaluation request. | 0.83 |
|  | Copied: MDT, MDT conf., Notice of noncompliance, and independent evaluation request for parent and advocate. | 6.50 |
| 8/11/2005 | Postage; letter to parent re: MDT conf. | 0.37 |
|  | Copied: MDT confirmation for parent and advocate. | 1.50 |
| 8/23/2005 | Postage; letter to parent re: MDT or HR to filed. | 0.37 |
|  | Copied: HR to be filed for parent and advocate. | 2.00 |
| 8/24/2005 | Facsimile: letter to school. | 3.00 |
| 8/29/2005 | Postage; letter to parent re: evals, comp Ed and placement. | 0.37 |
|  | Copied: placement comp ed and evals for parent and advocate. | 2.00 |
| 8/30/2005 | Facsimile: HR to SHO. | 15.00 |
| 8/31/2005 | Postage; letter to parent re: HR. | 0.60 |
|  | Copied documents(HR) | 0.50 |
| 9/9/2005 | Facsimile(Amidon-letter) | 2.00 |
| 9/12/2005 | Postage; letter to parent | 1.06 |
|  | Fax to Amidon ES - IEP cover page/signed by parent | 2.00 |
|  | Copied: IEP for parent and advocate. | 11.00 |
| 9/13/2005 | Facsimile letter | 5.00 |
|  | Postage; letter to parent re: rescheduling of RM. | 0.37 |
|  | Copied letter sent to parent and Amidon ES RE: resolution meeting at Amidon ES | 2.50 |
| 9/14/2005 | Postage; letter to parent re: resolution mtg | 0.37 |
|  | Copied documents re: confirmation of resolution meeting at Amidon ES | 1.50 |
| 9/26/2005 | Copied documents(Advo-OT-HOD) | 4.25 |
| 9/28/2005 | Copied: HN for parent and advocate. | 1.00 |

| Gabrielle Simpkins | | Page 5 |
|---|---|---|
| | | Amount |
| 9/28/2005 | Postage; letter to parent re: HN. | 0.37 |
| 10/18/2005 | Copied documents; disclosures | 66.50 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 10/21/2005 | Facsimile Settlement Agreement to OGC | 9.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $298.24 |
| | Total amount of this bill | $3,973.24 |