# EXHIBIT 19



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney:                JAMES E. BROWN
   Federal Tax ID No.:      52-1500760
   D.C. Bar No.:            61622

2. **Student Information**
   Name:                    Jose Sorto
   DOB:                     8/28/90
   Date of Determination (HOD/SA):  9/29/05
   Parent/Guardian Name:    Dinora Gonzalez
   Parent/Guardian Address: 1458 Columbia Rd., NW, #301, WDC 20010
   Current School:          Lincoln MS
   Home School:             Lincoln MS

3. **Invoice Information**
   Invoice Number:          05-436SA
   Date Request Submitted:  10/31/05
   Date(s) Services Rendered: 6/14/05 to 9/30/05
   Amount of Payment Request  $ 1,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                          October 31, 2005
Signature                                Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office** of the General Counsel
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

September 29, 2005

Miguel Hull
1220 L Street, NW, Suite 700
Washington, DC 20005

## PROPOSED SETTLEMENT

### VIA FACSIMILE (202) 742-2098

**Subject: Due Process Hearing Request for Jose Sorto**
**DOB: 8/28/90**
**Attending School: Lincoln Middle School**
**Home School: Lincoln Middle School**

Miguel Hull:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Friday, September 30, 2005 at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. **The underlyi·g hearing request was filed on or about June 30, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003.** The parties have agreed to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCP· becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is 8/28/92, and that the attending school is Lincoln Middle School.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS agrees to convene an MDT/IEP meeting on or before Monday, October 24, 2005 f·r the purpose of: reviewing all current evaluations; review and revise the student's IEP, if necessary; discuss the need for an intervention behavior plan, and discuss and determine compensatory education, if necessary.

*Children First*

DCPS Office of the General Counsel
Page 2

5. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

6. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

7. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

8. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

9. Parent/Counsel agrees to accept reasonable attorney fees not to exceed One Thousand Five Hundred ($1,500.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

10. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Charles A. McCullough, II
Attorney Advisor

Agreed to:

Miguel Hull
Counsel for Parent

Date 9/29/05

Agreed to:

Charles A. McCullough, II
Counsel for DCPS

Date 9/29/05

865

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!
-----------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

-----------------------------

! Admitted in Bolivia Only

September 30, 2005

*Via facsimile only*
Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002

### Re: Jose Sorto DOB: 8-28-92 Withdrawal of due process hearing request dated 6-24-05

Dear Sir or Madam:

Ms. Dinora Gonzalez, parent of Jose Sorto, hereby advises that she and the DCPS, Office of the General Counsel have reached an agreement regarding the issues raised in the Due Process Hearing Request dated June 24, 2005 and set for hearing for September 30, 2005 at 11:00 a.m. and that in light of this agreement, the parent hereby *withdraws* the due process hearing request in question. The parent further advises that this withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

Yours truly,

Miguel A. Hull

CC:    Attorney Advisor, Esq., DCPS Office of the General Counsel

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberto Gambale, Members of the D.C. Bar.

09/30/2005 09:54 FAX 202 74: 97    James Brown and Associat    ☑001

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3898
CONNECTION TEL                94425556
SUBADDRESS
CONNECTION ID
ST. TIME              09/30 09:54
USAGE T               00'23
PGS. SENT             2
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:          September 30, 2005

TO:            Sharon Newsome
               Student Hearing Office of the District of Columbia Public Schools

TEL NO.:       202 442-5432

FAX NO.:       202 442-5556

FROM:          Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:       Jose Sorto DOB: 8-28-92

NUMBER OF PAGES INCLUDING COVER SHEET:    2

COMMENTS:  **Withdrawal of due process hearing request**

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3899 |
| CONNECTION TEL | 94425098 |
| SUBADDRESS | |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 09/30 09:54 |
| USAGE T | 00'24 |
| PGS. SENT | 2 |
| RESULT | OK |

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:           September 30, 2005

TO:             Attorney Advisor
                DCPS, Office of the General Counsel

FAX NO.:        202 442-5098/5097

FROM            Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:        Jose Sorto DOB: 8-28-92

NUMBER OF PAGES INCLUDING COVER SHEET:    <u>2</u>

COMMENTS: **Withdrawal of due process hearing request**

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jose Sorto

October 13, 2005
In Reference To:    Jose Sorto

Invoice #11006

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/14/2005 HR | Draft case status letter to parent detailing the hearing officer's determination | 0.58 105.00/hr | 60.90 |
| 6/20/2005 HR | Phone call from mom informing us that she missed her pre admissions interview at Accotink Academy | 0.25 105.00/hr | 26.25 |
| 6/24/2005 MH | Prepared and file due process hearing request to DCPS regarding DCPS's failure to comply with terms of last HOD.  Includes research on issues raised, and drafting and revising of claims made. | 0.83 350.00/hr | 290.50 |
| 6/27/2005 CF | Phone call to school about status case | 0.17 175.00/hr | 29.75 |
| 6/28/2005 HR | Draft letter to parent detailing the hearing request | 0.58 105.00/hr | 60.90 |
| 6/30/2005 CF | Phone call from school regards student's file | 0.50 175.00/hr | 87.50 |
| 7/5/2005 CF | Phone call to school about status case | 0.50 175.00/hr | 87.50 |
| 7/12/2005 HR | Phone call from mom wanted to inform us of school visits at Rock Creek Academy and the Center for Life and Enrichment, and sent memo to attorney regarding phone call, and updated case status | 0.33 105.00/hr | 34.65 |
| 7/22/2005 JF | Discussion with Ms. Maura Garibay regaridng MDT/IEP meeting, contacted parent | 0.25 350.00/hr | 87.50 |

