# EXHIBIT 20



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Gari Taylor
   DOB: 5/2/90
   Date of Determination (HOD/SA): 9/23/05
   Parent/Guardian Name: Adrienne Taylore
   Parent/Guardian Address: 332 Quarkenbos St., NE, WDC 20001
   Current School: Sunrise Academy
   Home School: Coolidge SHS

3. **Invoice Information**
   Invoice Number: 05-437SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 5/26/05 to 9/26/05
   Amount of Payment Request: $2,000.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                              October 31, 2005
Signature                                     Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

September 23, 2005

Roxanne Neloms
1220 L Street, NW, Suite 700
Washington, DC 20005

## PROPOSED SETTLEMENT

### VIA Hand Delivery

**Subject: Due Process Hearing Request for Gari Taylor
DOB: 5/2/90
Attending School: Sunrise Academy
Home School: Coolidge Senior High School**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated September, 26, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about July 27, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligation undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representation of residency and/or registration.

2. Parent represents that the student's date of birth is May, 2, 1990, that the attending school is Sunrise Academy, and that the home school is Coolidge Senior High School.

Re: Student's Name
9/23/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of his Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
- DCPS agrees to fund an independent psycho-educational assessment and clinical psychological assessment. Parent/Counsel agrees that DCPS' liability for these assessments is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.
- Within fifteen (15) school days upon receipt of the last of the parent's independent evaluations by the Director of the Office of Mediation and Compliance in the Office of Special Education, DCPS agrees to convene an MDT meeting to: a) review the most recent independent psycho-educational assessment and clinical psychological-assessment provided by Parent; b) discuss any compensatory education issues and develop a compensatory plan, if necessary; c) review and revise the IEP as necessary.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Mediation and Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517

Re: Student's Name
9/23/2005
Page 3

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Paren now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurre , or to be incurred, in this matter. Payment of the specified amount is contingent upon submissi n of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines an itemizing all costs incurred to date relating to the pending hearing request; and b) signature  y the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

    11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal m st be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____  Agreed to: _____
          Parent/Counsel for Parent                Attorney Adviser

           _____               CHARLES McCullough   9/26/05
           (print name)                           (print name)

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |

! Admitted in Bolivia Only

September 26th, 2005

**Via Facsimile Only**

Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:  Gari Taylor
DOB: May 2nd, 1990

Dear Ms. Newsome:

The parent, by and through counsel, pursuant to the terms of the attached settlement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing request. If I can be of any further assistance, please do not hesitate to contact me further.

Respectfully,

Roxanne Neloms, Esq.

Cc:  Quinne Harris-Lindsey, DCPS Attorney Advisor
     Domiento C.R. Hill, Esq.
     File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2219
CONNECTION TEL                    92024425556
CONNECTION ID
ST. TIME              09/26 18:53
USAGE T               00'44
PGS. SENT             5
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Nelom<br>John A. Straus<br>Dolores Scott McKight<br>Marshall Lammers˙<br><br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5556

SUBJECT: G.T., DOB: 5/2/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2224
CONNECTION TEL                    92024425097
CONNECTION ID
ST. TIME              09/26 19:00
USAGE T               00'50
PGS. SENT             6
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Nelom · |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers· |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Charles A. McCullough, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 26th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: G.T., DOB: 5/2/90

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 6

COMMENTS: Executed settlement agreement and withdrawal. Thank you for your assistance

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __ADRIENNE TAYLOR__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __GARI TAYLOR__, DOB: __5-2-90__. This authorization is valid for two (2) years.

