# EXHIBIT 21



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Larry Turner
   DOB: 7/26/89
   Date of Determination (HOD/SA): 9/27/05
   Parent/Guardian Name: Gail Turner
   Parent/Guardian Address: 1601 Edgewood St., NE, #735, 20017
   Current School: Coolidge SHS
   Home School: Dunbar SHS

3. **Invoice Information**
   Invoice Number: 05-438SA
   Date Request Submitted: 10/31/05
   Date(s) Services Rendered: 5/17/05 to 9/28/05
   Amount of Payment Request: $2,500.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                         October 31, 2005
Signature                               Date



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

September 27, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

Subject: **Due Process Hearing Request for Larry Turner**
DOB: 07-26-1989
Attending School: Coolidge Senior High School
Home School: Dunbar Senior High School

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was undated, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was received on August 2, 2005, pursuant to the Individuals with Disabilities Education Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is July 26, 1989, and that the attending school is Coolidge Senior High School and home school is Dunbar Senior High School.

Re: Larry Turner
9/27/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Fund the following independent evaluations: social history, psycholo-educational, speech and clinical psychological evaluation. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

        b. Convene an MDT eligibility meeting within 15 school days upon receipt of the last independent evaluation to review the evaluations and determine if the student is eligible for special education services. If eligible, DCPS will develop an IEP and determine placement. If placement is to a public school site, DCPS will issue a notice of placement within 5 school days, and if to a private school site, within 30 calendar days. The MDT will also discuss the appropriateness of compensatory education and, if warranted, develop a compensatory education plan.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

Re: Larry Turner
9/27/2005
Page 3

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Five Hundred ($2,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

    11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____
Roxanne Neloms, Esquire
Counsel for Parent

Agreed to: _____
Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

Roxanne D. Neloms
(print name)

Quinne Harris-Lindsey
(print name)

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ------------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------------- |
| | | ! Admitted in Bolivia Only |

September 28th, 2005

<u>Via Facsimile Only</u>
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002

    Re:                   Larry Turner
    DOB:              July 26th, 1989
    Attending School:  Coolidge Senior High School
    Home School:      Dunbar Senior High School

Ms. Newsome:

    I hope this letter finds you in good health.

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing complaint. If you have any questions or comments, please do not hesitate to call.

                                               Sincerely,

                                               Roxanne Neloms, Esq.

Cc: Quinne Harris-Lindsey, Attorney Advisor, Office of the General Counsel, DCPS
     File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
                    ***********************
                    ***   TX REPORT     ***
                    ***********************

       TRANSMISSION OK

       TX/RX NO                2314
       CONNECTION TEL                    92024425556
       CONNECTION ID
       ST. TIME                09/28 09:02
       USAGE T                 00'41
       PGS. SENT               5
       RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill o<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores Scott McKnight<br>Marshall Lammers<br><br>! Admitted in Bolivia On |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 27th, 2005

FAX NO: 202-442-5556

SUBJECT: L.T., DOB: 7/26/89

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use 'the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James  Brown

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO                    2315
    CONNECTION TEL                           92024425097
    CONNECTION ID
    ST. TIME                    09/28 09:04
    USAGE T                     00'50
    PGS. SENT                   6
    RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers ·· |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 27th, 2005

FAX NO: 202-442-5556

SUBJECT: L.T., DOB: 7/26/89

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use ⸳ the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James ⸳. Brown

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hillo<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers°<br><br>! Admitted in Bolivia Only |

By signing below, I, __GAIL Turner__ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any and all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education for my child, __Larry Turner__, DOB: __7/26/89__. This authorization is valid for two (2) years.

