UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY BRISCOE, <u>et al</u>.** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | Civil Action No. 06-CV-0323(JDB) |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendants.** : | |
| : | |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. Procedure 6(b)(1), Plaintiffs respectfully request an enlargement of time within which to file their Opposition to the Defendant's Motion to Dismiss from May 19, 2006 to May 31, 2006. Plaintiffs seek this enlargement because of unexpected and pressing matters in the caseload of the undersigned. The instant request is not being interposed for any dilatory purpose and the Plaintiffs are unaware of any prejudice or harm that would be visited upon the Defendants should this Honorable Court grant Plaintiffs' Motion.

Pursuant to LcvR 7(m), counsel for Plaintiffs called counsel for the Defendant, Veronica Porter, Assistant Attorney General, on May 18, 2006 seeking her consent to the instant motion. Ms. Porter left a voice message on the date even herewith indicating that she consents to the enlargement of time requested by Plaintiffs.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure

2. The inherent powers of this Honorable Court

       Respectfully submitted,

       <u>  /s/ Tilman L. Gerald  </u>
       Tilman L. Gerald
       Unified Bar No. 928796
       **James E. Brown & Associates, PLLC**
       1220 L Street, N. W., Suite 700
       Washington, D.C. 20005
       202.742.2000
       202.742.2098-facsimile

MAY 19, 2006