UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BEVERLY BRISCOE, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | Civil Action No. 06-CV-0323(JDB) |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

### ORDER

On consideration of the Plaintiffs' Consent Motion for Enlargement of Time to File Their Opposition to the Defendant's Motion to Dismiss, filed on May 19, 2006, and it appearing that a grant of that Motion is just and proper, it is this ____ day of May 2006, hereby

**ORDERED**, that the Plaintiffs' Motion for an Enlargement of Time to File Their Opposition is **Granted;** and it is, hereby further

**ORDERED**, that the time for Plaintiffs to file their Opposition to the Defendant Motion to Dismiss is enlarged upon and including May 31, 2006.

Judge John D. Bates
United States District Court
For the District of Columbia