# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY BRISCOE, <u>et al</u>.** : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No. 06-CV-0323(JDB) |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| Defendants. : | |
| : | |

## **PRAECIPE**

To the Clerk of the Court:

Please mark this matter as settled and dismissed.

Respectfully submitted,

 /s/ Tilman L. Gerald
Tilman L. Gerald
Unified Bar No. 928796
**James E. Brown & Associates, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098-facsimile