Jose Sorto                                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | CF | Phone call to parent regards to attendance for the evaluations. | 0.17<br>175.00/hr | 29.75 |
| 9/8/2005 | MH | Reviewed file to determine case status and plan strategy for obtaining FAPE. | 0.33<br>350.00/hr | 115.50 |
|  | HR | Phone call from mom regarding concerns and placement | 0.33<br>105.00/hr | 34.65 |
| 9/9/2005 | HR | Discussion with educational advocate regarding phone call from mom | 0.25<br>105.00/hr | 26.25 |
|  | JF | Discussion with paralegal on phone call from mom concerning discussion with Ms. Sheppard at Lincoln Middle School regarding placement | 0.25<br>350.00/hr | 87.50 |
|  | HR | Phone call from mom twice regarding discussion with Ms. Sheppard at Lincoln Middle School concerning placement | 0.25<br>105.00/hr | 26.25 |
| 9/12/2005 | HR | Draft letter to parent regarding the notice of hearing | 0.42<br>105.00/hr | 44.10 |
| 9/13/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing, sent letter via facsimile and sent letter to the Office of General Counsel. | 0.33<br>105.00/hr | 34.65 |
| 9/19/2005 | HR | Phone call from mom regarding phone call from school to schedule meeting | 0.25<br>105.00/hr | 26.25 |
|  | HR | Discussion with educational advocate regarding conversation with mom concerning phone call from school | 0.25<br>105.00/hr | 26.25 |
|  | JF | Discussion with paralegal regarding conversation with mom concerning phone call from school | 0.25<br>350.00/hr | 87.50 |
| 9/23/2005 | JF | Prepared for Due Process Hearing by reviewing all documentation in file, discussed issues wiht advocate, contacted parent to discuss her concerns and strategy to follow at the meeting | 1.50<br>350.00/hr | 525.00 |
|  | HR | Assisted attorney to prepare disclosure to DCPS | 1.50<br>105.00/hr | 157.50 |
|  | MH | Prepare disclosure to DCPS with assistance from paralegal.  Reviewed entire file and identified potential exhibits and witness for hearing. Prepared packet of potential exhibits and prepared cover letter. Supervised delivery of disclosure to DCPS counsel. | 1.50<br>350.00/hr | 525.00 |
| 9/26/2005 | HR | Phone call from mom regarding hearing | 0.08<br>105.00/hr | 8.40 |

Jose Sorto                                                                                Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/2005 | JF | Received correspondence from DCPS, reviewed and a letter was drafted in response, file research was needed. MDT/IEP meeting letter was sent to Case Manager from DCPS comfirming date and time | 0.83 350.00/hr | 290.50 |
| 9/28/2005 | HR | Phone call from mom regarding pending meeting. | 0.25 105.00/hr | 26.25 |
|  | HR | Discussion with educational advocate regarding meeting | 0.17 105.00/hr | 17.85 |
|  | JF | Discussion with paralegal regarding meeting | 0.17 350.00/hr | 59.50 |
| 9/30/2005 | HR | Draft letter to the student hearing office withdrawal of due process hearing | 0.50 105.00/hr | 52.50 |
|  | MH | Entered into settlement with DCPS.  Includes review of file, discussion with opposing counsel, and discussion with parent. | 0.50 350.00/hr | 175.00 |
|  |  | For professional services rendered | 14.07 | $3,141.60 |

Additional Charges :

| | | |
|---|---|---|
| 6/10/2005 | Facsimile Received from DCPS; HOD | 5.00 |
|  | Copied documents; HOD | 5.00 |
| 6/14/2005 | Copied: HOD letter for parent. | 1.50 |
| 6/15/2005 | Postage; HOD letter to parent. | 0.37 |
| 6/28/2005 | Copied: HR letter for parent. | 1.50 |
|  | Postage; HR letter to parent. | 0.60 |
| 9/8/2005 | Facsimile: HR to SHO. | 7.00 |
| 9/9/2005 | Facsimile letter to DCPS re: hearing scheduled | 3.00 |
| 9/12/2005 | Fax to OGE - Req for interpreter | 2.00 |
|  | Made Photocopies | 0.50 |
|  | Postage; letter to parent | 0.83 |
|  | Fax to SHO - Req for interpreter | 2.00 |
| 9/22/2005 | Copied documents 5-day dsiclosure | 45.00 |

Jose Sorto                                                                                        Page     4

                                                                                               Amount

| Date | Description | Amount |
|---|---|---|
| 9/23/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 9/30/2005 | Facsimile withdrawal of due process complaint to SHO/OGC | 4.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $195.18 |
| | Total amount of this bill | $3,336.78 |