__10-01-2005__
Date

__Adrienne D. Taylor__
Parent/Guardian's Signature

__[signature]__
Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Taylor, Gari

October 06, 2005
In Reference To:  Taylor, Gari

Invoice #11000

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2005 | KD | Requested reevaluations to DCPS | 0.50<br>105.00/hr | 52.50 |
|  | KD | Drafted letter to parent/enclosed copy of Re-eval Rqst/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/27/2005 | RN | Review due process hearing complaint prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
|  | DH | Review the student's educational file, discussion with the parent regarding DCPS compliance with her request for reevaluations, conduct educational research, prepare administrative due process hearing complaint for Ms. Neloms' review. | 1.75<br>350.00/hr | 612.50 |
| 7/28/2005 | KD | Phone call to parent re HR filed due to evals not completed | 0.08<br>105.00/hr | 8.40 |
| 8/2/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/addded to case notes and Outlook and Desk Calendars/also called parent re same | 0.42<br>105.00/hr | 44.10 |
| 8/9/2005 | DD | Reviewed file and Due process complaint | 1.00<br>175.00/hr | 175.00 |
| 8/17/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-11-05 Ltr to DCPS re Res Mtng results/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | DH | Draft and send letter to Ms. Bussue responding to the correspondence of yesterday. | 0.17<br>350.00/hr | 59.50 |

Taylor, Gari                                                                                                   Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-17-05 Ltr to DCPS re Re-Evals/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 8/29/2005 | WB | Drafted letter to private school SunRise Academy re: scheduling of MDT/IEP and any meetings | 0.50<br>105.00/hr | 52.50 |
|  | WB | Drafted letter to parent re: case status and correspondence sent to SunRise Academy | 0.42<br>105.00/hr | 44.10 |
| 9/1/2005 | WB | Drafted letter to parent with HDN enclosed for hearing on 9/26/05 @ 9:00 am | 0.50<br>105.00/hr | 52.50 |
| 9/19/2005 | RN | Review Motion for Default Judgement, prepared by Mr. Hill. | 0.08<br>350.00/hr | 28.00 |
|  | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |
|  | RN | Review the student's five-day disclosures prepared by Mr. Hill, co-counsel. | 0.25<br>350.00/hr | 87.50 |
|  | DH | Draft Motion for Default Judgement, take to Ms. Neloms' for her review. | 0.17<br>350.00/hr | 59.50 |
|  | DH | Review the student's administrative file, prepare five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
|  | KD | Assist attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |
| 9/21/2005 | DD | Reviewed file for up coming Hearing | 0.67<br>175.00/hr | 117.25 |
| 9/25/2005 | DH | Draft notice of withdrawal for Ms. Neloms' review and execution. | 0.17<br>350.00/hr | 59.50 |
|  | RN | Prepare for the student's admininstrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's admininstrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
| 9/26/2005 | DH | Receive settlement proposal from DCPS, review with the parent and Ms. Neloms', draft notice of withdrawal and file with the DCPS Office of Student Hearings and the Office of the General Counsel. | 0.33<br>350.00/hr | 115.50 |
|  | RN | Receive settlement proposal from DCPS, review with the parent and Mr. Hill, execute settlement agreement, review notice of withdrawal prepared by Mr. Hill. | 0.33<br>350.00/hr | 115.50 |
|  |  | For professional services rendered | 14.43 | $3,489.15 |

Taylor, Gari                                                                                                               Page    3

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/26/2005 | Postage; reevaluation request letter to parent | 0.37 |
|  | Copied documents- re-eval Rast and Cvr Ltr | 1.50 |
|  | Facsimile- re-eval rest | 1.00 |
| 7/27/2005 | Facsimile- HR | 8.00 |
| 8/2/2005 | Postage; letter to parent re: HR complaint. | 0.83 |
|  | Copied: HR complaint for parent and advocate. | 6.00 |
| 8/17/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
|  | Facsimile: Letter to OSE. | 2.00 |
| 8/23/2005 | Copied: re-evaluations for parent and advocate. | 2.50 |
|  | Postage; letter to parent re: re-evaluations. | 0.37 |
| 8/30/2005 | Facsimile: SA letter to Sunrise Academy. | 5.00 |
| 9/19/2005 | Facsimile motion for default to OGC, SHO | 6.00 |
|  | Postage; letter to parent re: HN. | 0.37 |
|  | Copied: HN for parent and advocate. Disclosure for SHO and OGC. | 45.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 9/21/2005 | Facsimile motion to strike to OGC/SHO | 48.00 |
| 9/25/2005 | Facsimile SA to OGC | 4.00 |
| 9/26/2005 | Facsimile(SHO-SA) | 5.00 |
|  | Facsimile(OGC-SA) | 6.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $259.69 |
|  | Total amount of this bill | $3,748.84 |