__9-28-05__
Date

__Gail M. Turner__
Parent/Guardian's Signature

Authorized Attorney on behalf of
James E. Brown & Associates, PLLC

cc: File

° Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule 49(c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Larry H. Turner
Gail Turner
601 Edgewood St, NE
Apt # 735
Washington DC 20017

October 06, 2005
In Reference To:   Larry H. Turner
                   DOB: 7/26/89
                   School: Shaw JHS
                   Home School: Shaw JHS

Invoice #10999

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2005 | DH | Consultation with parent and legal assistant, research and case preparation. | 1.00<br>350.00/hr | 350.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.00<br>105.00/hr | 105.00 |
| 5/20/2005 | DH | Discussion with the mother regarding DCPS' attempts to contact her regarding the reconvening of the student's MDT/IEP Meeting, draft and file letter with Mr. Turner, principal at Shaw Junior High School informing them of the parent's retention of counsel, and the need to schedule all meetings through this office. | 0.33<br>350.00/hr | 115.50 |
| 5/23/2005 | KD | Drafted letter requesting records to Shaw JHS | 0.67<br>105.00/hr | 70.35 |
| | KD | Drafted letter to parent/enclosed copy of Records Rqst/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| | KD | Requested evaluations to Shaw JHS | 0.50<br>105.00/hr | 52.50 |
| | KD | Drafted letter to parent/enclosed copy of Eval Rqst / copy to advc and file / added to case notes / posted due date to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| | KD | Drafted letter to parent/enclosed copy of Atty's 5-20-05 Ltr to Shaw JHS re legal representation / copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |

Larry H. Turner                                                                                                       Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2005 | KD | Phone call from Case Manager from Family Support Collaborative re recent correspondence | 0.08 105.00/hr | 8.40 |
|  | KD | typed email memo to Atty Hill re call from Family Support Case Manager | 0.08 105.00/hr | 8.40 |
|  | DH | Call to mother responding to voicemail message. | 0.08 350.00/hr | 28.00 |
| 5/26/2005 | DH | Discussion with the student's mother regarding the status of the student's case and the most recent incident involving the student and a police officer at the school. | 0.08 350.00/hr | 28.00 |
| 5/27/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 5-27-05 Ltr to Shaw JHS requesting incident report/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
|  | DH | Draft and send letter to the Principal at Shaw Junior High School regarding the student's MDT/IEP Meeting, at the next steps to take on behalf of the student. | 0.25 350.00/hr | 87.50 |
| 6/1/2005 | KD | Phone call from parent re suspension paperwork | 0.08 105.00/hr | 8.40 |
| 6/9/2005 | DH | Discussion with the mother and police officer investigating the incident regarding the student. | 0.25 350.00/hr | 87.50 |
| 6/28/2005 | KD | Drafted letter to parent/enclosed copies of suspension docs per Atty Hill/copy to advc and file/added to case notes | 0.58 105.00/hr | 60.90 |
| 7/28/2005 | RN | Review the student's educational file, conduct educational research regarding DCPS' failure to do, among other things, evaluate the student pursuant to child find, draft administrative due process hearing complaint. | 3.75 350.00/hr | 1,312.50 |
| 7/31/2005 | DH | Review administrative due process complaint drafted by Ms. Neloms, make the necessary corrections. | 0.33 350.00/hr | 115.50 |
| 8/3/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/posted deadline date to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's Offer to Waive Res Mtng/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/23/2005 | DH | Discussion with the mother, (1:46 P.M.) regarding the status of the student's case. | 0.08 350.00/hr | 28.00 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 8-17-05 Ltr to DCPS re HR to be filed/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/25/2005 | KD | Drafted letter to parent/enclosed copy of Plcmnt Ref Ltr to Sunrise/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |

Larry H. Turner                                                                                                          Page    3

|            |    |                                                                                                                                                                    | Hrs/Rate         | Amount   |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 8/25/2005  | DH | Discussion with the mother regarding the student's placement for the fall.                                                                                          | 0.25<br>350.00/hr | 87.50    |
|            | KD | Prepared and sent placement package to Sunrise Academy                                                                                                              | 0.50<br>105.00/hr | 52.50    |
| 9/9/2005   | WB | Drafted letter to parent                                                                                                                                            | 0.42<br>105.00/hr | 44.10    |
| 9/21/2005  | KD | Assist attorney to prepare disclosure to DCPS                                                                                                                       | 2.00<br>105.00/hr | 210.00   |
|            | RN | Review the student's five-day disclosures.                                                                                                                          | 0.42<br>350.00/hr | 147.00   |
|            | DH | Prepare the student's five-day disclosures, for Ms. Neloms' review.                                                                                                 | 1.75<br>350.00/hr | 612.50   |
| 9/23/2005  | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars                                    | 0.33<br>105.00/hr | 34.65    |
| 9/27/2005  | RN | Prepare and appear at the student's administrative due process hearing, prior to the hearing, a settlement agreement reached between the parties, review letter withdrawing the hearing. | 1.00<br>350.00/hr | 350.00   |
|            | DH | Prepare and appear at the student's administrative due process hearing, prior to the hearing, a settlement agreement reached between the parties, draft letter withdrawing the hearing.  | 1.00<br>350.00/hr | 350.00   |
| 9/28/2005  | DH | Draft notice of withdrawal, for Ms. Neloms' review and execution, file.                                                                                             | 0.33<br>350.00/hr | 115.50   |
|            |    | For professional services rendered                                                                                                                                  | 20.74            | $4,848.20 |

Additional Charges :

| Date | Description | Amount |
|------|-------------|--------|
| 5/17/2005 | Copied documents for advocate and parent. | 0.50 |
| 5/20/2005 | Copied: RR letter, RE letter, and attorney's letter to Shaw JHS for parent and advocate. | 8.00 |
| 5/23/2005 | Facsimile: Request for current IEP and assessments to Kramer MS. | 4.00 |
|  | Postage; letter to parent/ RR + RE to Shaw JHS & Atty's 5-20-05 Ltr to Shaw JHS to parent | 1.11 |
|  | Facsimile: RR and RE with consent and general authorization, to Shaw JHS, OSE, and OGC. | 17.00 |
| 5/27/2005 | Copied documents- Atty's 5-27-05 Ltr to shaw Jhs re incident Rpt and Cvr Ltr | 1.50 |
|  | Postage; Letter to Shaw JHS to parent. | 0.37 |

Larry H. Turner    Page    4

|  | | Amount |
|---|---|---:|
| 6/1/2005 | Copied documents. | 23.50 |
| 6/28/2005 | Postage; Suspension documents to parent. | 1.98 |
|  | Copied: Suspension documents for parent and advocate. | 20.00 |
| 7/31/2005 | Facsimile to Shaw JHS: Letter | 2.00 |
|  | Facsimile to SHO: Hearing request | 8.00 |
| 8/3/2005 | Copied: HR complaint and offer to waive resolution meeting for parent and advocate. | 7.00 |
|  | Postage; letter to parent re: HR/complaint, HR to filed. | 0.83 |
| 8/23/2005 | Postage; letter to parent re: HR to be filed. | 0.37 |
|  | Copied: HR to be filed for parent and advocate. | 1.50 |
| 8/25/2005 | Postage; letter to parent re: placement. | 0.37 |
|  | Postage; Placement packages to Sunrise. | 2.90 |
|  | Copied: Placement packages for Sunrise. Placement letter for parent and advocate. | 17.75 |
| 9/9/2005 | Postage; letter to parent re: HN. | 0.37 |
|  | letter to parent hearing date notice + cover letter | 3.32 |
| 9/21/2005 | Copied: disclosure for SHO and OGC. | 52.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 9/23/2005 | Postage: Letter to parent re: HN. | 0.37 |
|  | Copied: HN for parent and advocate. | 1.00 |
| 9/28/2005 | Facsimile SA to SHO/OGC | 11.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $303.62 |
|  | Total amount of this bill | $5,151.82 |